IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Harrisonburg Division)

| | | |
|---|---|---|
| ANTHONY WADE GALLOWAY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 5:14-cv-040-EKD-JCH |
| | : | |
| SUNBELT RENTALS, INC. *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE CERTAIN OPINIONS OF SCOTT TURNER AND JERRY EGGLESTON**

COME NOW, the Defendants, SUNBELT RENTALS, INC. ("Sunbelt") and DAVID CHURCH (collectively, "Defendants"), by counsel and move this Court to enter an order excluding certain opinions by Scott Turner and Jerry Eggleston from trial. The opinions lack sufficient factual foundation to render them admissible and are irrelevant to any fact at issue in this case. Defendants rely on the argument and authority from their contemporaneously filed memorandum in support hereof.

/s/ Brian A. Cafritz
Brian A. Cafritz, VSB# 34366
James L. Hoyle, VSB# 82238
*Counsel for David Church and
Sunbelt Rentals, Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com
Lee.Hoyle@kpmlaw.com

F. Bryant Blevins, Esq.
*Counsel* Pro Hac Vice *for David Church and Sunbelt Rentals, Inc.*
Butler Pappas Weihmuller Katz Craig LLP
80 S.W. 8th Street, Suite 3300
Miami, FL 33130
(305) 416-9998
(305) 416-6848 (fax)
fblevins@butlerpappas.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the foregoing with the Clerk of Court via the CM/ECF system this 20th day of April, 2015, which caused a true and accurate copy of the same to be transmitted electronically to:

Mark E. Stivers, VSB# 32662.
P.O. Box 1737
Winchester, Virginia 22604
(540) 722-6168
(540) 722-6169 (fax)
markestivers@comcast.net
*Counsel for Plaintiff*

Gobind S. Sethi, VSB# 72266
Samantha K. Sledd, VSB# 82656
HALL AND SETHI, PLC
12120 Sunset Hills Road, Suite 150
Reston, Virginia 20190
(703) 925-9500
(703) 925-9166
gsethi@hallandsethi.com
skledd@hallandsethi.com
*Counsel for Plaintiff*

/s/ Brian A. Cafritz
Brian A. Cafritz, VSB# 34366
James L. Hoyle, VSB# 82238
*Counsel for David Church and Sunbelt Rentals, Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com
Lee.Hoyle@kpmlaw.com

2

        F. Bryant Blevins, Esq.
*Counsel* Pro Hac Vice *for David Church and Sunbelt Rentals, Inc.*
Butler Pappas Weihmuller Katz Craig LLP
80 S.W. 8th Street, Suite 3300
Miami, FL 33130
(305) 416-9998
(305) 416-6848 (fax)
fblevins@butlerpappas.com