1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

(Harrisonburg Division)

```
-----------------------------:
ANTHONY WADE GALLOWAY,        :
                              :
         Plaintiff,           :    Civil Action No.:
                              :
    v.                        :    5:14-CV-040-JPJ-JCH
                              :
SUNBELT RENTALS, INC.,        :
et al.,                       :
                              :
         Defendant.           :
-----------------------------:
```

Reston, Virginia

Friday, February 20, 2015

Deposition of:

JERRY R. EGGLESTON

called for oral examination by counsel for Defendants,

pursuant to notice, at Hall & Sethi, PLC,

12120 Sunset Hills Road, Suite 150, Reston, Virginia,

before Toni Camera, of Capital Reporting Company, a

Notary Public in and for the Commonwealth of Virginia,

commencing at 9:35 a.m., when were present on behalf

of the respective parties:



Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

**2**

1        A P P E A R A N C E S
2
3 On behalf of Plaintiff:
4    GOBIND S. SETHI, ESQUIRE
     Hall & Sethi, P.L.C.
5    12120 Sunset Hills Road, Suite 150
     Reston, Virginia 20190
6    (703) 925-9500
     Gsethi@hallandsethi.com
7
8    MARK E. STIVERS, ESQUIRE
     P.O. BOX 1737
9    Winchester, Virginia 22604
     (540) 722-6168
10    Markstivers@comcast.net
11
12 On behalf of Defendants:
13    BRIAN A. CAFRITZ, ESQUIRE
     Kalbaugh, Pfund & Messersmith, PC
14    901 Moorefield Park Drive, Suite 200
     Richmond, Virginia 23236
15    (804) 320-6300
     Brian.cafritz@kpmlaw.com
16
17    F. BRYANT BLEVINS, ESQUIRE
     Butler, Pappas, Weihmuller, Katz & Craig, LLP
18    80 S.W. 8th Street, Suite 3300
     Miami, Florida 33130
19    (305) 416-9998
     Fblevins@butlerpappas.com
20
21        * * * * *
22

**3**

1        C O N T E N T S
2 EXAMINATION BY:           PAGE
3    Counsel Blevins for Defendants      4
4    Counsel for Plaintiff       117
5    Counsel Cafrtiz for Defendants    136
6
7
8 EGGLESTON DEPOSITION EXHIBITS:*
9 1    Virginia Commercial Drivers Manual    6
10 2    West Virginia Division of Motor Vehicles   6
11     CDL Manual
12 3    New Virginia Commercial Drivers Manual    6
13 4    Federal Motor Carrier Safety Regulations   8
14     Pocketbook
15 5    Folder             8
16 6    RoadPro Website Pages      10
17 7    DMV Website Info       112
18
19
20
21
22 (* Exhibits retained by counsel )

**4**

1        P R O C E E D I N G S
2 WHEREUPON,
3       JERRY R. EGGLESTON
4 called as a witness, and having been first duly sworn,
5 was examined and testified as follows:
6      EXAMINATION BY COUNSEL FOR
   DEFENDANTS
7 BY MR. BLEVINS:
8    Q   Sir, how do I pronounce your last name?
9    A   Eggleston.
10    Q   Eggleston. Okay. My name, as you heard, is
11 Bryant Blevins, and I represent Sunbelt Rentals, and
12 we're here because we were told that you are the
13 expert, or one of the experts they've hired. So we're
14 here to ask you some questions. Okay?
15    A   Okay.
16    A   I see you've got something in front of you.
17 What is that?
18    A   It's copies of my reports.
19    Q   Okay.
20    A   Stuff that I'll need to look at.
21    Q   Okay. That's fine. Anytime you need to
22 look at anything in response to questions I'm asking,

**5**

1 then just feel free to do so.
2    A   Okay.
3    Q   Anytime you want to take a break, for any
4 reasons at all, use the bathroom, just let us know.
5    A   Okay.
6    Q   Okay?
7    A   Okay.
8    Q   I'll probably do the same. If I could, let
9 me take a look at what you've got in front of you.
10    A   (Witness complies).
11      MR. STIVERS: May the record reflect that
12 you're looking at what? CDL manuals?
13      MR. BLEVINS: Sure. I'll go through it.
14 The first one we'll mark as Exhibit 1 is the Virginia
15 Commercial Drivers Manual, and it looks like --
16      MR. STIVERS: Well, when you say you're
17 going to mark them, out of curiosity are you going to
18 ask that they be attached to the deposition?
19      MR. BLEVINS: No, I'm just marking them.
20      MR. STIVERS: For identification?
21      MR. BLEVINS: Yeah.
22      MR. STIVERS: Okay. Thank you.

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

**6**

1    (Eggleston Exhibit Number 1 was marked for
2    identification.)
3  BY MR. BLEVINS:
4    Q   I'm looking at the materials that you had in
5  your pouch there, and the first one I've marked as
6  Exhibit 1 is the Virginia Commercial Drivers Manual;
7  correct?
8    A   Yes, sir.
9    (Eggleston Exhibit Number 2 was marked for
10    identification.)
11  BY MR. BLEVINS:
12    Q   Okay.  And the next one I'm marking is West
13  Virginia Division of Motor Vehicles CDL Manual.
14  That's Exhibit 2.  It's revised 9 of 2000; correct?
15    A   2007.
16    Q   Okay.  Great.
17    (Eggleston Exhibit Number 3 was marked for
18    identification.)
19  BY MR. BLEVINS:
20    Q   And then there's another Virginia Drivers
21  Manual.  Is that the same thing?
22    A   One is a new one, and one is the old one.

**7**

1    Q   Okay.  Let's figure out which one is the new
2  one and which is the old one.
3    A   The new one has -- that's the new one.
4    Q   So what I've marked as Exhibit 3 is the new
5  Virginia Commercial Drivers Manual?
6    A   Yes.
7    MR. CAFRITZ:  Is there a date of the old
8  one?
9    MR. BLEVINS:  I didn't see a date.
10    MR. CAFRITZ:  I don't want to hold this up.
11  I can look.
12    MR. STIVERS:  This is 2011.  December 2011
13  manual.
14    MR. BLEVINS:  Okay.  And this is what
15  exhibit?
16    MR. STIVERS:  That one's marked 1.
17    MR. BLEVINS:  Okay.
18    MR. STIVERS:  So that's the 2011 manual.
19  That would have been one in effect at the time of the
20  incident.  They haven't changed.
21    MR. BLEVINS:  Okay.
22  ///

**8**

1    (Eggleston Exhibit Number 4 was marked for
2    identification.)
3  BY MR. BLEVINS:
4    Q   And I'm holding something called the Federal
5  Motor Carrier Safety Regulations Pocketbook that I
6  marked as Exhibit 4; correct?
7    A   Yes, sir.
8    Q   And it looks like you have some tabs?
9    A   Yes, sir.
10    Q   And all those tabs are those related to this
11  lawsuit?
12    A   Yes.
13    Q   Or your opinions in this lawsuit?
14    A   My opinions in this suit.
15    Q   And then I've got a manila folder.  It's got
16  a lot of stuff in it.  I'm going to mark it as
17  Exhibit 5, and Exhibit 5 we will have attached to the
18  deposition.
19    (Eggleston Exhibit Number 5 was marked for
20    identification.)
21    MR. STIVERS:  In that case we're going to
22  have to arrange to make additional records.

**9**

1    MR. BLEVINS:  That's fine.
2    MR. STIVERS:  Yeah, copies.
3  BY MR. BLEVINS:
4    Q   So Mr. Eggleston, do you have a business
5  address?  A home address?
6    A   726 Thunder Road, Front Royal, Virginia
7  22630.
8    Q   And that is what?
9    A   That's my home address.
10    Q   Do you have a business address?
11    A   Yes, sir.  4228 Martinsburg Pike,
12  Clearbrook, Virginia.
13    Q   And what is the business address?
14    A   4228.  Oh, what is at the business address?
15    Q   Right.  What's there?
16    A   That's where my truck driver training school
17  is at.
18    Q   And what's your truck driver training school
19  called?
20    A   RoadPro Commercial Trucking Training,
21  Incorporated.
22  ///

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

10

1    (Eggleston Exhibit Number 6 was marked for
2    identification.)
3  BY MR. BLEVINS:
4    Q   I'll show you what's marked as Exhibit 6.
5  Does that look like the website for your training
6  school? It's printed pages obviously but...
7    A   Yes, sir.
8        MR. STIVERS:  May the record reflect that
9  Exhibit 10 consists of 10 pages, please.
10       MR. BLEVINS:  Exhibit 6.
11       MR. STIVERS:  6. I'm sorry.  Consists of 10
12  pages.
13       MR. BLEVINS:  Right.
14   Q   I don't know if that's every page from your
15  website, but I think it is.
16   A   Probably is.  I don't know.
17   Q   In this website is there anything about how
18  to drive a truck on there, or is it just advertising
19  generally speaking what your training...
20   A   It's just generally speaking about what our
21  training program consists of.
22   Q   And this RoadPro, who owns that?

11

1    A   My wife and I.
2    Q   And how long has RoadPro been in existence?
3    A   Since 2000.
4    Q   And how many drivers have taken your course
5  and finished the course, approximately?
6    A   Conservative estimate is 250.
7    Q   And how long are the courses?
8    A   160 hours.
9    Q   What percentages of those drivers start the
10  course but don't finish it, approximately?  What
11  percentage of the people taking your course start it
12  but don't finish?
13   A   14 years we've had 4 people that never
14  finished.
15   Q   A low percentage?
16   A   Yes.
17   Q   And are these people that have never driven
18  a truck in their life before or a mix of everything?
19   A   A mix of everything.
20   Q   Are they experienced drivers getting
21  retrained ever, or is it mostly people starting off in
22  the industry or starting off in the learning curve?

12

1    A   It's probably 60/40.  A lot of people, when
2  CDL came in, gave up their license because they
3  thought it was too much of a hassle, and now they want
4  it back.  So they have to come back in and get
5  retrained.
6    Q   Are you licensed by any government entity?
7    A   Licensed by the State of Virginia DMV.
8    Q   Any other government entity other than the
9  State of Virginia DMV?
10   A   No.
11   Q   And so what did you have to do to be
12  licensed by the State of Virginia DMV?
13   A   To get the school you had to post $100,000
14  bond.  You had to have all of your equipment --
15  trucks, trailers, place, office supplies.  Everything
16  had to be in place before you were considered for a
17  license.
18   Q   Did you have to take any testing to get that
19  license?
20   A   No, I had to prove that I had been a CDL
21  driver for at least five years.
22   Q   Is there any other requirement to be

13

1  licensed by the State of Virginia DMV to have --
2    A   Yes.
3    Q   I speak slowly.  So just wait until I
4  finish.  You're going to anticipate a lot of the
5  questions I'm going to ask you, but you'll want to
6  know, you know, what I'm saying before you answer.
7    A   Okay.
8    Q   So I was saying is there any other
9  requirement to be licensed by the State of Virginia
10  DMV to have a driver training school other than five
11  years with a CDL license?
12   A   You have to go through a background check
13  with the FBI every year.  You have to fill out your
14  accident reports, if any, for every year.
15   Q   That sounds like you're telling me there's
16  ongoing requirements; right?
17   A   Start-up and ongoing, yes, sir.
18   Q   I just want to limit my questions to
19  start-up.
20   A   Okay.
21   Q   To be licensed by the State of Virginia DMV
22  to have a truck driver training school, is there any

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

---

**14**

1  other requirement other than you have a CDL license
2  that's valid for the previous five years and you
3  passed the initial background check by the FBI and the
4  initial accident history check?
5     A  No, sir.
6     Q  So in Virginia anybody who has a CDL license
7  for five years passes the FBI background check,
8  doesn't have certain types of accidents that would
9  strike them from the list, can start their own truck
10  driver training school?
11    A  If they can post the $100,000 bond.
12    Q  Do you have any employees at RoadPro?
13    A  Yes, sir.
14    Q  Who is that?
15    A  You want their names or just how many?
16    Q  Let's go with how many.
17    A  I've got one in Martinsville, and I've got
18  three at the Clearbrook location.
19    Q  Okay.
20    A  Plus myself.
21    Q  To start the school did you need a certain
22  number of trucks?

---

**15**

1     A  No.
2     Q  Did you need to have any trucks?
3     A  Yes.
4     Q  So you had to have at least one truck?
5     A  Yes, sir.
6     Q  And I guess a trailer?
7     A  Yes, sir.
8     Q  Is it a certain minimum size truck you had
9  to have?
10    A  For a Class A school, it had to be a Class A
11  vehicle.
12    Q  And when you started the school, how many
13  trucks did you have when you started it?
14    A  When I started I just had one.
15    Q  And that was in 2000?
16    A  Yes, sir.
17    Q  And what truck was that, if you recall?
18    A  It was a '97 Volvo.
19    Q  I drive a Volvo, but I'm guessing it wasn't
20  the same one.
21    A  No.
22    Q  All right.  The '97 Volvo, that had a

---

**16**

1  trailer on it?
2     A  Yes, sir.
3     Q  And do you remember is that a certain kind
4  of '97 Volvo?  What makes it a Class A?
5     A  Because it's a tractor.  Pull a trailer.
6     Q  What I'm trying to find out is are there
7  different size tractors that can pull trailers, or are
8  they all generally, if they're Class A, they're big
9  enough to pull a trailer or something else?
10    A  Well, Class A is for tractor trailer.  It
11  doesn't really matter the size.
12    Q  And then how long before you got a second
13  truck, if you did?
14    A  Probably three years.
15    Q  So if I'm right and I'm understanding you,
16  from 2000 to around 2003 you had that one '97 Volvo?
17    A  Yes.
18    Q  That was your only truck for the school?
19    A  Yes.
20    Q  Around 2003 you had a second truck or more
21  than that?
22    A  Added a second one.

---

**17**

1     Q  And what was that?
2     A  '96 Freightliner.
3     Q  While you had that '97 Volvo from 2000 to
4  2003, did you use it for anything other than the
5  school?
6     A  Yes, sir.
7     Q  What did you use it for?
8     A  I operated a trucking business at the same
9  time.  When I didn't have students, I would run the
10  trucking business.
11    Q  And what was your trucking business called?
12    A  At that time it was J&M Carriers.
13    Q  J&M?
14    A  J --
15    Q  With an ampersand in the middle?
16    A  Ampersand in the middle, yes.
17    Q  And who owned that trucking company?
18    A  My wife and I.
19    Q  Does your wife drive trucks?
20    A  Yes, sir.
21    Q  Does she or was she ever an instructor at
22  your school, RoadPro?

---

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

18

1    A    Yes, sir.
2    Q    Has she been an instructor the whole time?
3    A    No, she hasn't instructed since about 2005.
4    Q    And why is that?
5    A    Just she had other things she wanted to do,
6    and school was going good enough. We just hired other
7    instructors.
8    Q    J&M, is that company still in business?
9    A    No, sir.
10   Q    When did you shut that down?
11   A    This year. Well, '14. I'm sorry.
12   Q    Okay. And why did you shut that down?
13   A    Just decided to concentrate on the school.
14   I'm 71 years old. It was time to get off the road.
15   Q    Were you and her working for J&M driving
16   from 2000 to 2014?
17   A    Just me. She hadn't driven, like I say,
18   from about 2005, but she does maintain her CDL.
19   Q    So she stopped teaching at the school around
20   2005, and she stopped driving around 2005?
21   A    Yes, sir.
22   Q    Was it because of any license issues or

19

1    health issues, or she had done enough of that?
2    A    Her daughter and her started their own
3    business.
4    Q    What was that?
5    A    It's a food business.
6    Q    What kind of food business is it?
7    A    I don't know if you're familiar with Dinner
8    Done! Stuff like that. They have a website. If you
9    go on the website, they have 14 entrees. You pick out
10   the entrees you want, and they go buy the stuff, they
11   fix it, and put the meals together, prepare them and
12   then freeze them, and deliver them.
13   Q    They do that out of your house or somewhere
14   else?
15   A    At my daughter's house in Warrenton.
16   Q    What's your daughter's name?
17   A    Tana.
18   Q    T-A-N-A?
19   A    Yes.
20   Q    While I'm on that, how many children do you
21   have?
22   A    I have five.

20

1    Q    Congratulations. And all of those are from
2    you and your wife?
3    A    Yes.
4    Q    And what's your wife's name?
5    A    Marylin, M-A-R-Y-L-I-N.
6    Q    And what's the name of the food business?
7    A    Tana's kitchen.
8    Q    Tana's kitchen?
9    A    Yes.
10   Q    At your trucking, the RoadPro, do you have
11   any mechanics?
12   A    Just me.
13   Q    Are you a qualified mechanic for a Class A
14   truck?
15   A    I would hope so. I've been doing it for 50
16   years.
17   Q    Is there any licensing you have to have or
18   training to be --
19   A    No. If I was going to be a mechanic for
20   some other company, I would have to have an AMCA
21   license, but for myself, no.
22   Q    Was that something you learned on the job,

21

1    or are you trained as a mechanic, or went to school
2    for mechanics?
3    A    Both. I went to school at the Denver
4    Automotive Institute for Diesel Mechanics, and the
5    rest of it's been the school of hard knocks.
6    Q    So for the first year in 2000, how many
7    students did you have, approximately?
8    A    It was a pretty poor year. I think had I
9    probably 6.
10   Q    And then the next year?
11   A    Probably went up to 20.
12   Q    And how many students did you have
13   approximately in 2014? Last year?
14   A    Approximately 50.
15   Q    50?
16   A    Yeah.
17   Q    And how much do they pay for this course?
18   A    It varies. If they go for the full course
19   and they're from Virginia, it's $3,800; if they're
20   coming back for a recertification and they haven't
21   been out more than five years, it's $2,600; and if
22   they're from West Virginia, it's $4,000.

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

22

1    Q    The West Virginia people are not going to be
2    happy to hear that.
3    A    Well, they gotta be because I gotta take
4    them to West Virginia to test them plus I have to pay
5    $100 test fee for them.
6    Q    So if you're taking the full course, it's
7    160 hours; is that right?
8    A    Yes, sir.
9    Q    $3,800?
10    A    Yes, sir.
11    Q    The recertification, how many hours is that?
12    A    That's an 80-hour course.
13    Q    And that's $2,600?
14    A    Yes.
15    Q    And if you're out of state is there a
16    different state?
17    A    For the West Virginia it's another $200.
18    Q    And if you're from some other state besides
19    West Virginia or Virginia?
20    A    I don't take anything else other than West
21    Virginia.
22    Q    And Virginia?

23

1    A    Yes.
2    Q    And how much of that, let's say the 160
3    hours, the full course, how much of that is actually
4    driving a truck, and how much of it is classroom?
5    A    Mandatory 40 hours classroom. The rest of
6    it is in, on, around with the truck driving,
7    inspection, backing, observation. Most all of our
8    students graduate with between 1,000 and 1,500 miles
9    behind the wheel.
10    Q    And where your school is located, RoadPro,
11    does it have some roads on it that you would be using
12    just on your private property there?
13    A    No.
14    Q    So is everything that they're doing, when
15    they're driving the truck, on the public roads?
16    A    In industrial parks mainly. When we first
17    start out and then later on on the highways.
18    Controlled environments when they first start out.
19    Q    And how is it a controlled environment if
20    you're out on the public roads?
21    A    Well, industrial parks are not a public road
22    basically, and there's not a lot of traffic.

24

1    Q    Okay.
2    A    So we can pretty well control where they go
3    and what they do.
4    Q    And do you have permission from these
5    industrial parks, or is it just public roads that you
6    know you can use?
7    A    Both.
8    Q    Which ones do you have permission in?
9    A    Stonewall Industrial Park.
10    Q    What is Stonewall Industrial Park?
11    A    An industrial park in Winchester.
12    Q    I just meant is it one company, or is it a
13    number of companies there?
14    A    It's a number of different companies.
15    Q    And whoever owns the whole park, you've
16    gotten permission from?
17    A    I got from the manager.
18    Q    Do you pay any fee there?
19    A    No.
20    Q    Any of your students, since 2000, been in
21    any accidents while they were driving in your courses?
22    A    There was one accident on a public road and

25

1    one accident in the yard.
2    Q    When was the accident on the public road,
3    approximately?
4    A    Approximately 2012.
5    Q    Do you remember the name of the student?
6    A    Not offhand, no.
7    Q    But you would have a record somewhere of who
8    it was?
9    A    Yes.
10    Q    Who was driving with him?
11    A    My son Thomas. He's a licensed instructor
12    also.
13    Q    How old is Thomas, approximately?
14    A    44.
15    Q    How long has he had a CDL license,
16    approximately?
17    A    15 years.
18    Q    What was the accident?
19    A    A woman pulling a 40 foot, 40 or 45 foot,
20    camper trailer passed the truck on one of the river
21    bridges there in Front Royal, and she pulled in way
22    too quick, and the trailer come over and cut the

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

26

1  mirror on the truck and ripped the driver's side door
2  off the truck.
3      Q   Anybody injured?
4      A   No, thank goodness.
5      Q   Anybody cited?
6      A   The lady pulling the camper.
7      Q   Has your son ever had any accidents when he
8  was driving a Class A truck or any other large truck?
9      A   He's had one.  It ended up being a
10  nonchargeable.
11      Q   What was the accident?
12      A   He was turning in to a Home Depot up in
13  New Jersey, and a guy tried -- as he came in, the guy
14  tried to cut in beside him, and consequently got the
15  hood of his car ran over.
16      Q   When was that about, approximately?
17      A   Approximately five years ago.
18      Q   So your son was coming off of a public road
19  and turning in to the entranceway of a Home Depot?
20      A   Yes.
21      Q   And was he making a right or a left?
22      A   Left.

27

1      Q   He was making left cutting across oncoming
2  traffic lanes?
3      A   Well, it was private drive in.  It wasn't a
4  two-lane highway.  It was a private drive, private
5  entrance, into Home Depot off of a public road.
6      Q   Was he already --
7      A   He was in the entrance -- okay.  Public road
8  was here, the entrance to Home Depot was here, and
9  then you had to come in like this to get to the docks
10  (demonstrating).
11      Q   Okay.
12      A   And the guy tried to cut him off as he was
13  making a left turn off this entrance into the docks.
14      Q   So if I understand you correctly, your son
15  was on the Home Depot property?
16      A   Yes.
17      Q   Making a left-hand turn, and there was a car
18  to his left?
19      A   Yes, coming beside him.
20      Q   And he went over the front edge of that car
21  when he was making his left-hand turn?
22      A   Yes.  The driver of the car was cited for --

28

1  I don't remember what it was, but he got the ticket.
2      Q   Did you talk to Thomas about that accident?
3      A   Pardon?
4      Q   Did you talk to Thomas about that accident?
5      A   Yes, sir.
6      Q   I'm assuming he didn't see that car to his
7  left?
8      A   No, he was paying -- there's too many things
9  to watch to worry about when you're on a private
10  one-way road to worry about somebody coming in beside
11  you.
12      Q   So Thomas never saw the car on his left
13  before he started his left turn?  Fair to say?
14      A   No, the car wasn't there until after he
15  started his turn.
16      Q   And after he started his turn, he never saw
17  the car?
18      A   The guy came in beside him just after he
19  started.  I mean, it probably all happened within two
20  seconds.
21      Q   Okay.  At any point in time, when Thomas was
22  making that left-hand turn and there was a car on his

29

1  left, I guess when you talked to him he had never seen
2  it even after he starting to make the turn?  Fair to
3  say?
4      A   He didn't see the car until after.
5      Q   He impacted it?
6      A   He impacted it.
7          May I ask what this has to do with this
8  case?
9      Q   What's that?
10      A   May I ask what does this all have to do with
11  this case?
12      Q   Well, actually, I'm the only one that gets
13  to ask questions today, but you can talk to your
14  attorney about it afterwards.
15          MR. STIVERS:  He's calling for hearsay
16  information.
17          THE WITNESS:  For me, but he doesn't need to
18  bring my family into it.
19  BY MR. BLEVINS:
20      Q   I'm just trying to find out all the
21  knowledge that you have about trucking.
22      A   Okay.  That's me, not my family.

## Capital Reporting Company
## Eggleston, Jerry R. 02-20-2015

---

30

1    Q    Any of your other five kids drive trucks?
2    A    No, sir.
3    Q    Is that the only accident you know of that
4  Thomas has been in driving a truck?
5    A    Yes, sir.
6    Q    How about yourself, Mr. Eggleston?  Have you
7  ever been in an accident driving a truck?
8    A    Never been in a chargeable accident, no,
9  sir.
10    Q    What does that mean?  That you've never been
11  in an accident?
12    A    There's been accidents, but I've never been
13  at fault.
14    Q    Okay.  And how many accidents have you been
15  in driving a truck?
16    A    Two.
17    Q    When was the last one?
18    A    Probably 2007.
19    Q    You were just approximating?
20    A    Yes.
21    Q    And where was that one?
22    A    On 522 north out of Front Royal.

---

31

1    Q    And what happened in that accident?
2    A    Vehicle beside me blew a tire and swerved
3  into me.  Blew a tire and swerved in front of me.
4    Q    Was there a lawsuit from that accident?
5    A    No, sir.
6    Q    Anybody injured?
7    A    No, sir.
8    Q    What was the other accident?
9    A    Basically the same thing only the car didn't
10  blow a tire.  He just cut in front of me, and I didn't
11  have time to stop before he got in -- before I got
12  into it.
13    Q    Where was that one?
14    A    On 495.
15    Q    And approximately when was that accident?
16    A    2004, 2003.  I don't know.
17    Q    And was this on a highway or --
18    A    495 interstate.
19      MR. CAFRITZ:  Capital Beltway.
20  BY MR. BLEVINS:
21    Q    So approximately how fast were you going at
22  that time?

---

32

1    A    55.
2    Q    Is that the speed limit?
3    A    For trucks at that time, yes.
4    Q    And a car pulled in front of you, and you
5  couldn't stop in time?
6    A    Yeah, car coming from three lanes over and
7  cut me off trying to make an exit.
8    Q    Anybody injured in that one?
9    A    No, sir.
10    Q    Any lawsuit?
11    A    No, not on my part.  He hit three other
12  cars. I don't know if they did or not.
13    Q    Have you given any training to Thomas, your
14  son?
15    A    Yes, I trained him.
16    Q    At your school?
17    A    Yes, sir.
18    Q    When was that?
19    A    2000.
20    Q    And I may have asked you, but I can't
21  remember.  Was that to get his original license?
22    A    Original CDL, yes.

---

33

1    Q    And going back to that accident that he had,
2  and what I'm trying to find out really is just
3  everything about trucking that you know because you're
4  the expert, I'm not.
5      When he made that left turn, did he make any
6  mistake?
7    A    No, sir.  He had his signals on.  He had the
8  right-of-way.
9    Q    And I may have asked you this already.  I
10  think you said two of your students, in the 14 years
11  you've had this company, have been involved in
12  accidents?
13    A    Yes, sir.
14    Q    One of them you told me about with the lady
15  with the trailer.  Was there another one you told me
16  about?
17    A    One happened in the yard.
18    Q    How big is your yard, approximately?
19    A    Well, the yard we were in at that time was
20  probably 6 acres.
21    Q    And how big is the yard now that you have?
22    A    Taking the buildings out of it and

---

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

**34**

1  everything, probably 6 to 7 acres.
2      Q   Is that all hardtop?  You can drive all over
3  it, or you can't?
4      A   You can drive on the roads.  They're not
5  hardtops.  They're gravel.
6      Q   What was the accident in the yard?
7      A   Cut the corner too sharp and hooked the guy
8  right on a power pole and tore it down.
9      Q   And was he making a left-hand turn or a
10  right-hand turn?
11      A   He was making a left.
12      Q   Is that one of the dangers for drivers of
13  these types of vehicles?  That you can cut the corner
14  too sharp and hit something that's on that corner?
15      A   Yes, because of the off tracking.
16      Q   Can you do that with a truck that doesn't
17  off track also?
18      A   There's corners that cut too sharp, yeah,
19  but straight trucks don't off track.
20      Q   Understood.
21      A   As bad as a semi, but all trucks are hard to
22  turn no matter what.

**35**

1      Q   So we can agree that all trucks are hard to
2  turn no matter what?  Fair to say?
3      A   Depending on the circumstances, yes.
4      Q   I'm just asking you if that was your
5  opinion?
6      A   They're harder than a car, yes.
7      Q   Okay.  And just so a jury understands, off
8  tracking is when you're pulling a trailer and those
9  wheels don't follow exactly in the line of the
10  tractor.  Fair to say?
11      A   Yes, they cut across.
12      Q   So when you have a tractor pulling behind
13  and you go to make a turn, one of the problems is you
14  could turn too close to the curb and hit anything that
15  might be there, whether it's a person, a fire hydrant,
16  a telephone pole, anything that's on that corner.
17  Fair to say?
18      A   Yes, sir.
19      Q   So that's one of the things you want to be
20  cognizant of, when you're making a turn in a truck,
21  whether it has a trailer, or it's a single truck?
22      A   Yes, sir.

**36**

1      Q   Is not coming too close to the corner.  Fair
2  to say?
3      A   Not cutting the corner too short.
4      Q   And have you ever done that?  Have you cut
5  the corner too short whether you were on a single
6  track or pulling a trailer?
7      A   Everybody has at one time or another.  Even
8  cars.
9      Q   I'm just asking for your personal
10  experience.  You have how many years driving semis?
11      A   I have over 50 years driving.
12      Q   And in those 50 years, one of the risks you
13  were always aware of is cutting corners too sharp, and
14  even when you're aware of that, it's happened to you.
15  Fair to say?
16      A   It's bound to happen sometime or another,
17  yes, sir.
18      Q   And why do you say it's bound to happen?
19      A   It's one of life's great mysteries, I guess.
20  Sooner or later it's going to happen one way or the
21  other.
22      Q   Even if you're taking the utmost care you

**37**

1  could take?
2      A   No.  If you're taking the utmost care, it's
3  not going to happen because you're not going to make
4  that turn.
5      Q   So when you took turns and you hit something
6  on the corner, are you just saying you weren't as
7  careful as you should have been?
8      A   I never hit anything on the corner.  I
9  rubbed the curbs.  I've never hit anything other than
10  the curb.
11      Q   Have you had the trailer go up on the curb?
12      A   No, sir.
13      Q   Never in 50 years?
14      A   No, sir.  If you can't make the corner, you
15  go someplace else.
16      Q   One of the ways to make the corner, you
17  would agree, is to just turn wider?  Fair to say?
18      A   No, sir.
19      Q   That's not a way to do it?
20      A   That's not allowed.  Certain instances it is
21  allowed with a tractor trailer.  If you are able to
22  block the right-hand lane, you're allowed to

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

38

1  consciously move over into the left-hand lane to make
2  the turn, but you have to have a vehicle that you can
3  block the right-hand lane with.
4      Q   And have you ever made a right-hand turn in
5  your 50 years of driving and caught any car that was
6  on your right-hand side?
7      A   No, sir.
8      Q   You've never done that and come to a stop
9  because you saw the car right there next to you?
10     A   No, sir.
11     Q   How many trucks do you have in RoadPro now?
12     A   Three.
13     Q   And when did you get the third one?
14     A   I can't remember.
15     Q   In the last five years?
16     A   Probably in 2007 or 2008.  I'm not sure.
17     Q   And what kind of truck was that?  You said
18  the first one was a Volvo, the second one was a
19  Freightliner.
20     A   All three trucks are Freightliners now.
21     Q   And you were telling me you've got one
22  instructor in Martinsville.  What's his name?

39

1      A   Harry Seay.
2      Q   I didn't catch the last name.
3      A   Seay.
4      Q   S-A-Y?
5      A   S-E-A-Y.
6      Q   And how long has he been in your employ,
7  approximately?
8      A   Approximately six years.
9      Q   And you have three in Clearbrook?  Three
10  instructors in Clearbrook?
11     A   Yeah, four including me.
12     Q   And who are the other three?
13     A   Rob Athey.
14     Q   Can you spell his last name?
15     A   A-T-H-E-Y.  Charles Preal.
16     Q   And can you spell his last name, if you can?
17     A   P-R-E-A-L, I believe.
18     Q   Okay.
19     Q   And Thomas Eggleston.
20     Q   Your son?
21     A   Yes.
22         MR. CAFRITZ:  The last you said P-R-E-A-L?

40

1          THE WITNESS:  Yeah, it's pronounced Preal.
2  I'm not sure how to spell it.
3  BY MR. BLEVINS:
4      Q   Since 2000 how much driving did you do with
5  your own company not teaching?
6      A   Over my entire career I've had over
7  5 million miles.
8      Q   What I was trying to figure out is from 2000
9  to 2014 -- you stopped driving in 2014?
10     A   Yes.
11     Q   For those 14 years, about how many days out
12  of the year did you drive privately with your company
13  or how many miles?  However you can do it.
14     A   I probably averaged 80,000 miles a year.
15     Q   80,000 miles last year too?  2014?
16     A   No.
17     Q   How many miles last year?
18     A   Probably 5 to 10.  I'm not sure.  Thousand.
19     Q   Right.  And Thomas, did he drive privately
20  too?  Do all these drivers drive privately when
21  they're not teaching?
22     A   No.  Two of them are retired, and my son is

41

1  going to college.  He teaches only for me on his days
2  off.  I hire mostly retired truck drivers for my
3  instructors.
4          If you don't mind, I'd like to take a little
5  break?
6          MR. BLEVINS:  No problem.  Like I said,
7  anytime you want to take a break.
8          (Whereupon, a brief recess was taken.)
9  BY MR. BLEVINS:
10     Q   And what are you charging for your time here
11  today?
12     A   Is this considered court time or not?
13     Q   This is considered a deposition.  So it
14  wouldn't be -- you are not in court but...
15         MR. SETHI:  The rate is so reasonable.  It's
16  court rate, but I don't think it even -- just give him
17  your court rate, Jerry.  Just tell him.  I'm sorry.
18  I'm injecting.
19         MR. BLEVINS:  That's fine.
20     Q   What's your court rate?
21     A   $85 an hour.
22         MR. STIVERS:  And for the record, the

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

---

42

1 balance of his time is $25 an hour.
2        MR. BLEVINS: I'll get to that.
3        MR. STIVERS: Yeah.
4 BY MR. BLEVINS:
5        Q    And how much are you charging the attorneys
6 that hired you in this case per hour?
7        A    $25 an hour for reports.  $85 an hour for
8 court time.
9        Q    And approximately how many hours have you
10 spent on this case total?
11       A    40, 42.
12       Q    And what does that time break down to,
13 approximately?
14       A    Mr. Stivers has paid me approximately
15 $1,300.  Well, he has paid me $1,300.
16       Q    Have you read the deposition of
17 Mr. Galloway?
18       A    Yes, sir.
19       Q    Have you read the deposition of Mr. Church?
20       A    Yes.
21       Q    Have you read the deposition of the
22 Underwoods?

---

43

1        A    I don't recall an Underwood.
2        Q    Have you spoken with these two attorneys
3 that are here representing Mr. Galloway today about
4 the testimony of the Underwoods?
5        A    The Underwoods -- I'm not sure that I
6 understand.
7        Q    Okay.  Have you heard that name, Underwood?
8        A    Possibly, yes.
9        Q    Do you know anything about the testimony
10 that the Underwoods gave?
11       A    No.
12       Q    Does the Underwoods' testimony, whatever it
13 was, factor into your opinions at all today?
14       A    No.
15       Q    Do you need any other information, other
16 than you've already gone through, to reach the
17 opinions that you have today?
18       A    No, sir.
19       Q    Are your opinions today final?
20       A    Yes, sir.
21       Q    And what are your opinions based on?  If you
22 could go through that for me.

---

44

1        A    Based on the fact that Mr. Church made an
2 illegal turn by taking up three lanes to make a
3 right-hand turn.
4        Q    That sounds more like, and I could be wrong,
5 what your opinion is, but I'm asking what you looked
6 at?  Anything you reviewed?  Everything I --
7        A    Okay.  Everything --
8        Q    You have to wait until --
9        A    Okay.
10       Q    If you don't wait until I finish, then when
11 we go to trial, it's going to be a jump on.  This
12 young lady has to take one of us at a time.  Okay?
13       A    Okay.
14       Q    So what I'm asking is what your opinions are
15 based on?  In other words, if you want to go through
16 your file that's in front of you.  I don't need the
17 exact portion, but did you base some of your opinions
18 on Exhibit 3, which is the Virginia Commonwealth
19 Drivers Manual?
20       A    Yes, sir.
21       Q    Okay.  Did you base your opinions on the
22 Federal Motor Carrier Safety Regulations Pocketbook,

---

45

1 which is Exhibit 4?
2        A    Yes, sir.
3        Q    Did you base your opinions, to some extent,
4 on the West Virginia Division of Motor Vehicles CDL
5 Manual, which is Exhibit 2?
6        A    Yes, sir.
7        Q    What else did you base your opinions on?
8 That's what I'm trying to find out.
9        A    Okay.  It's all listed here in my report.
10       Q    Okay.
11       A    I can read it to you if you'd like?
12       Q    Sure.
13       MR. STIVERS:  I think it's the last page in
14 the report to save some time.
15       MR. BLEVINS:  Sure.
16       THE WITNESS:  I viewed the large aerial VDOT
17 photograph; the Goldstar videotape and stills of the
18 collision; Plaintiff's Complaint; Defendants' Answer;
19 deposition of Mr. Galloway, Mr. Acome and Mr. Church;
20 Sunbelt truck measurements, inside and outside of cab
21 mirrors and red paint seen around portions of
22 passenger side headlights; Moped operated by

---

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

---

**46**

1 Mr. Galloway and red helmet that he was wearing;
2 Federal Motor Carrier Safety Administration
3 regulations; Virginia and West Virginia Commercial
4 Drivers Manuals; photographs from the day of the
5 incident and truck; work records for Mr. Church;
6 customer ticket for the ride-on sweeper; accident
7 report given by Mr. Church to his employer; state
8 police report and witness statement by Mr. Church;
9 mapping and stills of Goldstar video, survey,
10 measurements of the roadway, Sunoco lot, and vehicles
11 by Marsh & Legge Land Surveyors, PLC.
12 BY MR. BLEVINS:
13    Q   Anything else you reviewed, whether it's
14 depositions or any other documents or statutes or
15 regulations other than what you've already just told
16 me to reach your opinions?
17    A   No, not that I can think of.
18    Q   The large aerial VDOT photograph, what did
19 you glean from that? How did that affect your
20 opinion?
21    A   It showed the position of the truck and the
22 Moped and then the entire lot, highway, stoplight,

---

**47**

1 everything.
2    Q   Did the Plaintiff's Complaint or the
3 Defendants' Answer factor into your opinion in any
4 way?
5    A   Not really.
6    Q   You inspected the Moped operated by
7 Mr. Galloway. Did that inspection reveal anything
8 about the accident or how it happened?
9    A   No, sir.
10    Q   Did it affect your opinion in any way?
11    A   No, sir.
12    Q   It says, "Customer ticket for the ride-on
13 sweeper." What is that?
14    A   Bill of lading for the sweeper that
15 Mr. Church had on the back of his truck.
16    Q   Did that impact in any way or affect your
17 opinion in how this accident happened? Who was at
18 fault?
19    A   I don't understand.
20    Q   The bill of lading, did it have anything to
21 do with your opinions today?
22    A   The bill of lading, no. Sweeper, yes.

---

**48**

1    Q   What about the sweeper?
2    A   It obstructed his view out of his rear
3 window.
4    Q   Did you inspect the truck when the sweeper
5 was on the back?
6    A   No, sir.
7    Q   Then how did you reach the conclusion that
8 whatever was on Mr. Church's truck blocked his view?
9    A   Because it was a large street sweeper, and
10 it was loaded on his truck. It would be loaded to the
11 front. So it would obstruct the view out his window.
12    Q   So just so I'm clear, you mean the rear view
13 mirror that's in the middle of the front windshield,
14 or do you mean the side mirrors?
15    A   It doesn't have a rear view mirror in the
16 middle of the windshield.
17    Q   Okay.
18    A   He would have to look out his rear window.
19    Q   So whatever Mr. Church was carrying on his
20 truck, if he turned around and looked out his rear
21 window, his view would be obstructed by whatever he
22 was carrying?

---

**49**

1    A   Yes.
2    Q   Is that pretty much consistent with
3 everybody who's carrying something?
4    A   Yes.
5    Q   Have you ever done an accident
6 reconstruction?
7    A   No, sir.
8    Q   Do you know what an accident reconstruction
9 is?
10    A   General idea, yes, sir.
11    Q   What is it?
12    A   Try to place everybody in the places they
13 were when the accident happened.
14    Q   And you've never done that before?
15    A   No, sir.
16       MR. STIVERS: Objection. He's not being
17 offered as an accident reconstructionist.
18       MR. BLEVINS: I'm just asking questions.
19       MR. STIVERS: I understand.
20 BY MR. BLEVINS:
21    Q   Have you ever been hired by any attorneys to
22 give an opinion to how an accident happened?

---

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

---

**50**

1  A  No.
2  Q  Have you ever been hired by any attorneys to
3  give an opinion about whether or not a truck driver
4  made a mistake while driving a Class A truck?
5  A  No.
6  Q  So what you're doing here today you've never
7  done before in your life?
8  A  Never been an expert witness before, yes,
9  sir.
10  Q  Never been qualified by any state or federal
11  court as an expert witness?
12  A  No, sir.
13  Q  Do you have any idea why you were obtained
14  as an expert in this case without any experience in
15  this field?
16  A  Trooper Steve Marks contacted Mr. Stivers
17  and suggested that he contact me.
18  Q  Who is Trooper Steve Marks?
19  A  He's the head enforcement officer for the
20  DOT in our area, the Shenandoah Valley.
21  Q  Did he investigate this accident?
22  A  No, sir.

---

**51**

1  Q  Whoever the trooper was that was at this
2  accident, does he work for Steve Marks?
3  A  No, he doesn't work for him.
4  Q  What's the relationship?
5  A  They're both troopers.
6  Q  But they're in --
7  A  Different divisions.  Mr. Marks is in the
8  DOT division, and the other is just a trooper.
9  MR. STIVERS:  So the record is clear,
10  Mr. Marks is someone that I know, and so that this
11  record is absolutely clear, I was speaking with
12  Mr. Marks about who in the area he believed would be
13  qualified to talk about this particular incident.
14  Steve Marks gave me Jerry Eggleston's name.
15  MR. BLEVINS:  Okay.
16  MR. STIVERS:  I didn't fully explain to
17  Jerry Eggleston how I know Steve Marks or whatever the
18  case may be.  I know that they know each other.  So
19  we're clear on that.
20  MR. BLEVINS:  Okay.
21  MR. STIVERS:  He said Steve Marks contacted
22  me.

---

**52**

1  MR. BLEVINS:  Sounds like two different
2  stories, but okay.
3  MR. STIVERS:  That's why I'm trying to make
4  sure that record is clear.
5  BY MR. BLEVINS:
6  Q  Do you know why Mr. Marks would think that
7  you were qualified to be an expert to give opinions in
8  this case?
9  A  Oh, I've had some dealings with Mr. Marks.
10  Q  What dealings are those?
11  A  Safety inspection stations.  Some of them
12  I've sent my trucks in to get them inspected, and
13  they've come back with $2,000 or $3,000 bills and
14  stuff that needed fixed, and I told them it didn't
15  need it.  Bring my truck home, I inspected the trucks,
16  and I couldn't find them.  I call Mr. Marks.  We went
17  over to the scales.  He inspected my trucks.  Two
18  other offices inspected my trucks.  They couldn't find
19  anything wrong.  So they went back in and dealt with
20  the inspection stations.
21  Q  So did you know Mr. Marks before this issue
22  arose?

---

**53**

1  A  No.
2  Q  So at some point your trucks -- and these
3  are the trucks that you use in the school?
4  A  Yes, sir.
5  Q  Were on the road with your students or on
6  the road?
7  A  I'd send them to get their annual
8  inspection.
9  Q  So the trucks have to get their annual
10  inspection, and when you sent them in, you were given
11  some kind of fine, I guess?
12  A  No.
13  Q  What is it called?
14  A  They refused to give me a sticker because of
15  what they said was wrong with the truck, but nothing
16  was wrong with it.
17  Q  Okay.  And then you went to the top guy, I
18  guess, who was Steve Marks?
19  A  Yes.
20  Q  And they sorted this out?
21  A  Yes.
22  Q  And you got the inspection approved?

---

54

1    A  Yes.  Mr. Marks himself gave me the
2  inspection stickers.
3    Q  And how many times have you met with
4  Mr. Marks in your life?
5    A  Probably three.
6    Q  Has he sent anybody to your school?
7    A  No, not that I know of.
8    Q  Did you personally take any measurements in
9  this case of the accident scene?
10    A  I helped take some of them.
11    Q  With who?
12    A  Mr. Marsh, Mr. Legge.  With Mr. Marsh.
13  Mr. Legge wasn't there.
14    MR. STIVERS:  Scott Marsh.  Marsh & Legge
15  Land Surveyors.
16  BY MR. BLEVINS:
17    Q  So somebody else that the Plaintiff's
18  attorney hired, you went out to the site with these
19  surveyors and helped them take measurements?
20    A  I didn't help them take measurements at the
21  site.  I helped them take measurements of the truck at
22  Sunbelt's yard.

55

1    Q  At the site did you go and take any
2  measurements, or that was all the surveyors that were
3  measured by Plaintiff's attorneys?
4    A  That was all the surveyors.
5    Q  Did you go to that site for this specific
6  opinion you are giving today?
7    A  Yes.
8    Q  And when was that?
9    A  November.  I'm not sure when.
10    Q  And why did you go to the site?
11    A  Because Mr. Stivers said that Mr. Marsh,
12  Mr. Turner, and him were going to be at the site.
13    Q  Okay.
14    A  And asked me to come over.
15    Q  And how long were you at that site, for this
16  particular case, approximately?
17    A  Approximately an hour.
18    Q  And what information did you gather that
19  affects your opinion in this case from that
20  inspection, if any?
21    MR. STIVERS:  I'm sorry.  I don't understand
22  your question.

56

1    THE WITNESS:  I don't either.
2  BY MR. BLEVINS:
3    Q  Sure.  What information did you gather?
4  What did you learn from this site inspection that
5  affects your opinion in any way in this case?
6    A  I just learned that there was -- well, I
7  didn't learn it.  I knew that there was no excuse for
8  the turn that Mr. Church made because of the size of
9  the site.
10    Q  Have you been to this site before you were
11  hired in this case?
12    A  Many times.
13    Q  How far is it from your house or your
14  business, approximately?
15    A  Approximately 7 miles.
16    Q  And you've taken Class A trucks into there?
17    A  Yes, sir.
18    Q  Have you done deliveries there, or you just
19  there for fuel?
20    A  There for fuel.
21    Q  What is it that's there at that site?
22    A  Cheap fuel.

57

1    Q  Is it a gas station?
2    A  It's a Sunoco station.
3    Q  Is it a Sunoco station with like a 7-Eleven
4  type store in it, or is it a Sunoco station that just
5  has --
6    A  There's a convenience store also.
7    Q  Does it also have anything else other than
8  the convenience store and the gas pumps?
9    A  Not to my knowledge.
10    Q  And would you say that's a busy Sunoco?
11    A  Not really.
12    Q  And why would you say that?
13    A  Because of its location.  It's not in a
14  main part of town.
15    Q  You were telling me earlier that you went to
16  these industrial parks to do the training with your
17  students at RoadPro; right?
18    A  Yes.
19    Q  And I think you said the reason you went to
20  the industrial sites was because they were controlled
21  environments?  Is that fair to say?
22    A  Basically, yes.

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

58

1    Q    And the controlled environment means what?
2    A    Means that my instructors or myself can
3  basically control the environment.
4    Q    One of the ways that roadways are
5  controlled, you would agree with me, is by signage and
6  by signals; right?
7    A    Signage, signals, and general knowledge.
8    Q    When you're driving your truck, going
9  through an intersection -- and at anytime you're
10  driving a truck and you're going through an
11  intersection with a green light, do you have an
12  expectation, as a truck driver with 50 years of
13  experience, that the cars in the crossroad that have
14  the red light are going to obey the red light?
15    A    You have two expectations. You expect that
16  they're going to obey it, and you expect that there's
17  going to be somebody else that's not.
18    Q    But generally speaking, you don't stop at
19  intersections with a green light because you think
20  somebody might disobey the cross street red light, do
21  you?
22    A    If I have a green light?

59

1    Q    Yeah.
2    A    No.
3    Q    Isn't that because you have the expectation
4  that the drivers on the crossroad with the red light
5  are going to obey that light?
6    A    Basically, yes.
7    Q    And that factors into your driving, wouldn't
8  you agree? That you have an expectation that other
9  drivers are going to obey the signals?
10    A    Yes, sir.
11    Q    Because otherwise, you really couldn't drive
12  if your expectation was everybody was going to break
13  the law; right? You'd be stopping at every full
14  intersection. You wouldn't be driving as you do now.
15  Fair to say?
16    A    I don't really understand what you're
17  asking.
18    Q    Sure. Your expectation -- I think you've
19  just told me -- is that you expect other drivers to
20  obey the traffic signals; right?
21    A    Yes.
22    Q    And you factor that in, when you're driving

60

1  your vehicle, the way you operate your vehicle?
2    A    Yes.
3    Q    Because if you were going to be someone who
4  expected everyone to break the law, violate the
5  traffic signals such as a red light, you would drive
6  your vehicle completely different?
7    A    I always slow down, even if I have a green
8  light. I always slow down expecting something to
9  happen.
10    Q    Understood, but you if you thought that
11  drivers could just disobey the lights, you'd come to a
12  full stop at every intersection; right?
13    A    No.
14    Q    Wouldn't that be the safest way to do it?
15    A    No.
16    Q    Why?
17    A    Because you would be causing a hazard behind
18  you. People see the green lights -- people behind you
19  would see the green light and run into you because you
20  stopped.
21    Q    Do you agree that Mr. Church, on the day of
22  this incident, had a reasonable expectation that other

61

1  drivers would obey the traffic signals, including red
2  lights on the crossroad?
3    A    Yeah.
4    Q    Do you agree that Mr. Galloway ran the red
5  light at the intersection?
6    A    He admitted it.
7    Q    Were you asked by your attorneys to
8  determine what percentage of fault Mr. Galloway had in
9  this case?
10    A    No, sir.
11    Q    Do you agree that Mr. Galloway is at fault
12  for running the red light?
13    A    He admitted he ran the red light.
14    Q    I'm asking your opinion. You're here as an
15  expert.
16    A    I have no opinion. He admitted it. I have
17  no reason to form an opinion.
18    Q    Right. I'm just asking do you agree that
19  Mr. Galloway is at fault, to some extent, for causing
20  this accident by running the red light?
21    A    Again, I agree that Mr. Galloway has
22  admitted that he ran the red light. As far as fault,

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

62

1  I have no opinion.
2      Q   So do you have an opinion that Mr. Church,
3  the Sunbelt driver, is at fault?
4      A   Yes.
5      Q   But knowing that Mr. Galloway ran the red
6  light, you have no opinion whether he's at fault or
7  not?
8      A   No.  If Mr. Church proceeded as the rules of
9  the road in the Virginia regulations state, the
10  accident wouldn't have happened.  Mr. Galloway would
11  have been behind him.
12          MR. BLEVINS:  Can you repeat my question?
13      (Whereupon, the reporter read the record as
14          requested.)
15          MR. SETHI:  And can you read back his answer
16  also?
17      (Whereupon, the reporter read the record as
18          requested.)
19  BY MR. BLEVINS:
20      Q   So I'm unclear, I guess, from that answer.
21  Is Mr. Galloway at fault at all in causing this
22  accident because he ran the red light?

63

1      A   No.
2      Q   Okay.  That's what I was trying to find out.
3          Do you agree that if Mr. Galloway would not
4  have run the red light that this accident wouldn't
5  have happened?
6      A   No.
7      Q   Why?
8      A   Again, Mr. Church made an illegal move.  Did
9  not follow the rules of the road, safety code of
10  standards, by making an illegal jug handle three lanes
11  out before coming back.
12      Q   If Mr. Galloway had waited the appropriate
13  time he's supposed to wait, the truck wouldn't have
14  even been on the road.  Fair to say?
15          MR. STIVERS:  Objection.  That assumes facts
16  that aren't yet established.
17  BY MR. BLEVINS:
18      Q   You can answer.  You've been driving a truck
19  50 years; right?
20      A   Yes, sir.
21      Q   You watched the video; correct?
22      A   Yes, sir.

64

1      Q   You know approximately how long it would
2  have taken that truck to swing into the lot there;
3  right?
4      A   Yes, sir.
5      Q   Do you agree with me that if Mr. Galloway
6  had waited the appropriate time at that red light that
7  the accident wouldn't have ever happened because
8  Mr. Church's truck would have been all the way into
9  that lot?  Fair to say?
10      A   If Mr. Church would have followed the rules
11  of the road, the turn would have been made before
12  Mr. Galloway even got there.  So it's a moot point.
13      Q   Well, I understand you believe it's a moot
14  point, but I'm trying to find out your opinion when --
15          MR. STIVERS:  He's been asked and answered.
16  You've asked him, and he answered his opinion.
17          MR. BLEVINS:  If you want to make an
18  objection, that's fine.
19      Q   What I'm trying to find out, Mr. Eggleston,
20  is you would agree, with 50 years of experience of
21  driving, watching the video, right, that Mr. Church's
22  truck would have been all the way into the lot before

65

1  Mr. Galloway ever left the stop bar at his red light
2  had he waited the appropriate amount of time?  Isn't
3  that fair to say?
4      A   I can't agree to that because I don't know
5  how much time was left on the stoplight.  I don't know
6  how much time it would have taken him to make the
7  turn.  If the stoplight -- I just don't know how much
8  time was left on the stoplight.
9      Q   So if someone --
10          Do you have an objection?
11          MR. SETHI:  No, I don't have an objection.
12  I was just going to talk to him for a minute outside.
13  Since there's no question pending, let's just go
14  outside for just one minute.
15          MR. BLEVINS:  Is that allowed in Virginia?
16          MR. SETHI:  As long as there's not a
17  question pending.
18          MR. CAFRITZ:  If there's a line of
19  questioning, I mean --
20          MR. SETHI:  I've never been told by
21  anybody --
22          MR. BLEVINS:  You guys do whatever you want

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

66

1  to do.  Some states you can't do that.
2       MR. SETHI:  Yeah, I've never been told.
3       MR. BLEVINS:  That's fine.
4       MR. CAFRITZ:  I've had before when people
5  say I just need to finish this line of questioning.
6       MR. BLEVINS:  I'm fine.  Go ahead.  Talk.
7       MR. SETHI:  This will help move...
8       MR. BLEVINS:  No, that's fine.
9       (Whereupon, a brief recess was taken.)
10 BY MR. BLEVINS:
11      Q   Mr. Eggleston, I was asking you about
12 Mr. Galloway's actions.
13      A   Yes, sir.
14      Q   You would agree that he violated the rules
15 of the road by running the red light at his
16 intersection; correct?
17      A   Yes, he admitted he ran a red light.
18      Q   And you would agree that that's a violation
19 of the rules of the road; right?
20      A   Yes.
21      Q   And as I understand it, you haven't done any
22 calculation to determine if he had followed the law,

67

1  stayed at the red light as long as he was supposed to,
2  whether or not Mr. Church's truck would have been all
3  the way into the Sunoco parking lot with none of it in
4  the road?
5       A   I'm not an expert on that part.  I couldn't
6  give you those calculations.
7       Q   If the calculations show that had
8  Mr. Galloway waited the appropriate time at the red
9  light, and only moved forward when he was allowed to
10 by the law, that the truck Mr. Church was driving
11 would have been completely into the parking lot, then
12 would you agree that along your line of opinions the
13 first violation of the roadway, chronologically in
14 time, was Mr. Galloway running the red light?
15      A   The first -- okay.  Mr. Galloway ran a red
16 light, and if he hadn't of run a red light, he
17 probably wouldn't have been where he was at when the
18 accident happened.
19      Q   And would you agree that if he hadn't have
20 run the red light, he probably wouldn't have been
21 involved in an accident?
22      A   If he hadn't gotten out of bed that morning,

68

1  he wouldn't have been involved in the accident, yeah.
2       Q   Well, if nobody had gotten out of bed that
3  morning, there wouldn't be an accident, but that's not
4  what I'm asking.  You're here as a trucking expert?
5       A   Yes, sir.
6       Q   50 years of experience; right?
7       A   Yes, sir.
8       Q   You would agree if Mr. Galloway had not run
9  the red light, then the accident most likely would not
10 have happened?
11      A   Yes, sir.
12      Q   Reaching that opinion, as you just did, what
13 percentage of fault do you place on Mr. Galloway for
14 running the red light?
15      A   Small --
16      MR. STIVERS:  Objection.
17      MR. SETHI:  Objection.
18      MR. STIVERS:  And also to percentages.  We
19 are not a comparative negligent state.  So I don't
20 understand your question.
21 BY MR. BLEVINS:
22      Q   Do you understand my question?

69

1       A   No, sir.
2       MR. BLEVINS:  Can you repeat my question?
3       Are you allowed to have any objection other
4  than to form?
5       MR. STIVERS:  No.
6       MR. SETHI:  Okay.
7       MR. SETHI:  Well, you can object to anything
8  if you want, but you can't tell a witness not to
9  answer, but you can say speculation.  You can say --
10      MR. BLEVINS:  Right.
11      MR. SETHI:  Right, right.
12      MR. BLEVINS:  I mean, form without telling
13 him anything, yeah, right.
14      MR. SETHI:  Brian knows very well that.
15      (Whereupon, the reporter read the record as
16      requested.)
17      MR. STIVERS:  Renew the objection.
18      MR. BLEVINS:  And the answer was?
19      (Whereupon, the reporter read the record as
20      requested.)
21 BY MR. BLEVINS:
22      Q   When you say a small percentage of fault,

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

70

1  what percentage are we talking about, approximately?
2      A   I have no idea what the percentage is.
3      Q   Pardon me?
4      A   I have no idea of the percentage.  It would
5  be a small percentage.
6      Q   Okay.  At any rate you would, based on your
7  experience and the expertise you're telling me about,
8  place some percentage of fault on Mr. Galloway for
9  running the red light and having some fault in causing
10  this accident?  Fair to say?
11      A   Some, yes.
12      Q   You just don't know what that would be?
13      A   No, sir.
14      Q   But we can agree that the accident would
15  have never happened had he not ran the red light?
16  Fair to say?
17      A   Possibly, yes, sir.
18      Q   Do you agree?
19      A   Yeah.
20      Q   Okay.  When you did the inspection of the
21  Sunbelt truck that was involved, were you able to
22  determine the turning radius of that truck?

71

1      A   Not determine the turning radius, no.
2      Q   You have a Class A license that you've told
3  us about.  That's for what we commonly think of, lay
4  people and myself included, as a semi truck that has a
5  trailer; right?
6      A   Yes, sir.
7      Q   The truck involved in this accident was not
8  a semi with a trailer.  Fair to say?
9      A   Yes, sir.
10      Q   What kind of truck was involved in this
11  accident?
12      A   Straight truck.
13      Q   That's what the term is?  Straight truck?
14      A   Yes.
15      Q   And that's because it's not pulling a
16  trailer?
17      A   Because it's a single unit.
18      Q   What type of driver's license do you have to
19  have for that?
20      A   Class B.
21      Q   Do you have a Class B license?
22      A   No, Class A covers everything.

72

1      Q   So with a Class A you can also drive a
2  Class B vehicle?
3      A   Yes, sir.
4      Q   Have you done any training on a Class B
5  vehicle such as the one that was in involved in this
6  accident?
7      A   Not recently, no.
8      Q   When is the last time you drove something
9  similar to the one that --
10      A   That I drove or that I trained?
11      Q   Well, let's go with drove.  If ever.  I
12  don't know if you have.
13      A   Early part of 2014.
14      Q   And what was that for?
15      A   I helped one of my friends move his business
16  and used his truck.  He had a 25-foot straight truck.
17      Q   Have you ever trained anybody on how to
18  drive a similar truck as was involved in this
19  accident?
20      A   Yes, sir.
21      Q   When was that?
22      A   2004, 2005.  I had a Class B truck in my

73

1  school.
2      Q   And were you giving the Class B
3  certifications, or that was just part of the Class A
4  training?
5      A   Same training for Class A, Class B.  They
6  all have to play the say rules, same inspection, take
7  the same road test.  So they train for Class A and go
8  for a Class B license.
9      Q   But you can't train for a Class B and go for
10  a Class A license, can you?
11      A   No.  And you can't train for a Class B
12  license with a tractor trailer.
13      Q   Other than your CDL license, do you have any
14  other certifications, licensing -- well, let's just go
15  with licensing.  Do you have to be a licensed CDL in
16  every state, or you just get this federal?
17      A   No, one license covers every state.
18      Q   What about certifications?  Have you ever
19  had any certifications for driving?
20      A   Such as?
21      Q   Do you --
22      A   I have a CDL.  That's all the certification

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

---

74

1  you need to drive a truck.
2      Q   Do you know that there are certifications
3  you can get to drive a Class A truck?
4      A   Other than a CDL, no.  There's other -- may
5  I clarify that?
6      Q   Yeah.
7      A   There's other endorsements that you can get
8  on your CDL.
9      Q   Okay.  Have you gotten any other
10 endorsements on your CDL?
11     A   At the time I had my CDL I had all the
12 endorsements.
13     Q   When did you first get your CDL?  Was it 50
14 years ago?
15     A   CDL didn't come into existence until the
16 80's.
17     Q   So in the 80's you got your first CDL;
18 correct?
19     A   Yes, up until that time you had just your
20 chauffeur's license.
21     Q   And the CDL license that you took in the
22 80's, the first one you took, do you remember how many

---

75

1  hours that was?
2      A   I was grandfathered in.  I had to take the
3  general knowledge test, and I had to take the driving
4  test, but other than that I was grandfathered in.
5      Q   And how long is the general knowledge test?
6      A   At that time it varied from state to state.
7  The one I took was in Wyoming.  I think it was 80
8  questions.
9      Q   And how long was the driving test?
10     A   It covered approximately 15 miles.
11     Q   And how long did that take you to do?
12     A   30 minutes.
13     Q   And the 80 questions, how long did that take
14 you to do, approximately?
15     A   It varies to the person.
16     Q   For you?
17     A   For me it generally takes me a half an hour.
18     Q   And have you taken those tests again since
19 that first one, or have you had to?  I don't know.
20     A   I haven't had to, but I go back every couple
21 years and take it just to make sure I know what I'm
22 talking about to my students.

---

76

1      Q   And do you take it with somebody else, or
2  you just take it yourself and grade yourself?
3      A   I take it at the DMV.
4      Q   When is the last time you did that?
5      A   Probably 2010.
6      Q   And how long is the test at the DMV?
7      A   It's a 50 question test, and again,
8  depending on the person.  It generally takes me
9  between 20 and 30 minutes.
10     Q   Any other part of the test for the DMV?
11     A   No.
12     Q   Other than the 50 questions?
13     A   Not just for the general knowledge.
14     Q   So if I understand you correctly, in 1980,
15 whenever that was, they started demanding, requiring
16 you have a CDL license.  You told us that you got
17 grandfathered in.  You did the test in Wyoming, 80
18 questions, drove the 15 miles, and then occasionally
19 you've gone back to the DMV to take --
20     A   The general knowledge.
21     Q   The general knowledge test.  Are you
22 required to do, or you just doing that?

---

77

1      A   No, I do it on my own.
2      Q   And how often, from the first time in the
3  80's to the time you mentioned the last time in 2010,
4  did you do it?
5      A   I didn't do it anymore until I started the
6  school.  I done it in 2000 when I started the school
7  and possibly every two years after that.
8      Q   And once your students passed your course at
9  RoadPro, do they then have to go to the DMV and take
10 this 50 questions test?
11     A   They have to take the 50 question test to
12 get their permit before they can even come to my
13 school.
14     Q   Okay.  And then when they come to your
15 school and they complete the course, you issue a CDL
16 license?
17     A   No, sir.
18     Q   What happens?
19     A   Take them to the DMV test site.  The DMV
20 tests them, and they issue the license.
21     Q   And when that happens, after they finish
22 your course, they go to the DMV, take the test.  Is

---

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

78

1  that driving and test, or is it --
2      A   It's just driving.
3      Q   Just driving?
4      A   Well, it's the inspection, backing and
5  driving. It's the road test.
6      Q   Is that in a controlled environment?
7      A   No.
8      Q   It's on the road?
9      A   Yes.
10     Q   Any of your students fail that test?
11     A   Every once in a while.
12     Q   What percentage? I'm guessing you kept
13 track, but tell me if you didn't.
14     A   You asking how many failed the course
15 completely, or how many just failed that test?
16     Q   We can go to both. First I was asking how
17 many fail the test, when they go to the DMV, after
18 your course? Approximately. Percentage-wise.
19     A   First time approximately 10. 10 percent.
20     Q   And then what were you saying about the
21 other portion of the course? How many fail it?
22     A   If they fail three times, then they have to

79

1  come back to school for 80 hours. So like I say, I've
2  had approximately five of those.
3      MR. STIVERS: May we have a recess, please?
4      MR. BLEVINS: Sure.
5      (Whereupon, a brief recess was taken.)
6  BY MR. BLEVINS:
7      Q   Mr. Eggleston, do you know what the CFR is?
8      A   CFR? Not by the letters, no.
9      Q   Do you know something called the 20 points
10 of knowledge?
11     A   I know of them, yes, sir.
12     Q   Could you recite them to me, or you just
13 know that they exist?
14     A   I can recite some of them. I know that they
15 exist.
16     Q   You just don't have them memorized?
17     A   No.
18     Q   Okay. Do any of the 20 points of knowledge
19 have to do with right-hand turns?
20     A   Yes, sir.
21     Q   And what does that one say, if you know?
22     A   I would have to look it up in the manual.

80

1      Q   All right. So it's in the manual? You just
2  haven't memorized it?
3      A   Yes, sir.
4      Q   I'm correct?
5      A   Yes, sir.
6      Q   Would you agree that commercial drivers
7  sometimes make the jug handle turn in to a confined
8  space so that they don't have to back up into the
9  road? Is that one of the reasons they might do that?
10     A   I agree that some of them may do it, but
11 it's illegal no matter who does it or when it's done.
12     Q   And you keep saying illegal. Is there
13 anywhere that any statute talks about pulling into
14 from a public road to a private property, such as the
15 Sunoco in this case, that says you cannot make a jug
16 handle turn in to a private property?
17     A   Virginia Motor Code.
18     Q   Where is that?
19     A   It's in -- would you like me to read it to
20 you, or hand it to you?
21     Q   Well, yeah, hand it to me, and then you can
22 refer to it. I just want to take a look at it.

81

1      MR. CAFRITZ: Sir, can you give the code
2  section?
3      MR. BLEVINS: Yeah, I can read it.
4      Q   So is this what you've given me is that in
5  this book?
6      A   No, that's in the Virginia Code of Motor
7  Vehicles.
8      Q   Okay.
9      A   It is more stringent than the codes that are
10 in these books.
11     Q   Is it simply the highlighted portion of
12 46.2-846 that you're talking to, or is it something
13 else?
14     A   I believe so, but I'll have to look at it.
15     Q   Okay. Go ahead.
16     A   Yes, the rest of it goes on to cover left
17 turns.
18     Q   Okay. So this basically says -- I'm just
19 going to skip down to 1. Right turns, and then it has
20 a colon. "Both the approach for a right turn and a
21 right turn shall be made as close as practicable to
22 the right curb or edge of the roadway."

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

82

1      Did I read that correctly?
2    A   Yes, sir.
3    Q   Nowhere --
4    A   I can't see it from here, but I'm assuming
5  you did.
6    Q   Okay.  And this is going to be attached in
7  the composite.  So we'll know that I've read it
8  correctly, or you can correct me later.
9    A   Okay.
10   Q   Nowhere in this 46.2-846 does it prohibit
11  jug handle turns specifically with the turn jug
12  handle.  Is that fair to say?
13   A   Yes, sir.
14   Q   And it basically says you stay to the right
15  curb or edge of the roadway as close as practicable.
16  Fair to say?
17   A   Yes, sir.
18   Q   So there's some leeway there; right?
19   A   As long as you stay in your lane, yes.
20   Q   Well, let's be clear.  It doesn't say
21  anything about staying in your lane in 46.2-846, does
22  it?

83

1    A   No, but we're splitting hairs here.  You
2  have to stay as close to the curb as practicable,
3  which means you need to stay close to curb so nobody
4  can get beside you.
5    Q   46.2-846 doesn't say anything about --
6    A   It doesn't say it's against the law to make
7  a --
8    Q   You have to wait until I ask the question
9  because this young lady is going to go crazy trying to
10  get both of us.  Okay?
11   A   Okay.
12   Q   46.2-846 doesn't say anything about you have
13  to stay in your right-hand lane to make a right-hand
14  turn.  Is that fair to say?
15   A   Yes.
16   Q   What it says is you should stay as close as
17  practicable to the right curb or the edge of the
18  roadway; right?
19   A   Yes, sir.
20   Q   So this statute that was cited, 46.2-846,
21  does not specifically say that a jug handle right-hand
22  turn is illegal, does it?

84

1    A   It doesn't mention jug handle, yes, sir.
2    Q   And it doesn't even say you have to stay in
3  your same lane; correct?
4    A   Yes.
5    Q   Sometimes you would agree there are
6  situations, in your 50 years of driving, where you do
7  have to do some level of a jug handle turn to get
8  into the area you're trying to go to?  Is that fair to
9  say?
10   A   There's always another entrance.  So it's
11  you pick the safest entrance.
12   Q   Understood.  My question is simply you've
13  been driving for 50 years.  You have how many miles,
14  approximately?
15   A   Over 5 million.
16   Q   Over 5 million in driving.  You're not going
17  to sit on the stand and tell the jury you've never
18  made a jug handle right-hand turn, are you?
19   A   A jug handle right-hand turn is admissible
20  with the semi trailer as long as you keep the right
21  lane blocked.
22   Q   Have you made a jug handle right-hand turn,

85

1  in your 50 years, 5 million miles of driving?
2    A   Yes, sir.
3    Q   Okay.  And making that jug handle turn means
4  that you're necessarily going to take the front of
5  your truck into the next lane over.  That's why it's
6  called a jug handle; correct?
7    A   Yes, sir.
8    Q   And what you try to do is keep the back of
9  your truck close, but you've still done that in
10  certain situations, a jug handle right-hand turn?
11   A   I use my trailer to block the right lane
12  when I do it, yes, sir.
13   Q   Do you have an opinion on whether or not
14  Mr. Church had his right-turn signal on?
15   A   Not definitive, no.
16   Q   He says he had it on; right?
17   A   He says he did.
18   Q   Did you see the video?
19   A   Yes.
20   Q   Did you see when he got out of the truck and
21  checked on Mr. Galloway and then went over to look at
22  the front of his truck?

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

86

1    A   Yes.
2    Q   Do you have an understanding that he was
3  making sure that his blinker was on?
4    A   No, I understand that he was making sure
5  that he hadn't run completely over Mr. Galloway.
6    Q   If he testifies that when he checked his
7  truck the blinker was still on, do you have any reason
8  to think that he's lying?
9    A   No.
10    Q   Do you have any criticism of Mr. Church
11  making sure his right-turn blinker was on?
12        MR. STIVERS:  Objection.  That assumes
13  evidence that's not in the record.
14  BY MR. BLEVINS:
15    Q   I'm asking do you have any criticism of
16  Mr. Church making sure his right-hand turn signal was
17  on?  Just that part of his driving.  You can answer.
18        MR. STIVERS:  I don't understand your
19  question.  I'm sorry.
20        MR. BLEVINS:  Sure.
21    Q   Do you have any criticism of Mr. Church
22  turning on his right-hand signal before he made the

87

1  jug handle turn?  Just of turning on the signal?  Or
2  is that what he's supposed to do with regard to
3  signaling?
4    A   If he had his right-turn signal on, he broke
5  the law by moving over into the left lane without
6  signaling to the left.  Whether he had his right-turn
7  signal on or not, I can't say, but he should have
8  had -- it should have been on when he completed his
9  turn, but it should have been on also before --
10    Q   On the left.
11    A   On the left before he made his turn.
12    Q   Okay.
13    A   So he never stated one way or the other on
14  that.
15        (Mr. Sethi enters deposition room.)
16  BY MR. BLEVINS:
17    Q   So you've already testified that you have
18  made jug handle right-hand turns before; correct?
19    A   Yes, sir.
20    Q   And some of those turns required the front
21  of your truck to go into the next lane to the left;
22  correct?

88

1    A   Yes, sir.
2    Q   And are you telling me that when you've made
3  those jug handle turns in to confined spaces such as
4  at Sunoco, you first put on your left turn signal and
5  then you put on your; right?
6    A   Generally when I have to make a turn like
7  that I put it on all four ways.
8    Q   But didn't you just say that you should put
9  your left-turn signal on when you first start making
10  the jug handle turn and then put your right, or did I
11  misunderstand you?
12    A   If you're going to completely change the
13  lane with your complete vehicle, you should have your
14  left-turn signal on.
15    Q   Okay.  So when you have made that type of
16  turn, jug handle turn, where you take the front of
17  your truck into the next lane to the left, before you
18  turn to the right, are you telling me you put the
19  left-hand turn signal first, and then you put the
20  right-hand turn signal on?
21    A   I generally signal that I'm going to turn
22  left, and then as I start, I turn on my four ways to

89

1  warn everybody around me.
2    Q   And then you put on your right?
3    A   No, I complete the turn with the four ways
4  on because I have the lane blocked.
5    Q   And when you say you have the lane blocked,
6  you would agree with me that some of those jug handle
7  turns that you've taken to the right, where you go
8  into the left lane and then you make a big sweeping
9  right-hand turn, even when you were trying to keep the
10  back of your truck close to the curb, you would agree
11  with me some of those times would have been enough
12  space for a Moped to squeeze in there?  Fair to say?
13    A   If you were completely stupid, yes.
14    Q   And what do you think about the way
15  Mr. Galloway drove his Moped after he ran the red
16  light?
17    A   He didn't run -- Mr. Galloway didn't run
18  beside the truck.  The truck ran into him.
19  Mr. Galloway had every right to be where he was at at
20  the time of the accident even though he had run the
21  red light.
22    Q   And what do you say to any testimony that it

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

90

1 looked like Mr. Galloway was trying to beat the truck
2 to the turn?
3    A   I'd say probably not.
4    Q   You weren't there; right?
5    A   No, sir.
6    Q   If there's eyewitness testimony that's not
7 Mr. Galloway and not Mr. Church that says Mr. Galloway
8 appeared to be trying to beat the truck to the turn,
9 would you say that was a reasonable way for
10 Mr. Galloway to operate the Moped at that time after
11 he ran the red light?
12    A   That would be their assumption, not mine.
13    Q   Understood. I want you to assume
14 hypothetically.
15    A   I don't do hypothetical.
16    Q   Well, I want you to assume that there are
17 witnesses who say that it appeared Mr. Galloway, after
18 running the red light, was trying to beat the truck to
19 the turn. If -- you have to wait for me to finish.
20         If the jury believes those witnesses'
21 testimony, would you agree that Mr. Galloway was not
22 operating his Moped in a reasonable manner if they

91

1 believe what these independent witnesses say?
2         MR. SETHI: Objection to form. Objection.
3 Calls for speculation.
4 BY MR. BLEVINS:
5    Q   You can answer.
6    A   Again, that's their opinion. It's not mine.
7 I can't assume their opinion. I have no knowledge of
8 what they were thinking.
9    Q   What who was thinking?
10    A   Whoever says Mr. Galloway was trying to beat
11 Mr. Church. I have no way of knowing that's what
12 they were thinking.
13    Q   What who was thinking?
14    A   Whoever the witnesses that you're
15 talking about.
16    Q   Okay. Let's say Mr. Galloway was, after he
17 ran the red light, was trying to beat the truck to the
18 turn. If that's what happened, is that a reasonable
19 way for Mr. Galloway to operate his Moped?
20    A   After Mr. Church left the right lane and was
21 two lanes over, yes.
22    Q   Even if he knew he was going to make a right

92

1 turn?
2    A   He didn't know he was going to make a right
3 turn.
4    Q   How do you know that?
5    A   Because any normal person would assume that
6 once you leave the first left lane and enter the
7 second left lane you're going straight ahead.
8    Q   So when you've made a jug handle turn in to
9 a confined space like the Sunoco and you've taken the
10 front of your truck into the next lane to the left,
11 would you assume the people behind you thought you
12 were going left, or they thought you were going right?
13    A   They wouldn't have any idea, but my trailer
14 would never leave the right lane. So they would
15 assume I was still going to go right.
16    Q   Even though when you make your jug handle
17 turn and you take the front of your truck into the
18 left lane, you use your left turn signal, wouldn't
19 that, the way you're describing what you do, tell the
20 people behind you you were going to go left?
21    A   Would tell them I was going to go left, but
22 then when I turn on all fours, they know I'm going to

93

1 go different.
2    Q   Okay.
3    A   And as long as I've got the lane blocked,
4 they have no right to assume that I'm going to go
5 straight through until my whole vehicle is in the
6 other lane.
7    Q   So when you've made the jug handle turn to
8 take a right and taken the front of your truck into
9 the left-hand lane, you don't turn on the right-hand
10 turn signal at all? The last thing you do is turn on
11 all blinkers; right?
12    A   Turn on my caution lights, yes.
13    Q   So there would be no way to know, from
14 looking at your signal if you were behind you or
15 beside you, that were you actually going to make
16 a right-hand turn the way that you do the jug handle
17 turns in to confined spaces such as Sunoco. Fair to
18 say?
19    A   It would be irrelevant because they cannot
20 get by me because my trailer is in the lane. It's
21 totally irrelevant.
22    Q   I was asking about the turning radius of the

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

94

1 Sunbelt truck involved in this. Do you know whether
2 the turning radius differs from the trucks that you
3 drive and you train on, those semis?
4     A    The turning radius of the truck itself is
5 basically the same as mine would be without a trailer.
6 Basically the same wheel base. The only difference in
7 mine is the trailer.
8     Q    Okay. And the front part of that truck that
9 you're talking about without the trailer is the
10 tractor; right?
11     A    Yes.
12     Q    How is it that you can say the turning
13 radius of the Sunbelt truck involved in this accident
14 is the same as the tractors you use in your private
15 business and your training school if you haven't
16 driven either one, or are you just estimating?
17     A    No, sir. I drive -- sometimes we send our
18 tractor's bobtail up to fuel. Sometimes we run our
19 truck bobtail down the road just do give them a feel
20 of what it feels like without a trailer.
21     Q    And so a jury understands, bobtail means
22 without a trailer on it; right?

95

1     A    Yes.
2     Q    Okay.
3     A    It's basically a straight truck, but it
4 doesn't have a bed.
5     Q    Would you agree with me that the size of the
6 tires and the arc stops on a truck, whether it's a
7 bobtail semi like you're talking about or a straight
8 truck as the Sunbelt truck in this case, that affects
9 the turning radius of either one of those?
10     A    Yes.
11     Q    And why is that?
12     A    The larger the tire increases the radius of
13 turn. The larger the front tire.
14     Q    And do you know what kind of tires the
15 Sunbelt truck in this case that you inspected had?
16     A    I believe they had 12 or 13-inch wide tires
17 on the front of it. It's in the measurements. I
18 can't recall it off the top of my head.
19     Q    Is that what they call a highway tire,
20 or is that what they call a wide tire that you can use
21 off road?
22     A    It's a super heavy-duty tire for -- so they

96

1 can haul the maximum legal weight on that front axle.
2     Q    And is it wide tire, or is it a normal width
3 tire?
4     A    It's a wide tire.
5     Q    And with the wide tire, such as on the
6 Sunbelt truck, what do they do with the arc stop?
7     A    Pardon?
8     Q    Well, let me back up. Do you know what an
9 arc stop is?
10     MR. STIVERS: I can't understand what you're
11 saying? Arch?
12 BY MR. BLEVINS:
13     Q    Sorry. Axle stop. Do you know what an axle
14 stop is?
15     A    Yeah, I know what the axle stop is.
16     Q    What is an axle stop?
17     A    Axle stop is where you turn your wheel, it
18 comes to a stop at a certain degree.
19     Q    Why do they have the axle stop in place?
20     A    Keep your wheels from turning too far.
21     Q    And going into your gears; right?
22     A    Going into your frame, your springs,

97

1 whatever.
2     Q    And with the wider tires, what do they do
3 with the axle stop?
4     A    The wider tires stick out further to the
5 outside than they do on the inside. The axle stop is
6 still the same on the wide tires. The rim is built
7 different. It's an inset rim.
8     Q    Okay. So the axle stop doesn't change with
9 the width of tire. Is that fair to say?
10     A    Yes.
11     Q    That's your understanding?
12     A    Yes.
13     Q    And what has a smaller turning radius? In
14 other words, what can turn tighter? A truck with wide
15 tires, or a truck with normal tires?
16     A    Truck with normal tires can turn a certain
17 degrees tighter.
18     Q    And the Sunbelt truck had wide tires; right?
19     A    Yes, sir.
20     Q    So it could not turn right or left as tight
21 as a regular truck could. Fair to say?
22     A    To a certain degree, yes.

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

98

1    Q    And did you do any testing to determine what
2  the radius of the turning was on the Sunbelt truck?
3    A    I see no reason to do that.
4    Q    Is there any priority, in terms of your
5  driving, as to the most dangerous maneuver?  In other
6  words, I've seen a lot of writing, but I want to know
7  your opinion.  My writing that I've seen says backing
8  up is the most dangerous thing a commercial truck
9  driver can do.  Is that your understanding, or do you
10 have a different hierarchy of the most dangerous move?
11   A    Backing is to be avoided, if possible, but I
12 wouldn't say it's the most dangerous move, no.
13   Q    Because I've seen it, in all of these
14 documents you've just given me, it says backing up is
15 very dangerous, or it has some adjective --
16   A    Backing up is dangerous and should be
17 avoided.  That's what it says in all the --
18   Q    Right.
19   A    In certain circumstances.  It goes on to say
20 in certain circumstances.  In all circumstances you
21 can't always avoid it.
22   Q    Correct, and you would agree in all

99

1  circumstances you can't always avoid making a jug
2  handle right turn?
3    A    No, I won't agree with that.
4    Q    Is there anything more dangerous, in your
5  commercial driving, than backing that you're aware of
6  in any of these documents?
7        MR. SETHI:  I'm sorry.  I just want to
8  understand the question.  You mean what's in the
9  documents, or you talking from his experience?  I just
10 want to --
11       MR. BLEVINS:  No, no.  That fine.  That's a
12 good question.
13       MR. STIVERS:  And are we talking about the
14 CDL manual, or are we talking about this document?
15       MR. BLEVINS:  Well, documents has an S on
16 the end of it.
17       MR. STIVERS:  Okay.
18 BY MR. BLEVINS:
19   Q    But I'll ask you of all the documents that
20 you brought here today, is there anything listed as
21 more dangerous than backing for a commercial driver?
22 Backing up?

100

1    A    Not necessarily listed as more dangerous.
2    Q    Is there anything more dangerous than
3  backing up, in your personal opinion with 50 years and
4  5 million miles of driving?
5    A    Plenty of them, yes.
6    Q    What's more dangerous?
7    A    Speeding, loading your load wrong.  Anything
8  that affects the handling of your vehicle is more
9  dangerous than backing.
10   Q    Other than what affects the handling of your
11 vehicle like speeding or load or icy roads, something
12 like that, is there anything more dangerous than
13 backing up?
14   A    Just the general public.
15   Q    You mean other drivers?
16   A    Yes.
17   Q    Other than other drivers --
18   A    Not that I know of.
19   Q    Let me just ask the question.
20       Other than other drivers, speeding, weather
21 conditions, or the way you load the truck is there
22 anything more dangerous than backing up your truck?

101

1    A    Probably not.
2    Q    The trucks that you have, the trailers I
3  should say -- and you may have it on the tractor
4  itself, but the trailers you have, the three
5  Freightliners for --
6    A    Tractors, yes.
7    Q    Do they have that warning sign on the back
8  that says caution, truck makes wide right turns?
9    A    My trailers do, yes.
10   Q    All of your trailers?
11   A    No, not all of them.
12   Q    Why not all of them?
13   A    Not required.
14   Q    I'm not asking if it's required.  I'm just
15 asking if you have that on your trailers?
16   A    No, I don't on all of them, no.
17   Q    You've seen it on a lot of trailers; right?
18   A    Yes.
19   Q    And what does that mean, caution wide right
20 turns?
21   A    It means if you see that it looks like he's
22 going to make a wide turn, you got to be careful.

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

102

1  Q    And does the DMV, Virginia DMV, suggest that
2  drivers, other drivers, such as the public, avoid
3  something they call a no go zone?
4  A    Not the no go.
5  Q    It's the no zone?
6  A    Yeah, the no zone, yeah.
7  Q    What is the no zone?
8  A    That's the blind spots on trucks.
9  Q    I think I was asking you does the Department
10 of Motor Vehicles for Virginia suggest that the
11 general public stay away from the no zones?
12 A    Yes, it's in the manuals.
13 Q    And that's the same as what you have on the
14 back of your trailers at RoadPro where it says
15 caution, truck makes wide right turns.  Stay out of
16 this area.  Fair to say?
17 A    Basically, yes.
18 Q    And would you agree that the public, the
19 general drivers other than the commercial drivers,
20 have a responsibility to be aware of that, and that's
21 why they're putting up these signs?
22 A    Everybody has a responsibility to be aware

103

1  of it.
2  Q    To that zone to the right of a truck when a
3  truck is making a right-hand turn.  Fair to say?
4  A    Either side of the truck.  Doesn't make any
5  difference where.
6  Q    But the other drivers have that
7  responsibility?
8  A    Yes.
9  Q    To be aware of it and stay out of that zone?
10 That no go zone?  Fair to say?
11 A    Yes.
12      MR. BLEVINS:  Let me just take a little
13 break here.
14      (Whereupon, a brief recess was taken.)
15 BY MR. BLEVINS:
16 Q    You're familiar with that Sunoco where this
17 accident happened; right?
18 A    Yes, sir.
19 Q    And you've been in, I guess, pretty much
20 every entranceway in that place?
21 A    I've only been in the Pactiv Way and one
22 time into the entrance Mr. Church went in.

104

1  Q    And have you ever been into the entrance
2  Mr. Church went in in a straight truck with wide tires
3  on it such as Mr. Church was driving that day?
4  A    No.
5  Q    So really you couldn't say what turning
6  radius that particular truck had on the day of this
7  accident.  Fair to say?
8  A    Yeah, but I can also tell you I've made that
9  same turn with a semi without leaving a lane.
10 Q    Okay.  And you did that the one time you
11 went through there?
12 A    Yes.
13 Q    Do you believe you've gone through there
14 more than once or just once?
15 A    No, I just went through there one time to
16 show a student that it could be done.
17 Q    And you don't know whether the semi you were
18 driving had the same turning radius as the truck that
19 Mr. Church was driving on the date of this accident.
20 Is that fair to say?
21 A    Basically the same only it was 60-foot long.
22 Q    Okay.  Well, my point is you won't know

105

1  where the actual stops were on Mr. Church's truck;
2  right?
3  A    I don't know where they were.  They were
4  probably standard.
5  Q    I'm just saying you don't know?
6  A    No, I don't know where they were.
7  Q    It would affect wherever the mechanics put
8  the axle stop related to the width of the wheel as to
9  what the radius of the Sunbelt truck turn would be.
10 Fair?
11 A    Yeah.
12 Q    And by agreeing to both of those, you just
13 don't know if the Sunbelt had the same turning radius
14 as whatever truck you took in?
15 A    No, I can't say they're the exact same
16 turning radius, no.
17 Q    Okay.
18 A    But again, I would assume it would be close
19 because those tires and wheels were put on when that
20 truck was built, and they would have set the turning
21 radius at that time.  Sunbelt's mechanics wouldn't
22 have messed with that.

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

106

1    Q    That's your understanding?
2    A    Yeah, that's my knowledge. I mean, the
3  Sunbelt mechanics don't have a machine to set it with.
4    Q    Okay. Whether it was set by the Sunbelt
5  mechanics or the manufacturer of the truck itself, you
6  don't know what the turning radius was?
7    A    No.
8    Q    And you haven't made that turn in a similar
9  truck as the Sunbelt truck. Fair to say? Into that
10  entranceway?
11    A    I've made --
12        MR. SETHI: I'm going to object to the word
13  similar.
14        THE WITNESS: I made it in that same exit
15  with a 25-foot box truck.
16  BY MR. BLEVINS:
17    Q    I thought you just told me --
18    A    When I mentioned before I had driven a box
19  truck, I made it in there with that truck.
20    Q    I thought you just told me you've only been
21  there once and that was with a student in a semi with
22  a trailer?

107

1    A    That's what I said, but then I can clarify
2  it.
3    Q    And now you remember doing it with a box
4  truck?
5    A    Yes.
6    Q    Okay. And when was that that you did it
7  with the box truck?
8    A    It would have been December of -- would have
9  been in December or January of '13.
10    Q    And as we're sitting here talking about it,
11  do you ever remember using that same entrance other
12  than the two times we're talking about right now?
13    A    No.
14    Q    And are you telling me you may have, and you
15  don't remember, or you know you didn't?
16    A    I may not remember doing it.
17    Q    And whether it was the box truck or the
18  semi, do you use the same turning signal procedure
19  that you talked about before? Fair to say?
20    A    Stayed in the right lane all the way
21  through, yes, sir.
22    Q    Then when you went into that entranceway, do

108

1  you turn on all your flashers?
2    A    No, just the right turn signal if I'm going
3  to stay in my right lane.
4    Q    And is one of the things you're thinking
5  about, when you go into any entranceway in a confined
6  space like that Sunoco, being aware of where all the
7  other cars are, pedestrians, other trucks that are
8  parked or moving around, does a driver have to be
9  cognizant, aware of all that, when he's make a
10  decision of what driveway to use?
11    A    He should be, yes.
12    Q    And is that because once you get in a
13  confined space, it can be a little trickier if you
14  have a bunch of moving parts such as trucks over here,
15  cars over here, people walking around? Is that one of
16  the reasons?
17    A    Once you get in there, yes, you may have to
18  do extra maneuvers.
19    Q    Right, and you want to be aware of that
20  before you go into that area?
21    A    Before you try to get into it.
22    Q    Is that correct?

109

1    A    Yes.
2    Q    Are you familiar, or maybe you've used this
3  in your training, of the difference between a hazard
4  and an emergency and how a hazard can become an
5  emergency?
6    A    Yes.
7    Q    What does that mean?
8    A    A hazard can be something that is coming up,
9  and an emergency is a hazard that's already happened.
10  I mean, you -- a hazard is you see flashing lights on
11  the side of the road ahead of you. They may be on the
12  side of the road, or you may have to stop, and an
13  emergency is if you have to stop. If the road is
14  blocked, you have to stop.
15    Q    So if you were pulling in a confined space
16  such as the Sunoco, from any entrance, and you
17  couldn't see somewhere and somebody walked -- you
18  couldn't see where someone could walk out in front of
19  you, that would be a potential hazard; right?
20    A    Yes.
21    Q    And then the emergency would be if that
22  person -- if some person actually walked out from a

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

**110**

1 blind spot in front of your truck?  That would be an
2 emergency?
3    A  Yes.
4    Q  And so you try to avoid hazards so that they
5 don't turn in to emergencies.  Fair to say?
6    A  Yes.
7    Q  You would agree with me that none of these
8 documents that you have brought with you, that's the
9 Virginia Commonwealth Drivers Manual, the Federal
10 Motor Carrier Safety Regulations, or should this VA
11 Code 46.2-846 talks specifically about commercial
12 drivers turn in to a confined space such as the
13 Sunoco?  You would agree with me?
14    A  They do talk about it.
15    Q  They do?
16    A  Yes.
17    Q  Okay.  Let's see where.
18    A  This one talks about it.  Being in a
19 confined space.
20    Q  Can you show me then?  Just where that talks
21 about a confined space?
22    A  Okay.  So it probably doesn't say a confined

**111**

1 space.  It's implied, but it doesn't say it.
2       MR. STIVERS:  Can we, for the record, say
3 what it is that he's saying was implied?
4       MR. BLEVINS:  Sure, he was looking at
5 section 46.2-846 of the Virginia Code.
6    Q  What I'm saying is we're in agreement that
7 the Sunoco parking lot and areas such as that are what
8 we call, generally speaking, confined spaces.  Fair to
9 say?
10    A  Yes.
11    Q  None of these documents that you've
12 brought -- statutes, codes, regulations -- speaks
13 specifically to a commercial driver pulling into a
14 confined space.  Is that fair to say?
15    A  I would have to go through them and look.
16    Q  Oh, yeah, sure.  Go through them and look.
17    A  They don't say confined space.  It's
18 implied, but they don't say it.
19    Q  Okay.  Well, you would agree with me,
20 Mr. Eggleston, that you're saying it's implied; right?
21    A  Yes.
22    Q  Does it say anywhere in any of those

**112**

1 statutes, regulations, manuals that something is
2 implied --
3    A  Implied is how you read it.
4    Q  -- or that's your opinion?
5    A  Implied is how you read it.
6    Q  Okay.  So it implies how you read it, but
7 with specificity, none of the documents that you
8 brought -- the Virginia Commercial Drivers Manual, the
9 Virginia Code 46.2-846, the Federal Motor Carrier
10 Safety Regulations -- speaks specifically to a
11 commercial driver's responsibilities, duties, etc.
12 when pulling into a confined space such as the Sunoco
13 in this case?  Is that fair to say?
14    A  Yes.
15       MR. STIVERS:  Excuse me for just a minute.
16 I have an emergency.
17       MR. BLEVINS:  That's okay.
18       (Whereupon, a brief recess was taken.)
19       MR. BLEVINS:  I just want to go through a
20 few things, and then we should be done.
21       (Eggleston Exhibit Number 7 was marked for
22       identification.)

**113**

1 BY MR. BLEVINS:
2    Q  This I've marked as Exhibit 7.  Let me ask
3 you if you've seen this before or you're aware of its
4 existence?  I think we got it off the website, but you
5 may have it in your training courses too.
6    A  I haven't seen this exact one.  Well, I
7 have, but it's the first part of the manual, I
8 believe.  First part of the new manual.
9    Q  The new manual for?
10    A  Virginia.
11    Q  Virginia what?
12    A  CDL manual.
13    Q  I think it's the DMV; right?  The Virginia
14 DMV?
15    A  Yeah.
16    Q  You see that?
17    A  Yeah.
18    Q  That we've marked as Exhibit 7.  I know
19 you've got your --
20       MR. STIVERS:  Do you have an extra copy of
21 that?
22       MR. BLEVINS:  I don't, but I'll attach it,

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

114

1  and I'll give it to you right after this.
2      MR. STIVERS: If I may read it, please?
3      MR. BLEVINS: The whole --
4      MR. STIVERS: Yes.
5      MR. BLEVINS: Sure.
6      MR. STIVERS: Where does this come from?
7      MR. CAFRITZ: It's the DMV website.
8      MR. STIVERS: And what's it in the context
9  of?
10     MR. CAFRITZ: Motor carrier safety.
11     MR. STIVERS: Is it for non-CDL drivers, or
12  is it for CDL drivers?
13     MR. CAFRITZ: It's just the DMV website.
14  It's the public...
15     MR. STIVERS: All right. Very good.
16  BY MR. BLEVINS:
17     Q    So Mr. Aggleston, my --
18     A    Eggleston.
19     Q    Eggleston. I thought it was an E. Yeah,
20  Eggleston.
21     A    Yeah.
22     Q    What we have here, which is marked as

115

1  Exhibit 7, is the DMV Virginia Department of Motor
2  Vehicles document, and it's from this website. It
3  says, www.dmv.state.va, and it's dated 2/18/2015, and
4  I know you have some difficulty reading, but I'd ask
5  you just to read this one bullet point, and I'll
6  circle it right here so you see where it -- can you
7  read that bullet point starting where the circle is?
8  You see where I've circled that bullet point? It
9  says, "Sometimes." Can you read that out loud?
10     A    "Sometimes large vehicles must swing wide to
11  turn safely. They will swing right for a left turn or
12  left for a right turn. Watch their turn signals and
13  give them room to maneuver. Never drive between a
14  turning truck, bus, and -- never turn between a
15  turning truck or bus and the side of the road. Your
16  car could get struck between the large vehicle and the
17  curb."
18     Q    Do you agree with that bullet point by the
19  Department of Motor Vehicles of Virginia?
20     A    Yes.
21     Q    And that's the responsibility that other
22  drivers have around commercial trucks such as the

116

1  Sunbelt truck in this case; right?
2      A    Yeah.
3      Q    Are there any other opinions you have,
4  Mr. Eggleston, that we have not discussed?
5      MR. STIVERS: You want him to read the whole
6  report?
7  BY MR. BLEVINS:
8      Q    Okay. Let me make it easy for you that way
9  too.
10     You have given opinions in these two
11  reports. You have an initial expert report and
12  opinion dated December 10, 2014, and a response to a
13  report by Jeffrey Clark dated January 28, 2015. Other
14  than those opinions and what you've told us today, do
15  you have any other opinions in this case that you
16  haven't related completely to me?
17     A    I don't believe so.
18     Q    And was there any other analysis, testing,
19  measuring, reconstruction that you did that we haven't
20  discussed today?
21     A    No, sir.
22     MR. BLEVINS: Those are all the questions I

117

1  have for you. Thank you for your time, Mr. Eggleston.
2      MR. STIVERS: I have some questions.
3      EXAMINATION BY COUNSEL FOR PLAINTIFF
4  BY MR. STIVERS:
5      Q    Mr. Eggleston, counsel was asking you
6  whether or not any of the documents specifically speak
7  to turning in to a confined space, and your response
8  was that it's implied. Does the CDL apply to turns,
9  whether into confined -- I'm sorry. The CDL manual
10  apply to turns whether into confined spaces or not?
11     A    Yes.
12     Q    And does the motor vehicle code that you
13  cited under title 46, does it apply to whether you're
14  turning in to intersections or in to any other
15  location?
16     A    Yes.
17     Q    And would any other location also be a place
18  like the Sunoco station?
19     A    Yes.
20     Q    Now, you were asked about being aware of
21  hazards, and you were asked whether or not a driver
22  needs to be concerned about the hazards before they go

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

118

1  into a space, and I believe that you said yes, they
2  should be. What was the best entrance to be aware of
3  hazards at the Sunoco station, in your opinion?
4      A  The Pactiv Way.
5      Q  And tell us why.
6      A  Because it's straight in. From Pactiv Way
7  it's a straight in entrance. When at the time you
8  reach the lot, you see the entire lot. Tell if
9  there's anybody in the road or anybody moving around.
10     Q  Now, you were asked by counsel about being
11  aware of the hazards. Have you personally driven in
12  that entrance from Pactiv Way to the Sunoco station?
13     A  Yes.
14     Q  What's the proper way, in your estimation,
15  to enter that entrance and to surveil the parking lot?
16     A  Come in off of Pactiv Way, come to the edge
17  of the parking lot, and stop and eyeball the whole
18  space.
19     Q  Do you see any problems with the way in
20  which Mr. Church entered the Sunoco station from the
21  northern most entrance as it would pertain to his
22  ability to survey what was going on in the parking lot

119

1  as he was completing his maneuver?
2      A  He wouldn't have been able to see everything
3  that was going on in the parking lot until he was
4  already nosed into it off the main highway.
5      Q  Now, counsel had asked you about the stops
6  that affect the turning radius of the Sunbelt truck.
7  If you were to learn that the stop prohibited the
8  Sunbelt truck from making a proper right-hand turn, as
9  described by the CDL manual and as required by the
10  state code of Virginia, what would be your advice to
11  that driver?
12         MR. CAFRITZ:  Object to the form of the
13  question.
14  BY MR. STIVERS:
15     Q  What would be your opinion about whether or
16  not the driver should attempt to make that turn?
17     A  If he knew it had been where he couldn't
18  make that turn, he shouldn't have been driving that
19  truck.
20     Q  Or if he was forced to drive that truck,
21  should he have been, nonetheless, made the turn?
22         MR. CAFRITZ:  Object to the form of the

120

1  question.
2  BY MR. STIVERS:
3      Q  In your opinion?
4      A  No.
5      Q  Now, you were asked about what dangers there
6  are and whether backing is dangerous, and you said
7  there are a lot of other circumstances that can be
8  more dangerous. Was it, in your opinion, dangerous
9  for Mr. Church to leave Pactiv Way, move down
10  Martinsburg Pike, enter the third lane, and then make
11  a right turn in to the Sunoco station?
12     A  Definitely more dangerous than coming in off
13  of Pactiv Way.
14     Q  Now, sir, you said earlier that in response
15  to a question about Mr. Galloway that Mr. Galloway had
16  every right to be where he was at the time that he was
17  hit by the truck; is that right?
18     A  Yes.
19     Q  Is that your opinion?
20         MR. BLEVINS:  Objection to form.
21  BY MR. STIVERS:
22     Q  And you were being asked in that same

121

1  context about what Mr. Galloway was doing. From
2  viewing the video, what did you see Mr. Galloway do as
3  he proceeded down Martinsburg Pike?
4         MR. CAFRITZ:  Object to the form and outside
5  his expertise.
6  BY MR. STIVERS:
7      Q  What did you see Mr. Galloway do as he went
8  down Martinsburg Pike?
9         MR. BLEVINS:  Same objection. The video
10  speaks for itself.
11  BY MR. STIVERS:
12     Q  What did you see on the video Mr. Galloway
13  doing as he went down Martinsburg Pike?
14         MR. BLEVINS:  Same objection. I just don't
15  think you can have an expert tell a jury what the
16  video shows, but go ahead.
17         MR. STIVERS:  Well, that's fine. That's
18  fine. Let me just strike that.
19         MR. BLEVINS:  I could be wrong. I'm not
20  saying you have to agree.
21         MR. STIVERS:  Let me just strike that.
22     Q  Now, you were asked by counsel about fault,

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

122

1  and he tried to ask you to assign a percentage, and
2  you said, if I recall right, that you thought
3  Mr. Galloway was at small fault. In that context, did
4  Mr. Galloway cause this accident, or in your opinion,
5  did somebody else cause this accident?
6      A   Mr. Galloway did not cause the accident.
7      Q   What caused this accident, in your opinion?
8      A   The wide looping two and a half, three lane
9  turn to the left that Mr. Church made before he
10  started his right-hand turn.
11     Q   Mr. Eggleston, you read Mr. Galloway's
12  deposition?
13     A   Yes.
14     Q   And do you recall that portion of the
15  deposition where Mr. Galloway said that he saw the
16  Sunbelt truck pulling into the middle lane?
17     A   Yes.
18     Q   And do you recall that portion of the
19  Galloway deposition where he said that he could see
20  the truck going leftward and could hear it going
21  leftward?
22     A   Yes.

123

1      Q   And do you recall that portion of the
2  Galloway deposition where he said that he felt safe at
3  the time?
4      A   Yes.
5      Q   Based on your knowledge of the Route 11
6  Martinsburg Pike area, how much distance separated
7  Mr. Galloway and Mr. Church at the point when
8  Mr. Church -- a minimum distance. At the point when
9  Mr. Church was in the left lane?
10         MR. BLEVINS:  Objection. Foundation and his
11  prior testimony. Go ahead.
12         THE WITNESS:  Probably 30 feet. 25 to
13  30 feet.
14  BY MR. STIVERS:
15     Q   In your estimation, in your opinion, what is
16  it that Mr. Church did wrong on August 21, 2012 up to
17  and at the time of the accident?
18     A   Making the looping jug handle turnout to
19  three lanes, two and a half to three lanes out, before
20  he came back.
21     Q   Did the fear of backing up justify moving
22  three lanes to the left to make a right?

124

1          MR. BLEVINS:  Objection. Form.
2  BY MR. STIVERS:
3      Q   In your opinion?
4          MR. BLEVINS:  Same objection. You can
5  answer. We're just making objections for the judge.
6          THE WITNESS:  No.
7  BY MR. STIVERS:
8      Q   Did you see on the video that Mr. Church
9  actually fueled his vehicle that day?
10     A   Yes.
11         MR. BLEVINS:  Same objection.
12  BY MR. STIVERS:
13     Q   And did you see on the video how Mr. Church
14  entered the -- what Mr. Church did immediately prior
15  to fueling his vehicle at the Sunoco station that day?
16     A   He went out Pactiv Way and evidently turned
17  around because he came back in Pactiv Way, stopped at
18  the edge of the lot, and waited for a car to clear the
19  pump.
20     Q   In your opinion, did he do the right thing
21  in that instance?
22     A   Yes.

125

1      Q   Now, sir, do you allow your students to come
2  into the Sunoco station -- what entrances, if any, do
3  you restrict your students to enter the Sunoco station
4  in the event they're fueling a truck?
5      A   Students and instructors are always
6  instructed to enter off of Pactiv Way.
7          MR. BLEVINS:  Objection to the extent the
8  other time you talked about already with the student.
9          MR. STIVERS:  I'm sorry. I didn't
10  understand what you just said.
11         MR. BLEVINS:  Except for the other time they
12  went in with the student.
13         THE WITNESS:  The one time that I went in
14  with a student.
15         MR. BLEVINS:  Right.
16  BY MR. STIVERS:
17     Q   Well, let's talk about that one time. You
18  said that you stayed in the right-hand lane the entire
19  time, and you were driving a 60-foot truck if I
20  understood you correctly?
21     A   Yes, sir.
22     Q   Tell us how you did that?

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

126

1    A    I pulled -- stayed in the right lane clear
2 up to the very north edge of the lot.
3    Q    And do you by chance know how wide that
4 opening is at the north?
5    A    According to the surveyor it's 50 1/2 feet.
6    Q    So you went all the way up, and then what
7 did you do?
8    A    I turned in to the Sunoco.
9    Q    Okay.
10    A    And made a button hook inside the Sunoco lot
11 and came back up alongside the pumps.
12    Q    Which pump did you come up beside?
13    A    I came up to the west side.
14    Q    The same pump side that Mr. Church
15 originally intended to go to?
16    A    Yes.
17    Q    So you're saying that within that, quote,
18 confined area, it was possible to take a 60-foot
19 truck, enter from the right lane, commit a jug handle
20 turn, and pull up to the pump?
21    A    Yes. If I may clarify?
22    Q    Please do.

127

1    A    It depends on how many cars are in the
2 parking lot.
3    Q    Okay.
4    A    And where they're situated. The day I done
5 it, there were no cars on the north side of the
6 parking lot. Only cars in the lot were at the
7 station.
8    Q    And that was for training purposes?
9    A    It was just to show them that it could be
10 done but not to ever do it.
11    Q    Why not do it at that Sunoco station?
12    A    Because the easiest way in is Pactiv. It's
13 a straight shot. You make all left turns to come into
14 it from that direction.
15    Q    I see. Now, you had corrected your memory
16 and said that you had brought a box truck in that
17 entrance on one occasion.
18    A    Yes, sir.
19    Q    Tell us about that occasion.
20    A    On that occasion I had came back. I was
21 helping a friend move, and I was coming from Route 11
22 back in town. I was already on Route 11. I didn't

128

1 have to come out of Pactiv Way. I was heading north
2 on Route 11. So I went ahead and came in that way.
3    Q    And if I recall, you said it was 25 feet
4 long?
5    A    25 foot box truck. Probably 30 some feet.
6 The box was 25 foot, and the rest was truck.
7    Q    What class vehicle was it?
8    A    Class B.
9    Q    If an individual, a driver, a CDL licensed
10 driver, operating either a, in this instance, a Class
11 B vehicle, if that individual is unable to make a
12 right-hand turn without completely leaving the
13 right-hand lane, is it a proper move?
14    A    No.
15    Q    And is there a provision in the CDL manual
16 that says that it's an incorrect move?
17    A    Says if you can't make it without leaving
18 your lane, you should go turn around and come back
19 from a different -- to a driven entrance. Come back
20 and do it to a left-hand turn.
21    Q    When Mr. Church made his right-hand turn off
22 of Pactiv and entered into Martinsburg Pike and

129

1 performed the maneuver that he performed as you saw in
2 the video, what effect did that have on the use of his
3 mirrors?
4    A    Could you repeat that?
5    Q    Yes. Thinking about Mr. Church's maneuver,
6 after he made the right-hand turn onto Martinsburg
7 Pike off of Pactiv, tell us what effect that had on
8 his mirrors.
9    A    Basically when he started moving to the
10 left, it basically took his mirrors out of play for
11 anything that was coming up beside him on the
12 right-hand side.
13    Q    And he stated that he checked his mirrors
14 two times while he was in the right-hand lane. Was
15 that a proper maneuver on his part, as far as the use
16 of his mirrors?
17    A    No, if he was going to make a turn, he
18 should have been checking it more regularly than two
19 times.
20        MR. BLEVINS: If you're going to go for a
21 while, I'm just going to get a taxi and leave, and he
22 can handle it if you're fine with that?

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

130

1          MR. STIVERS: No, I guess I'm fine with
2  that. Thank you.
3          MR. BLEVINS: Is that good?
4          MR. STIVERS: That's fine.
5          MR. BLEVINS: Because I don't have any other
6  questions.
7          (Mr. Blevins leaves deposition room.)
8          (Whereupon, a brief recess was taken.)
9          MR. STIVERS: Okay. Let's identify what's
10  in the folder, Exhibit 5. In no particular order I've
11  just picked up this folder number 5. There's a
12  February 16 letter, Mark Stivers and Gobind Sethi and
13  Brian Cafritz, and it's a Notice of deposition
14  duces tecum.
15          There is a copy of title 46.2-846 of the
16  Virginia Code. Required position turning in an
17  intersection, local regulations.
18          MR. CAFRITZ: Two pages and highlighted and
19  underlined.
20          MR. STIVERS: This is a -- go ahead.
21          MR. CAFRITZ: Looks like it's a section of
22  the -- so it's something from West Virginia. It says

131

1  2005 Commercial Driver's License. Starts out
2  page 210. Goes consecutively to page 221.
3          MR. STIVERS: There's a vehicle accident
4  report form that's two pages. It's date marked
5  Sunbelt. Bates stamped Sunbelt 00442-00443.
6          There is a copy of a Virginia state police
7  crash report. Appears to be five pages in length.
8          There's a statement, Virginia state police
9  statement, for David Church, one page, dated
10  August 21, 2012.
11          There is a driver log, which is Sunbelt
12  Bates stamped 00135.
13          There is a Sunbelt rental, I guess it's --
14  is that a bill of lading? You agree?
15          MR. CAFRITZ: Yeah, technically it's called
16  a rental agreement. It's two pages.
17          MR. STIVERS: It's two pages. It's Bates
18  stamped 00117. Sunbelt Bates stamped and 00118.
19          There is what appears to be a full and
20  complete copy of the initial Complaint that was filed
21  on behalf of Mr. Galloway.
22          There appears to be a full and complete copy

132

1  of the Answer that was filed on behalf of Sunbelt and
2  David Church by Mr. Cafritz.
3          There is a photo of -- what do we want to
4  call that?
5          Jerry, what would that be?
6          THE WITNESS: Vehicle certification.
7          MR. STIVERS: It says manufactured by JLG
8  Industries, Inc., McConnellsburg, Pennsylvania. It
9  has the width of the tires, rims, PSI. Good enough?
10          MR. CAFRITZ: It's a photo copy of the
11  photograph.
12          MR. STIVERS: There is a copy of
13  measurements of the truck on Marsh & Legge Land
14  Surveyors, PLC.
15          There is a copy of the map. It shows the
16  distances of Marsh & Legge Land Surveyors. This map
17  is not necessarily dated.
18          There is what appears to be a replication of
19  much of the Virginia CDL Manual, pages 23, 24, 25, 26,
20  27, 28, and then attached to that is the West Virginia
21  CDL Manual segment pages 2-8 through 2-18.
22          There is a copy of Mr. Eggleston's report

133

1  dated December 10, 2014.
2          There is a copy of a report by Mr. -- it's a
3  cover letter. It's entitled Exhibit D here. D, A, B
4  from Mr. Laporte, CSA.
5          There is a copy of a response to a report by
6  Jeffrey E. Clark by Mr. Eggleston. It appears to be
7  eight pages in length.
8          There is a portion of the deposition of
9  David Church. It appears to be pages 82 and 84 in
10  their entirety, 83 and 85 in their entirety, and
11  pages 110 and 112 in their entirety.
12          And there is another copy -- you want to
13  delete this one?
14          MR. CAFRITZ: What's the big deal? If we're
15  going to copy --
16          MR. STIVERS: There is another copy of the
17  West Virginia CDL Manual, pages 210 through 221.
18          MR. CAFRITZ: That collectively amounts to
19  Exhibit 5.
20          MR. STIVERS: Yes.
21          MR. CAFRITZ: Okay.
22  ///

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

134

1 BY MR. STIVERS:
2    Q   Mr. Eggleston, in talking about that
3 accident report from Sunbelt, did you look over that
4 accident report, sir?
5    A   Yes, I did.
6    Q   And did you read the portion of the report,
7 that page, at its second page, which is Bates stamped
8 443, about how the incident occurred?
9    A   Yes, sir.
10    Q   I'll show it to you.  Did you read that,
11 sir?
12    A   Read the whole thing?
13    Q   Yes, please.
14    A   "Sunbelt" --
15    Q   You don't have to read it out loud.  Just
16 read it to yourself, sir.
17    A   (Witness complies).
18    Q   Now, sir, you saw that Mr. Church reported
19 to his employer that he was making a right-hand turn
20 in to a gas station when a Moped tried to pass the
21 truck on the right side?
22    A   Yes.

135

1    Q   And that he said the truck was in the turn
2 lane and that the Moped was between the truck and the
3 curb?
4        MR. CAFRITZ:  Just object to the line of
5 questioning here.  He's not an expert to testify as to
6 what's on the document.  That speaks for itself just
7 like the video.  He can't state what was on the video.
8 The document speaks for itself.
9 BY MR. STIVERS:
10    Q   Sir, this document that speaks for itself,
11 in as much as Mr. Church indicates that he stayed in
12 the right-hand lane and that the Moped was between he
13 and the curb and the Moped ran into him, sir, did this
14 report in any way comport with your understanding of
15 what actually occurred in the accident?
16    A   No.
17        MR. CAFRITZ:  Object to the form of the
18 question.  You already stated he's not an accident
19 reconstructionist.
20 BY MR. STIVERS:
21    Q   Sir, when I ask you did it comport with your
22 understanding of what actually happened in the

136

1 accident, on what do you base your opinion about what
2 actually happened in the accident?
3    A   On the video.
4    Q   And does that report in some way indicate
5 facts inconsistent with the video?
6        MR. CAFRITZ:  Same objection.
7        THE WITNESS:  Yes.
8        MR. STIVERS:  I have no further questions.
9        EXAMINATION BY COUNSEL FOR PLAINTIFF
10 BY MR. CAFRITZ:
11    Q   Mr. Eggleston.
12    A   Yes, sir.
13    Q   The FMCSA book and the DMV manuals and the
14 statute, do those documents represent the entirety of
15 the statutes and codes that dictate the operations of
16 a commercial truck driver in Virginia?
17        MR. STIVERS:  Well, I'm not sure this is a
18 complete copy of all the federal motor carrier
19 regulations, is it?  I think this says this is only a
20 portion of the federal motor carrier.
21        MR. CAFRITZ:  Let me rephrase it.
22    Q   Is there anything in writing in any statute

137

1 or code or regulation that dictates the minimum number
2 of times a driver must check his mirrors while
3 operating a commercial vehicle?
4    A   Nothing that dictates the minimum time, no.
5    Q   Is there anything in writing in any of those
6 documents that suggests at what point a driver must
7 check his mirrors?
8    A   Basically, yes.
9    Q   Where is it, and what does it say?
10    A   I'll have to look it up.
11        MR. STIVERS:  I'm going to try to help you
12 out here, Jerry, to save some time.  Here's the
13 mirrors section.
14        THE WITNESS:  It says here, "You need to
15 make regular checks of your mirror to be aware of
16 traffic and to check your vehicle.  Traffic check your
17 mirrors for vehicles on either side and in back of
18 you.  In an emergency you may need to know whether you
19 can make a quick lane change.  Use your mirrors to
20 spot overtaking traffic or vehicles.  There are blind
21 spots that your mirrors cannot see.  You check your
22 mirrors regularly to know what other vehicles are

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

138

1  around you and to see if a move you make into -- the
2  vehicle may move into your blind spots."
3  BY MR. CAFRITZ:
4      Q   All right. Now --
5          MR. STIVERS: Wait. He's not done.
6          MR. CAFRITZ: Okay. Sorry.
7          THE WITNESS: "Lane changes. You need to
8  check your mirrors" --
9  BY MR. CAFRITZ:
10     Q   We can just identify it. You don't need to
11 read the whole thing into the record.
12     A   Okay. It's under lane changes and special
13 situations. It doesn't specify a minimum number, but
14 it says you must do it multiple times.
15     Q   No, it says you must do it regularly;
16 correct?
17     A   Well, in one of these books it says you must
18 do it multiple times, but I'm not sure whether it says
19 in the --
20         MR. STIVERS: Well, go ahead and read the
21 rest of it into the record. I think you were at the
22 top of the page.

139

1          THE WITNESS: Okay. On lane changes. "You
2  need to check your mirrors to make sure no one is
3  alongside of you or about to pass you. Check your
4  mirrors before you change lanes to make sure there's
5  no one there. After you signal, to check that no one
6  has moved into your blind spot. Right after you start
7  the lane change, to double check that you're in your
8  lane, and after you complete your lane change.
9          Turns. In turns check your mirrors to make
10 sure that the rear of your vehicle will not hit
11 anything. When merging use your mirrors to make sure
12 of the traffic in a tight maneuver. Anytime you are
13 driving in close quarters, check your mirrors often to
14 make sure you have enough clearance. Use your mirrors
15 correctly by checking them quickly and understanding
16 what you see. When you use your mirrors while driving
17 on the road, look quickly, look back and forth between
18 the mirrors and the road bend. Don't focus on the
19 mirrors for too long; otherwise, you will travel a
20 distance without knowing what's in front of you. Many
21 large vehicles have" -- well, I don't need to go into
22 that, but I mean, that says to check it multiple

140

1  times.
2  BY MR. CAFRITZ:
3      Q   Anywhere in that document is the term
4  "regularly" defined?
5      A   Depends on what King's English you're
6  talking about, I guess.
7      Q   Sir, I'm asking if anywhere in that document
8  does it state, regular, for the terms of this section,
9  means --
10     A   Yes.
11     Q   -- and then explains it? It does?
12     A   Yes, check them regularly. Check them when
13 you make your lane change. Check them when you turn.
14 Check them after you turn. Check them before you
15 turn.
16     Q   That's your best answer for how regularly is
17 defined?
18     A   Yeah. Many times.
19     Q   All right. And is there any other document
20 that would set forth and explain the obligations of
21 the commercial motor vehicle driver in checking his
22 mirrors?

141

1      A   I don't understand what you're --
2      Q   Is there any authoritative or document that
3  you would consider controlling as to when and how
4  often a truck driver in Virginia would have to check
5  his mirrors other than that document?
6      A   Probably in the FMCSA manual because that's
7  what these document are taken from.
8      Q   Would it be different from what's in the
9  FMCSA what you just read?
10     A   Could be a different word or two.
11     Q   Well, you're a truck instructor. Do you
12 know if they're different?
13     A   No, I don't know if they're different.
14         MR. CAFRITZ: All right. That's all I have.
15         MR. STIVERS: We'll read.
16         (Whereupon, at 1:15 p.m., the deposition of
17 JERRY R. EGGLESTON was concluded.)
18              * * * * *
19
20
21
22

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

142

1           CERTIFICATE OF NOTARY PUBLIC
2       I, TONI LYNN CAMERA, the officer before whom
3   the foregoing deposition was taken, do hereby certify
4   that the witness whose testimony appears in the
5   foregoing deposition was duly sworn by me; that the
6   testimony of said witness was taken by me in stenotype
7   and thereafter reduced to typewriting under my
8   direction; that said deposition is a true record of
9   the testimony given by said witness; that I am neither
10  counsel for, related to, nor employed by any of the
11  parties to the action in which this deposition was
12  taken; and further, that I am not a relative or
13  employee of any attorney or counsel employed by the
14  parties thereto, nor financially or otherwise
15  interested in the outcome of the action.
16
17      _____
            TONI LYNN CAMERA
18        Notary Public in and for the
            Commonwealth of Virginia
19
20
21  My commission expires:
      July 31, 2017
22  Notary Registration No. 7294759

143

1   A C K N O W L E D G E M E N T   O F   D E P O N E N T
2
3   I, JERRY R. EGGLESTON, do hereby acknowledge I have
4   read and examined the foregoing pages of testimony,
5   and the same is a true, correct and complete
6   transcription of the testimony given by me, and any
7   changes or corrections, if any, appear in the attached
8   errata sheet signed by me.
9
10
11
12
13
14
15  _____   _____
      Date               JERRY R. EGGLESTON
16
17
18
19
20
21
22

144

1   GOBIND S. SETHI, ESQUIRE
    Hall & Sethi, PLC
2   12120 Sunset Hills Road, Suite 150
    Reston, Virginia  20190
3
4   IN RE:  GALLOWAY vs. SUNBELT RENTALS, INC., ET
    AL.
5   Dear Mr. Sethi:
6       Enclosed please find your copy of the deposition
7   of JERRY R. EGGLESTON, along with the original
8   signature page.  As agreed, you will be responsible
9   for contacting the witness regarding signature.
10      Within 21 days of receipt, please forward the
11  errata sheet and original signed signature page to
12  counsel for Defendants, Brian A. Cafritz, Esquire.
13      If you have any questions, please do not hesitate
14  to call.  Thank you.
15  Yours,
16
17
    Toni Camera
18  Reporter/Notary
19  cc: Brian A. Cafritz, Esquire
20
21
22

145

1   Capital Reporting Company
    1821 Jefferson Place, NW
2   3rd Floor
    Washington, D.C. 20036
3   (202) 857-3376
4       E R R A T A   S H E E T
5   Case Name:  GALLOWAY v. SUNBELT RENTALS, INC.
    ET AL.
6   Witness Name:  JERRY R. EGGLESTON
7   Deposition Date:  February 20, 2015
8   PAGE LINE   CHANGE/REASON FOR CHANGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22  Signature _____   Date _____

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 1

| | | | |
|---|---|---|---|
| **$** | 144:2 | 131:10 | **3300** 2:18 |
| **$1,300** 42:15 | **13** 107:9 | **2014** 18:16 21:13 40:9,15 72:13 116:12 133:1 | **33130** 2:18 |
| **$100** 22:5 | **136** 3:5 | | **3rd** 145:2 |
| **$100,000** 12:13 14:11 | **13-inch** 95:16 | **2015** 1:12 116:13 145:7 | **4** |
| **$2,000** 52:13 | **14** 11:13 18:11 19:9 33:10 40:11 | **2017** 142:21 | **4** 3:3,13 8:1,6 11:13 45:1 |
| **$2,600** 21:21 22:13 | **15** 25:17 75:10 76:18 | **20190** 2:5 144:2 | **40** 23:5 25:19 42:11 |
| **$200** 22:17 | **150** 1:18 2:5 144:2 | **202** 145:3 | **416-9998** 2:19 |
| **$25** 42:1,7 | **16** 130:12 | **21** 123:16 131:10 144:10 | **42** 42:11 |
| **$3,000** 52:13 | **160** 11:8 22:7 23:2 | **210** 131:2 133:17 | **4228** 9:11,14 |
| **$3,800** 21:19 22:9 | **1737** 2:8 | **2-18** 132:21 | **44** 25:14 |
| **$4,000** 21:22 | **1821** 145:1 | **221** 131:2 133:17 | **443** 134:8 |
| **$85** 41:21 42:7 | **1980** 76:14 | **22604** 2:9 | **45** 25:19 |
| **0** | **2** | **22630** 9:7 | **46** 117:13 |
| **00117** 131:18 | **2** 3:10 6:9,14 45:5 | **23** 132:19 | **46.2-846** 81:12 82:10,21 83:5,12,20 110:11 111:5 112:9 130:15 |
| **00118** 131:18 | **2/18/2015** 115:3 | **23236** 2:14 | |
| **00135** 131:12 | **20** 1:12 21:11 76:9 79:9,18 145:7 | **24** 132:19 | |
| **00442-00443** 131:5 | **200** 2:14 | **25** 123:12 128:3,5,6 132:19 | |
| **1** | **2000** 6:14 11:3 15:15 16:16 17:3 18:16 21:6 24:20 32:19 40:4,8 77:6 | **250** 11:6 | **495** 31:14,18 |
| **1** 3:9 5:14 6:1 7:16 81:19 | | **25-foot** 72:16 106:15 | **5** |
| **1,000** 23:8 | | **26** 132:19 | **5** 3:15 8:17,19 40:7,18 84:15,16 85:1 100:4 130:10,11 133:19 |
| **1,500** 23:8 | **2003** 16:16,20 17:4 31:16 | **27** 132:20 | |
| **1/2** 126:5 | | **28** 116:13 132:20 | |
| **1:15** 141:16 | **20036** 145:2 | **2-8** 132:21 | |
| **10** 3:16 10:9,11 40:18 78:19 116:12 133:1 | **2004** 31:16 72:22 | **3** | **5:14-CV-040-JPJ-JCH** 1:7 |
| | **2005** 18:3,18,20 72:22 131:1 | **3** 3:12 6:17 7:4 44:18 | **50** 20:15 21:14,15 36:11,12 37:13 38:5 58:12 63:19 64:20 68:6 74:13 76:7,12 77:10,11 84:6,13 85:1 100:3 126:5 |
| **11** 123:5 127:21,22 128:2 | **2007** 6:15 30:18 38:16 | **30** 75:12 76:9 123:12,13 128:5 | |
| **110** 133:11 | **2008** 38:16 | **305** 2:19 | |
| **112** 3:17 133:11 | **2010** 76:5 77:3 | **31** 142:21 | **522** 30:22 |
| **117** 3:4 | **2011** 7:12,18 | **320-6300** 2:15 | **540** 2:9 |
| **12** 95:16 | **2012** 25:4 123:16 | | |
| **12120** 1:18 2:5 | | | |

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 2

**55** 32:1

---

6

**6** 3:9,10,12,16
10:1,4,10,11
21:9 33:20 34:1

**60/40** 12:1

**60-foot** 104:21
125:19 126:18

---

7

**7** 3:17 34:1 56:15
112:21 113:2,18
115:1

**703** 2:6

**71** 18:14

**722-6168** 2:9

**726** 9:6

**7294759** 142:22

**7-Eleven** 57:3

---

8

**8** 3:13,15

**80** 2:18 75:7,13
76:17 79:1

**80,000** 40:14,15

**804** 2:15

**80-hour** 22:12

**80's** 74:16,17,22
77:3

**82** 133:9

**83** 133:10

**84** 133:9

**85** 133:10

**857-3376** 145:3

**8th** 2:18

---

9

**9** 6:14

**9:35** 1:21

**901** 2:14

**925-9500** 2:6

**96** 17:2

**97** 15:18,22
16:4,16 17:3

---

A

**a.m** 1:21

**ability** 118:22

**able** 37:21 70:21
119:2

**absolutely** 51:11

**accident** 13:14
14:4 24:22
25:1,2,18 26:11
28:2,4
30:3,7,8,11
31:1,4,8,15 33:1
34:6 46:6
47:8,17
49:5,8,13,17,22
50:21 51:2 54:9
61:20 62:10,22
63:4 64:7
67:18,21
68:1,3,9
70:10,14 71:7,11
72:6,19 89:20
94:13 103:17
104:7,19
122:4,5,6,7
123:17 131:3
134:3,4
135:15,18
136:1,2

**accidents** 14:8
24:21 26:7
30:12,14 33:12

**According** 126:5

**acknowledge**

---

143:3

**Acome** 45:19

**acres** 33:20 34:1

**across** 27:1 35:11

**action** 1:6
142:11,15

**actions** 66:12

**actual** 105:1

**actually** 23:3
29:12 93:15
109:22 124:9
135:15,22 136:2

**Added** 16:22

**additional** 8:22

**address**
9:5,9,10,13,14

**adjective** 98:15

**Administration**
46:2

**admissible** 84:19

**admitted**
61:6,13,16,22
66:17

**advertising** 10:18

**advice** 119:10

**aerial** 45:16 46:18

**affect** 46:19
47:10,16 105:7
119:6

**affects** 55:19 56:5
95:8 100:8,10

**afterwards** 29:14

**against** 83:6

**Aggleston** 114:17

**ago** 26:17 74:14

**agreed** 144:8

**agreeing** 105:12

**agreement** 111:6

---

131:16

**ahead** 66:6 81:15
92:7 109:11
121:16 123:11
128:2 130:20
138:20

**al** 1:8 144:4 145:5

**allow** 125:1

**allowed**
37:20,21,22
65:15 67:9 69:3

**alongside** 126:11
139:3

**already** 27:6 33:9
43:16 46:15
87:17 109:9
119:4 125:8
127:22 135:18

**am** 142:9,12

**AMCA** 20:20

**amount** 65:2

**amounts** 133:18

**ampersand**
17:15,16

**analysis** 116:18

**annual** 53:7,9

**answer** 13:6 45:18
47:3 62:15,20
63:18 69:9,18
86:17 91:5 124:5
132:1 140:16

**answered** 64:15,16

**ANTHONY** 1:5

**anticipate** 13:4

**anybody** 14:6
26:3,5 31:6 32:8
54:6 65:21 72:17
118:9

**anymore** 77:5

**anything** 4:22

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015

Page 3

10:17 17:4 22:20
35:14,16 37:8,9
43:9 44:6 46:13
47:7,20 52:19
57:7 69:7,13
82:21 83:5,12
99:4,20
100:2,7,12,22
129:11 136:22
137:5 139:11

**anytime** 4:21 5:3
41:7 58:9 139:12

**anywhere** 80:13
111:22 140:3,7

**appear** 143:7

**appeared** 90:8,17

**appears**
131:7,19,22
132:18 133:6,9
142:4

**apply** 117:8,10,13

**approach** 81:20

**appropriate** 63:12
64:6 65:2 67:8

**approved** 53:22

**approximately**
11:5,10
21:7,13,14
25:3,4,13,16
26:16,17
31:15,21 33:18
39:7,8
42:9,13,14
55:16,17
56:14,15 64:1
70:1 75:10,14
78:18,19 79:2
84:14

**approximating**
30:19

**arc** 95:6 96:6,9

**Arch** 96:11

**area** 50:20 51:12
84:8 102:16
108:20 123:6
126:18

**areas** 111:7

**aren't** 63:16

**arose** 52:22

**arrange** 8:22

**assign** 122:1

**assume** 90:13,16
91:7 92:5,11,15
93:4 105:18

**assumes** 63:15
86:12

**assuming** 28:6
82:4

**assumption** 90:12

**Athey** 39:13

**A-T-H-E-Y** 39:15

**attach** 113:22

**attached** 5:18 8:17
82:6 132:20
143:7

**attempt** 119:16

**attorney** 29:14
54:18 142:13

**attorneys** 42:5
43:2 49:21 50:2
55:3 61:7

**August** 123:16
131:10

**authoritative**
141:2

**Automotive** 21:4

**averaged** 40:14

**avoid** 98:21 99:1
102:2 110:4

**avoided** 98:11,17

**aware** 36:13,14

99:5 102:20,22
103:9 108:6,9,19
113:3 117:20
118:2,11 137:15

**away** 102:11

**axle**
96:1,13,15,16,17
,19 97:3,5,8
105:8

_____
B

**background** 13:12
14:3,7

**backing** 23:7 78:4
98:7,11,14,16
99:5,21,22
100:3,9,13,22
120:6 123:21

**bad** 34:21

**balance** 42:1

**bar** 65:1

**base** 44:17,21
45:3,7 94:6
136:1

**based** 43:21
44:1,15 70:6
123:5

**basically** 23:22
31:9 57:22 58:3
59:6 81:18 82:14
94:5,6 95:3
102:17 104:21
129:9,10 137:8

**Bates**
131:5,12,17,18
134:7

**bathroom** 5:4

**beat** 90:1,8,18
91:10,17

**become** 109:4

**bed** 67:22 68:2

95:4

**behalf** 1:21 2:3,12
131:21 132:1

**behind** 23:9 35:12
60:17,18 62:11
92:11,20 93:14

**believe** 39:17
64:13 81:14 91:1
95:16 104:13
113:8 116:17
118:1

**believed** 51:12

**believes** 90:20

**Beltway** 31:19

**bend** 139:18

**beside** 26:14 27:19
28:10,18 31:2
83:4 89:18 93:15
126:12 129:11

**besides** 22:18

**best** 118:2 140:16

**bill** 47:14,20,22
131:14

**bills** 52:13

**Blevins** 2:17 3:3
4:7,11
5:13,19,21
6:3,11,19
7:9,14,17,21 8:3
9:1,3 10:3,10,13
29:19 31:20 40:3
41:6,9,19 42:2,4
45:15 46:12
49:18,20
51:15,20 52:1,5
54:16 56:2
62:12,19 63:17
64:17 65:15,22
66:3,6,8,10
68:21
69:2,6,10,12,18,
21 79:4,6 81:3

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 4

86:14,20 87:16
91:4 96:12
99:11,15,18
103:12,15
106:16 111:4
112:17,19
113:1,22
114:3,5,16
116:7,22 120:20
121:9,14,19
123:10
124:1,4,11
125:7,11,15
129:20 130:3,5,7

**blew** 31:2,3

**blind** 102:8 110:1
137:20 138:2
139:6

**blinker** 86:3,7,11

**blinkers** 93:11

**block** 37:22 38:3
85:11

**blocked** 48:8
84:21 89:4,5
93:3 109:14

**blow** 31:10

**bobtail**
94:18,19,21 95:7

**bond** 12:14 14:11

**book** 81:5 136:13

**books** 81:10
138:17

**bound** 36:16,18

**box** 2:8 106:15,18
107:3,7,17
127:16 128:5,6

**break** 5:3 41:5,7
42:12 59:12 60:4
103:13

**Brian** 2:13 69:14
130:13

144:12,19

**Brian.cafritz@kp
mlaw.com** 2:15

**bridges** 25:21

**brief** 41:8 66:9
79:5 103:14
112:18 130:8

**bring** 29:18 52:15

**broke** 87:4

**brought** 99:20
110:8 111:12
112:8 127:16

**Bryant** 2:17 4:11

**buildings** 33:22

**built** 97:6 105:20

**bullet** 115:5,7,8,18

**bunch** 108:14

**bus** 115:14,15

**business**
9:4,10,13,14
17:8,10,11 18:8
19:3,5,6 20:6
56:14 72:15
94:15

**busy** 57:10

**Butler** 2:17

**button** 126:10

**buy** 19:10

―――――――
C
**cab** 45:20

**Cafritz** 2:13 7:7,10
31:19 39:22
65:18 66:4 81:1
114:7,10,13
119:12,22 121:4
130:13,18,21
131:15 132:2,10
133:14,18,21
135:4,17

136:6,10,21
138:3,6,9 140:2
141:14
144:12,19

**Cafrtiz** 3:5

**calculation** 66:22

**calculations** 67:6,7

**Camera** 1:19
142:2,17 144:17

**camper** 25:20 26:6

**Capital** 1:19 31:19
145:1

**car** 26:15
27:17,20,22
28:6,12,14,17,22
29:4 31:9 32:4,6
35:6 38:5,9
115:16 124:18

**care** 36:22 37:2

**career** 40:6

**careful** 37:7
101:22

**carrier** 3:13 8:5
44:22 46:2
110:10 112:9
114:10
136:18,20

**Carriers** 17:12

**carrying** 48:19,22
49:3

**cars** 32:12 36:8
58:13 108:7,15
127:1,5,6

**case** 8:21 29:8,11
42:6,10 50:14
51:18 52:8 54:9
55:16,19 56:5,11
61:9 80:15
95:8,15 112:13
116:1,15 145:5

**catch** 39:2

**caught** 38:5

**cause** 122:4,5,6

**caused** 122:7

**causing** 60:17
61:19 62:21 70:9

**caution** 93:12
101:8,19 102:15

**cc** 144:19

**CDL** 3:11 5:12
6:13 12:2,20
13:11 14:1,6
18:18 25:15
32:22 45:4
73:13,15,22
74:4,8,10,11,13,
15,17,21 76:16
77:15 99:14
113:12 114:12
117:8,9 119:9
128:9,15
132:19,21
133:17

**certain** 14:8,21
15:8 16:3 37:20
85:10 96:18
97:16,22
98:19,20

**CERTIFICATE**
142:1

**certification** 73:22
132:6

**certifications**
73:3,14,18,19
74:2

**certify** 142:3

**CFR** 79:7,8

**chance** 126:3

**change** 88:12 97:8
137:19 139:4,7,8
140:13 145:8

**CHANGE/**

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 5

| | | | |
|---|---|---|---|
| **REASON** 145:8 | 135:11 | 130:16 137:1 | 47:2 131:20 |

**REASON** 145:8

changed 7:20

changes 138:7,12
139:1 143:7

chargeable 30:8

charging 41:10
42:5

Charles 39:15

chauffeur's 74:20

Cheap 56:22

check 13:12
14:3,4,7
137:2,7,16,21
138:8
139:2,3,5,7,9,13,
22 140:12,13,14
141:4

checked 85:21
86:6 129:13

checking 129:18
139:15 140:21

checks 137:15

children 19:20

chronologically
67:13

Church 42:19 44:1
45:19 46:5,7,8
47:15 48:19 56:8
60:21 62:2,8
63:8 64:10 67:10
85:14
86:10,16,21 90:7
91:11,20 103:22
104:2,3,19
118:20 120:9
122:9
123:7,8,9,16
124:8,13,14
126:14 128:21
131:9 132:2
133:9 134:18

135:11

Church's 48:8
64:8,21 67:2
105:1 129:5

circle 115:6,7

circled 115:8

circumstances
35:3 98:19,20
99:1 120:7

cited 26:5 27:22
83:20 117:13

Civil 1:6

clarify 74:5 107:1
126:21

Clark 116:13
133:6

class 15:10
16:4,8,10 20:13
26:8 50:4 56:16
71:2,20,21,22
72:1,2,4,22
73:2,3,5,7,8,9,10
,11 74:3
128:7,8,10

classroom 23:4,5

clear 48:12
51:9,11,19 52:4
82:20 124:18
126:1

clearance 139:14

Clearbrook 9:12
14:18 39:9,10

close 35:14 36:1
81:21 82:15
83:2,3,16 85:9
89:10 105:18
139:13

code 63:9 80:17
81:1,6 110:11
111:5 112:9
117:12 119:10

130:16 137:1

codes 81:9 111:12
136:15

cognizant 35:20
108:9

collectively 133:18

college 41:1

collision 45:18

colon 81:20

comes 96:18

coming 21:20
26:18 27:19
28:10 32:6 36:1
63:11 109:8
120:12 127:21
129:11

commencing 1:21

commercial 3:9,12
5:15 6:6 7:5 9:20
46:3 80:6 98:8
99:5,21 102:19
110:11 111:13
112:8,11 115:22
131:1 136:16
137:3 140:21

commission
142:21

commit 126:19

commonly 71:3

Commonwealth
1:20 44:18 110:9
142:18

companies
24:13,14

company 1:19
17:17 18:8 20:20
24:12 33:11
40:5,12 145:1

comparative 68:19

Complaint 45:18

47:2 131:20

complete 77:15
88:13 89:3
131:20,22
136:18 139:8
143:5

completed 87:8

completely 60:6
67:11 78:15 86:5
88:12 89:13
116:16 128:12

completing 119:1

complies 5:10
134:17

comport
135:14,21

composite 82:7

concentrate 18:13

concerned 117:22

concluded 141:17

conclusion 48:7

conditions 100:21

confined 80:7 88:3
92:9 93:17
108:5,13 109:15
110:12,19,21,22
111:8,14,17
112:12
117:7,9,10
126:18

Congratulations
20:1

consciously 38:1

consecutively
131:2

consequently
26:14

Conservative 11:6

consider 141:3

considered 12:16

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 6

41:12,13

consistent 49:2

consists 10:9,11,21

contact 50:17

contacted 50:16
51:21

contacting 144:9

context 114:8
121:1 122:3

control 24:2 58:3

controlled
23:18,19 57:20
58:1,5 78:6

controlling 141:3

convenience
57:6,8

copies 4:18 9:2

copy 113:20
130:15
131:6,20,22
132:10,12,15,22
133:2,5,12,15,16
136:18 144:6

corner 34:7,13,14
35:16 36:1,3,5
37:6,8,14,16

corners 34:18
36:13

correct 6:7,14 8:6
63:21 66:16
74:18 80:4 82:8
84:3 85:6
87:18,22 98:22
108:22 138:16
143:5

corrected 127:15

corrections 143:7

correctly 27:14
76:14 82:1,8
125:20 139:15

counsel 1:16
3:3,4,5,22 4:6
117:3,5 118:10
119:5 121:22
136:9 142:10,13
144:12

couple 75:20

course
11:4,5,10,11
21:17,18 22:6,12
23:3 77:8,15,22
78:14,18,21

courses 11:7 24:21
113:5

court 1:1
41:12,14,16,17,2
0 42:8 50:11

cover 81:16 133:3

covered 75:10

covers 71:22 73:17

Craig 2:17

crash 131:7

crazy 83:9

criticism
86:10,15,21

cross 58:20

crossroad 58:13
59:4 61:2

CSA 133:4

curb 35:14
37:10,11 81:22
82:15 83:2,3,17
89:10 115:17
135:3,13

curbs 37:9

curiosity 5:17

curve 11:22

customer 46:6
47:12

cut 25:22 26:14

27:12 31:10 32:7
34:7,13,18 35:11
36:4

cutting 27:1
36:3,13

_____

D

D.C 145:2

dangerous
98:5,8,10,12,15,
16 99:4,21
100:1,2,6,9,12,2
2 120:6,8,12

dangers 34:12
120:5

date 7:7,9 104:19
131:4 143:15
145:7,22

dated 115:3
116:12,13 131:9
132:17 133:1

daughter 19:2

daughter's
19:15,16

David 131:9 132:2
133:9

day 46:4 60:21
104:3,6 124:9,15
127:4

days 40:11 41:1
144:10

deal 133:14

dealings 52:9,10

dealt 52:19

Dear 144:5

December 7:12
107:8,9 116:12
133:1

decided 18:13

decision 108:10

Defendant 1:9

Defendants 1:16
2:12 3:3,5 4:6
45:18 47:3
144:12

defined 140:4,17

Definitely 120:12

definitive 85:15

degree 96:18
97:22

degrees 97:17

delete 133:13

deliver 19:12

deliveries 56:18

demanding 76:15

demonstrating
27:10

Denver 21:3

Department 102:9
115:1,19

depending 35:3
76:8

depends 127:1
140:5

deposition 1:14
3:8 5:18 8:18
41:13
42:16,19,21
45:19 87:15
122:12,15,19
123:2 130:7,13
133:8 141:16
142:3,5,8,11
144:6 145:7

depositions 46:14

Depot 26:12,19
27:5,8,15

described 119:9

describing 92:19

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 7

**determine** 61:8
66:22 70:22 71:1
98:1

**dictate** 136:15

**dictates** 137:1,4

**Diesel** 21:4

**difference** 94:6
103:5 109:3

**different** 16:7
22:16 24:14 51:7
52:1 60:6 93:1
97:7 98:10
128:19
141:8,10,12,13

**differs** 94:2

**difficulty** 115:4

**Dinner** 19:7

**direction** 127:14
142:8

**discussed** 116:4,20

**disobey** 58:20
60:11

**distance** 123:6,8
139:20

**distances** 132:16

**DISTRICT** 1:1,2

**division** 1:3 3:10
6:13 45:4 51:8

**divisions** 51:7

**DMV** 3:17
12:7,9,12
13:1,10,21
76:3,6,10,19
77:9,19,22 78:17
102:1 113:13,14
114:7,13 115:1
136:13

**docks** 27:9,13

**document** 99:14
115:2 135:6,8,10

140:3,7,19
141:2,5,7

**documents** 46:14
98:14
99:6,9,15,19
110:8 111:11
112:7 117:6
136:14 137:6

**done** 19:1,8 36:4
38:8 49:5,14
50:7 56:18 66:21
72:4 77:6 80:11
85:9 104:16
112:20 127:4,10
138:5

**door** 26:1

**DOT** 50:20 51:8

**double** 139:7

**drive** 2:14 10:18
15:19 17:19
27:3,4 30:1
34:2,4
40:12,19,20
59:11 60:5
72:1,18 74:1,3
94:3,17 115:13
119:20

**driven** 11:17 18:17
94:16 106:18
118:11 128:19

**driver** 9:16,18
12:21 13:10,22
14:10 27:22 50:3
58:12 62:3 98:9
99:21 108:8
111:13 117:21
119:11,16
128:9,10 131:11
136:16 137:2,6
140:21 141:4

**drivers** 11:4,9,20
34:12 40:20 41:2
59:4,9,19 60:11
61:1 80:6

100:15,17,20
102:2,19 103:6
110:12
114:11,12
115:22

**driver's** 26:1
71:18 112:11

**Drivers** 3:9,12
5:15 6:6,20 7:5
44:19 46:4 110:9
112:8

**Driver's** 131:1

**driveway** 108:10

**driving** 18:15,20
23:4,6,15 24:21
25:10 26:8
30:4,7,15
36:10,11 38:5
40:4,9 50:4
58:8,10
59:7,14,22 63:18
64:21 67:10
73:19 75:3,9
78:1,2,3,5
84:6,13,16 85:1
86:17 98:5 99:5
100:4
104:3,18,19
119:18 125:19
139:13,16

**drove** 72:8,10,11
76:18 89:15

**duces** 130:14

**duly** 4:4 142:5

**duties** 112:11

――――――――――――
E
――――――――――――

**earlier** 57:15
120:14

**Early** 72:13

**easiest** 127:12

**easy** 116:8

**edge** 27:20 81:22
82:15 83:17
118:16 124:18
126:2

**effect** 7:19 129:2,7

**Eggleston** 1:15 3:8
4:3,9,10 6:1,9,17
8:1,19 9:4 10:1
30:6 39:19 51:17
64:19 66:11 79:7
111:20 112:21
114:18,19,20
116:4 117:1,5
122:11 133:6
134:2 136:11
141:17 143:3,15
144:7 145:6

**Eggleston's** 51:14
132:22

**eight** 133:7

**either** 56:1 94:16
95:9 103:4
128:10 137:17

**else** 16:9 19:14
22:20 37:15 45:7
46:13 54:17 57:7
58:17 76:1 81:13
122:5

**emergencies** 110:5

**emergency**
109:4,5,9,13,21
110:2 112:16
137:18

**employ** 39:6

**employed**
142:10,13

**employee** 142:13

**employees** 14:12

**employer** 46:7
134:19

**Enclosed** 144:6

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 8

endorsements
74:7,10,12

enforcement 50:19

English 140:5

enter 92:6 118:15
120:10 125:3,6
126:19

entered 118:20
124:14 128:22

enters 87:15

entire 40:6 46:22
118:8 125:18

entirety 133:10,11
136:14

entitled 133:3

entity 12:6,8

entrance
27:5,7,8,13
84:10,11 103:22
104:1 107:11
109:16
118:2,7,12,15,21
127:17 128:19

entrances 125:2

entranceway
26:19 103:20
106:10 107:22
108:5

entrees 19:9,10

environment
23:19 58:1,3
78:6

environments
23:18 57:21

equipment 12:14

errata 143:8
144:11

Esquire
2:4,8,13,17
144:1,12,19

established 63:16

estimate 11:6

estimating 94:16

estimation 118:14
123:15

et 1:8 144:4 145:5

event 125:4

everybody 36:7
49:3,12 59:12
89:1 102:22

everyone 60:4

everything
11:18,19 12:15
23:14 33:3 34:1
44:6,7 47:1
71:22 119:2

evidence 86:13

evidently 124:16

exact 44:17 105:15
113:6

exactly 35:9

examination 1:16
3:2 4:6 117:3
136:9

examined 4:5
143:4

Except 125:11

excuse 56:7 112:15

exhibit 5:14
6:1,6,9,14,17
7:4,15
8:1,6,17,19
10:1,4,9,10
44:18 45:1,5
112:21 113:2,18
115:1 130:10
133:3,19

Exhibits 3:8,22

exist 79:13,15

existence 11:2

74:15 113:4

exit 32:7 106:14

expect 58:15,16
59:19

expectation 58:12
59:3,8,12,18
60:22

expectations 58:15

expected 60:4

expecting 60:8

experience 36:10
50:14 58:13
64:20 68:6 70:7
99:9

experienced 11:20

expert 4:13 33:4
50:8,11,14 52:7
61:15 67:5 68:4
116:11 121:15
135:5

expertise 70:7
121:5

experts 4:13

expires 142:21

explain 51:16
140:20

explains 140:11

extent 45:3 61:19
125:7

extra 108:18
113:20

eyeball 118:17

eyewitness 90:6

———————
F
———————

fact 44:1

factor 43:13 47:3
59:22

factors 59:7

facts 63:15 136:5

fail 78:10,17,21,22

failed 78:14,15

fair 28:13 29:2
35:2,10,17
36:1,15 37:17
57:21 59:15
63:14 64:9 65:3
70:10,16 71:8
82:12,16 83:14
84:8 89:12 93:17
97:9,21 102:16
103:3,10
104:7,20 105:10
106:9 107:19
110:5 111:8,14
112:13

familiar 19:7
103:16 109:2

family 29:18,22

fast 31:21

fault 30:13 47:18
61:8,11,19,22
62:3,6,21 68:13
69:22 70:8,9
121:22 122:3

FBI 13:13 14:3,7

Fblevins@butlerp
appas.com 2:19

fear 123:21

February 1:12
130:12 145:7

federal 3:13 8:4
44:22 46:2 50:10
73:16 110:9
112:9 136:18,20

fee 22:5 24:18

feel 5:1 94:19

feels 94:20

feet 123:12,13
126:5 128:3,5

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 9

felt 123:2

field 50:15

figure 7:1 40:8

file 44:16

filed 131:20 132:1

fill 13:13

final 43:19

financially 142:14

fine 4:21 9:1 41:19
53:11 64:18
66:3,6,8 99:11
121:17,18
129:22 130:1,4

finish 11:10,12
13:4 44:10 66:5
77:21 90:19

finished 11:5,14

fire 35:15

first 4:4 5:14 6:5
21:6 23:16,18
38:18 67:13,15
74:13,17,22
75:19 77:2
78:16,19
88:4,9,19 92:6
113:7,8

five 12:21 13:10
14:2,7 19:22
21:21 26:17 30:1
38:15 79:2 131:7

fix 19:11

fixed 52:14

flashers 108:1

flashing 109:10

Floor 145:2

Florida 2:18

FMCSA 136:13
141:6,9

focus 139:18

folder 3:15 8:15
130:10,11

food 19:5,6 20:6

foot 25:19 128:5,6

forced 119:20

foregoing 142:3,5
143:4

form 61:17
69:4,12 91:2
119:12,22
120:20 121:4
124:1 131:4
135:17

forth 139:17
140:20

forward 67:9
144:10

Foundation
123:10

fours 92:22

frame 96:22

free 5:1

freeze 19:12

Freightliner 17:2
38:19

Freightliners
38:20 101:5

Friday 1:12

friend 127:21

friends 72:15

front 4:16 5:9 9:6
25:21 27:20
30:22 31:3,10
32:4 44:16
48:11,13 85:4,22
87:20 88:16
92:10,17 93:8
94:8 95:13,17
96:1 109:18
110:1 139:20

fuel 56:19,20,22
94:18

fueled 124:9

fueling 124:15
125:4

full 21:18 22:6
23:3 59:13 60:12
131:19,22

fully 51:16

_____

G

Galloway 1:5
42:17 43:3 45:19
46:1 47:7
61:4,8,11,19,21
62:5,10,21
63:3,12 64:5,12
65:1 67:8,14,15
68:8,13 70:8
85:21 86:5
89:15,17,19
90:1,7,10,17,21
91:10,16,19
120:15
121:1,2,7,12
122:3,4,6,15,19
123:2,7 131:21
144:4 145:5

Galloway's 66:12
122:11

gas 57:1,8 134:20

gather 55:18 56:3

gears 96:21

general 49:10 58:7
75:3,5
76:13,20,21
100:14
102:11,19

generally 10:19,20
16:8 58:18 75:17
76:8 88:6,21
111:8

gets 29:12

getting 11:20

given 32:13 46:7
53:10 81:4 98:14
116:10 142:9
143:6

giving 55:6 73:2

glean 46:19

Gobind 2:4 130:12
144:1

Goldstar 45:17
46:9

gone 43:16 76:19
104:13

goodness 26:4

gotta 22:3

gotten 24:16 67:22
68:2 74:9

government
12:6,8

grade 76:2

graduate 23:8

grandfathered
75:2,4 76:17

gravel 34:5

great 6:16 36:19

green 58:11,19,22
60:7,18,19

Gsethi@hallandse
thi.com 2:6

guess 15:6 29:1
36:19 53:11,18
62:20 103:19
130:1 131:13
140:6

guessing 15:19
78:12

guy 26:13 27:12
28:18 34:7 53:17

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 10

guys 65:22

_____
H

hairs 83:1
half 75:17 122:8
123:19
Hall 1:17 2:4
144:1
hand 80:20,21
handle 63:10
80:7,16 82:11,12
83:21
84:1,7,18,19,22
85:3,6,10
87:1,18
88:3,10,16 89:6
92:8,16 93:7,16
99:2 123:18
126:19 129:22
handling 100:8,10
happen
36:16,18,20 37:3
60:9
happened 28:19
31:1 33:17 36:14
47:8,17 49:13,22
62:10 63:5 64:7
67:18 68:10
70:15 91:18
103:17 109:9
135:22 136:2
happens 77:18,21
happy 22:2
hard 21:5 34:21
35:1
harder 35:6
hardtop 34:2
hardtops 34:5
Harrisonburg 1:3
Harry 39:1

hassle 12:3
haul 96:1
haven't 7:20 21:20
66:21 75:20 80:2
94:15 106:8
113:6 116:16,19
having 4:4 70:9
hazard 60:17
109:3,4,8,9,10,1
9
hazards 110:4
117:21,22
118:3,11
head 50:19 95:18
heading 128:1
headlights 45:22
health 19:1
hear 22:2 122:20
heard 4:10 43:7
hearsay 29:15
heavy-duty 95:22
helmet 46:1
help 54:20 66:7
137:11
helped
54:10,19,21
72:15
helping 127:21
hereby 142:3
143:3
Here's 137:12
he's 25:11 26:9
29:15 49:16
50:19 62:6 63:13
64:15 86:8 87:2
101:21 108:9
111:3 135:5,18
138:5
hesitate 144:13

hierarchy 98:10
highlighted 81:11
130:18
highway 27:4
31:17 46:22
95:19 119:4
highways 23:17
Hills 1:18 2:5
144:2
hire 41:2
hired 4:13 18:6
42:6 49:21 50:2
54:18 56:11
history 14:4
hit 32:11 34:14
35:14 37:5,8,9
120:17 139:10
hold 7:10
holding 8:4
home 9:5,9
26:12,19
27:5,8,15 52:15
hood 26:15
hook 126:10
hooked 34:7
hope 20:15
hour 41:21
42:1,6,7 55:17
75:17
hours 11:8 22:7,11
23:3,5 42:9 75:1
79:1
house 19:13,15
56:13
hydrant 35:15
hypothetically
90:14,15

_____
I

icy 100:11
I'd 41:4 53:7 90:3
115:4
idea 49:10 50:13
70:2,4 92:13
identification 5:20
6:2,10,18 8:2,20
10:2 112:22
identify 130:9
138:10
I'll 4:20 5:8,13
10:4 42:2 81:14
99:19 113:22
114:1 115:5
134:10 137:10
illegal 44:2
63:8,10 80:11,12
83:22
I'm 4:22 5:19
6:4,12 8:4,16
10:11 13:5,6
15:19 16:6,15
18:11,14 19:20
28:6 29:12,20
33:2,4 35:4 36:9
38:16 40:2,18
41:17,18 43:5
44:5,14 45:8
48:12 49:18 52:3
55:9,21 61:14,18
62:20 64:14,19
66:6 67:5 68:4
75:21 78:12 80:4
81:18 82:4
86:15,19 88:21
92:22 93:4 99:7
101:14 105:5
106:12 108:2
111:6 117:9
121:19 125:9
129:21 130:1
136:17 137:11
138:18 140:7
immediately

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 11

124:14
impact 47:16
impacted 29:5,6
implied
    111:1,3,18,20
    112:2,3,5 117:8
implies 112:6
Inc 1:8 132:8
    144:4 145:5
incident 7:20 46:5
    51:13 60:22
    134:8
included 71:4
including 39:11
    61:1
inconsistent 136:5
Incorporated 9:21
incorrect 128:16
increases 95:12
independent 91:1
indicate 136:4
indicates 135:11
individual
    128:9,11
industrial
    23:16,21
    24:5,9,10,11
    57:16,20
Industries 132:8
industry 11:22
Info 3:17
information 29:16
    43:15 55:18 56:3
initial 14:3,4
    116:11 131:20
injecting 41:18
injured 26:3 31:6
    32:8

inset 97:7
inside 45:20 97:5
    126:10
inspect 48:4
inspected 47:6
    52:12,15,17,18
    95:15
inspection 23:7
    47:7 52:11,20
    53:8,10,22 54:2
    55:20 56:4 70:20
    73:6 78:4
instance 124:21
    128:10
instances 37:20
Institute 21:4
instructed 18:3
    125:6
instructor 17:21
    18:2 25:11 38:22
    141:11
instructors 18:7
    39:10 41:3 58:2
    125:5
intended 126:15
interested 142:15
intersection
    58:9,11 59:14
    60:12 61:5 66:16
    130:17
intersections
    58:19 117:14
interstate 31:18
investigate 50:21
involved 33:11
    67:21 68:1 70:21
    71:7,10 72:5,18
    94:1,13
irrelevant
    93:19,21

Isn't 59:3 65:2
issue 52:21
    77:15,20
issues 18:22 19:1
it's 4:18 6:14 8:15
    10:6,20 12:1
    16:5 19:5
    21:5,19,21,22
    22:6,17 24:14
    35:15,21
    36:14,16,18,19,2
    0 37:2 40:1
    41:15 44:11
    45:9,13 46:13
    57:2,13 64:12,13
    71:15,17 76:7
    78:2,4,5,8
    80:1,11,19 83:6
    84:10 85:5 91:6
    93:20
    95:3,6,17,22
    96:4 97:7 98:12
    101:14 102:5,12
    111:1,17,20
    113:7,13
    114:7,13,14
    115:2,3 117:8
    118:6,7 126:5
    127:12 128:16
    130:13,21,22
    131:4,13,15,16,1
    7 132:10 133:2,3
    138:12
I've 6:5 7:4 8:15
    14:17 20:15
    30:12 37:9 40:6
    52:9,12 65:20
    66:2,4 79:1 82:7
    93:3 98:6,7,13
    103:21 104:8
    106:11 113:2
    115:8 130:10

_____
J
_____
J&M 17:12,13

18:8,15
January 107:9
    116:13
Jefferson 145:1
Jeffrey 116:13
    133:6
Jerry 1:15 4:3
    41:17 51:14,17
    132:5 137:12
    141:17 143:3,15
    144:7 145:6
Jersey 26:13
JLG 132:7
job 20:22
judge 124:5
jug 63:10 80:7,15
    82:11 83:21
    84:1,7,18,19,22
    85:3,6,10
    87:1,18
    88:3,10,16 89:6
    92:8,16 93:7,16
    99:1 123:18
    126:19
July 142:21
jump 44:11
jury 35:7 84:17
    90:20 94:21
    121:15
justify 123:21

_____
K
_____
Kalbaugh 2:13
Katz 2:17
kids 30:1
King's 140:5
kitchen 20:7,8
knew 56:7 91:22
    119:17

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 12

**knocks** 21:5

**knowledge** 29:21 57:9 58:7 75:3,5 76:13,20,21 79:10,18 91:7 106:2 123:5

---
L
---

**lading** 47:14,20,22 131:14

**lady** 26:6 33:14 44:12 83:9

**Land** 46:11 54:15 132:13,16

**lane** 37:22 38:1,3 82:19,21 83:13 84:3,21 85:5,11 87:5,21 88:13,17 89:4,5,8 91:20 92:6,7,10,14,18 93:3,6,9,20 104:9 107:20 108:3 120:10 122:8,16 123:9 125:18 126:1,19 128:13,18 129:14 135:2,12 137:19 138:7,12 139:1,7,8 140:13

**lanes** 27:2 32:6 44:2 63:10 91:21 123:19,22 139:4

**Laporte** 133:4

**large** 26:8 45:16 46:18 48:9 115:10,16 139:21

**larger** 95:12,13

**last** 4:8 21:13 30:17 38:15 39:2,14,16,22 40:15,17 45:13 72:8 76:4 77:3

93:10

**later** 23:17 36:20 82:8

**law** 59:13 60:4 66:22 67:10 83:6 87:5

**lawsuit** 8:11,13 31:4 32:10

**lay** 71:3

**learn** 56:4,7 119:7

**learned** 20:22 56:6

**learning** 11:22

**least** 12:21 15:4

**leave** 92:6,14 120:9 129:21

**leaves** 130:7

**leaving** 104:9 128:12,17

**leeway** 82:18

**left-hand** 27:17,21 28:22 34:9 38:1 88:19 93:9 128:20

**left-turn** 88:9,14

**leftward** 122:20,21

**legal** 96:1

**Legge** 46:11 54:12,13,14 132:13,16

**length** 131:7 133:7

**let's** 7:1 14:16 23:2 65:13 72:11 73:14 82:20 91:16 110:17 125:17 130:9

**letter** 130:12 133:3

**letters** 79:8

**level** 84:7

**license** 12:2,17,19 13:11 14:1,6 18:22 20:21 25:15 32:21 71:2,18,21 73:8,10,12,13,17 74:20,21 76:16 77:16,20 131:1

**licensed** 12:6,7,12 13:1,9,21 25:11 73:15 128:9

**licensing** 20:17 73:14,15

**life** 11:18 50:7 54:4

**life's** 36:19

**light** 58:11,14,19,20,2 2 59:4,5 60:5,8,19 61:5,12,13,20,22 62:6,22 63:4 64:6 65:1 66:15,17 67:1,9,14,16,20 68:9,14 70:9,15 89:16,21 90:11,18 91:17

**lights** 60:11,18 61:2 93:12 109:10

**likely** 68:9

**limit** 13:18 32:2

**line** 35:9 65:18 66:5 67:12 135:4 145:8

**list** 14:9

**listed** 45:9 99:20 100:1

**little** 41:4 103:12 108:13

**LLP** 2:17

**load** 100:7,11,21

**loaded** 48:10

**loading** 100:7

**local** 130:17

**located** 23:10

**location** 14:18 57:13 117:15,17

**log** 131:11

**long** 11:2,7 16:12 25:15 39:6 55:15 64:1 65:16 67:1 75:5,9,11,13 76:6 82:19 84:20 93:3 104:21 128:4 139:19

**looping** 122:8 123:18

**lot** 8:16 12:1 13:4 23:22 46:10,22 64:2,9,22 67:3,11 98:6 101:17 111:7 118:8,15,17,22 119:3 120:7 124:18 126:2,10 127:2,6

**loud** 115:9 134:15

**low** 11:15

**lying** 86:8

**LYNN** 142:2,17

---
M
---

**machine** 106:3

**main** 57:14 119:4

**mainly** 23:16

**maintain** 18:18

**manager** 24:17

**Mandatory** 23:5

**maneuver** 98:5 115:13 119:1

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 13

129:1,5,15
139:12

**maneuvers** 108:18

**manila** 8:15

**manner** 90:22

**manual** 3:9,11,12
5:15 6:6,13,21
7:5,13,18 44:19
45:5 79:22 80:1
99:14 110:9
112:8
113:7,8,9,12
117:9 119:9
128:15
132:19,21
133:17 141:6

**manuals** 5:12 46:4
102:12 112:1
136:13

**manufactured**
132:7

**manufacturer**
106:5

**map** 132:15,16

**mapping** 46:9

**mark** 2:8 5:14,17
8:16 130:12

**marked** 6:1,5,9,17
7:4,16 8:1,6,19
10:1,4 112:21
113:2,18 114:22
131:4

**Markestivers@co**
**mcast.net** 2:10

**marking** 5:19 6:12

**Marks** 50:16,18
51:2,7,10,12,14,
17,21
52:6,9,16,21
53:18 54:1,4

**Marsh** 46:11

54:12,14 55:11
132:13,16

**Martinsburg** 9:11
120:10
121:3,8,13 123:6
128:22 129:6

**Martinsville** 14:17
38:22

**Marylin** 20:5

**M-A-R-Y-L-I-N**
20:5

**materials** 6:4

**matter** 16:11
34:22 35:2 80:11

**maximum** 96:1

**may** 5:11 10:8
29:7,10 32:20
33:9 51:18 74:4
79:3 80:10 101:3
107:14,16
108:17
109:11,12 113:5
114:2 126:21
137:18 138:2

**maybe** 109:2

**McConnellsburg**
132:8

**meals** 19:11

**mean** 28:19 30:10
48:12,14 65:19
69:12 99:8
100:15 101:19
106:2 109:7,10
139:22

**means** 58:1,2 83:3
85:3 94:21
101:21 140:9

**meant** 24:12

**measured** 55:3

**measurements**
45:20 46:10

54:8,19,20,21
55:2 95:17
132:13

**measuring** 116:19

**mechanic** 20:13,19
21:1

**mechanics** 20:11
21:2,4 105:7,21
106:3,5

**memorized** 79:16
80:2

**memory** 127:15

**mention** 84:1

**mentioned** 77:3
106:18

**merging** 139:11

**messed** 105:22

**Messersmith** 2:13

**met** 54:3

**Miami** 2:18

**middle** 17:15,16
48:13,16 122:16

**miles** 23:8
40:7,13,14,15,17
56:15 75:10
76:18 84:13 85:1
100:4

**million** 40:7
84:15,16 85:1
100:4

**mind** 41:4

**mine** 90:12 91:6
94:5,7

**minimum** 15:8
123:8 137:1,4
138:13

**minute** 65:12,14
112:15

**minutes** 75:12

76:9

**mirror** 26:1
48:13,15 137:15

**mirrors** 45:21
48:14
129:3,8,10,13,16
137:2,7,13,17,19
,21,22 138:8
139:2,4,9,11,13,
14,16,18,19
140:22 141:5

**mistake** 33:6 50:4

**misunderstand**
88:11

**mix** 11:18,19

**Moorefield** 2:14

**moot** 64:12,13

**Moped** 45:22
46:22 47:6
89:12,15
90:10,22 91:19
134:20
135:2,12,13

**morning** 67:22
68:3

**mostly** 11:21 41:2

**motor** 3:10,13
6:13 8:5 44:22
45:4 46:2 80:17
81:6 102:10
110:10 112:9
114:10 115:1,19
117:12
136:18,20
140:21

**move** 38:1 63:8
66:7 72:15
98:10,12 120:9
127:21
128:13,16
138:1,2

**moved** 67:9 139:6

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 14

moving 87:5
 108:8,14 118:9
 123:21 129:9

multiple 138:14,18
 139:22

myself 14:20 20:21
 58:2 71:4

mysteries 36:19

_____
N
necessarily 85:4
 100:1 132:17

negligent 68:19

neither 142:9

nobody 68:2 83:3

non-CDL 114:11

nonchargeable
 26:10

none 67:3 110:7
 111:11 112:7

nonetheless
 119:21

nor 142:10,14

normal 92:5 96:2
 97:15,16

north 30:22
 126:2,4 127:5
 128:1

northern 118:21

nosed 119:4

Notary 1:20
 142:1,18,22

nothing 53:15
 137:4

notice 1:17 130:13

November 55:9

Nowhere 82:3,10

NW 145:1

_____
O
obey 58:14,16
 59:5,9,20 61:1

object 69:7 106:12
 119:12,22 121:4
 135:4,17

objection 49:16
 63:15 64:18
 65:10,11
 68:16,17 69:3,17
 86:12 91:2
 120:20 121:9,14
 123:10
 124:1,4,11 125:7
 136:6

objections 124:5

obligations 140:20

observation 23:7

obstruct 48:11

obstructed 48:2,21

obtained 50:13

obviously 10:6

occasion
 127:17,19,20

occasionally 76:18

occurred 134:8
 135:15

offered 49:17

offhand 25:6

office 12:15

officer 50:19 142:2

offices 52:18

Oh 9:14 52:9
 111:16

okay
 4:10,14,15,19,21
 5:2,5,6,7,22
 6:12,16
 7:1,14,17,21

13:7,20 14:19
 18:12 24:1
 27:7,11 28:21
 29:22 30:14 35:7
 39:18 43:7
 44:7,9,12,13,21
 45:9,10 48:17
 51:15,20 52:2
 53:17 55:13 63:2
 67:15 69:6
 70:6,20 74:9
 77:14 79:18
 81:8,15,18
 82:6,9 83:10,11
 85:3 87:12 88:15
 91:16 93:2 94:8
 95:2 97:8 99:17
 104:10,22
 105:17 106:4
 107:6 110:17,22
 111:19 112:6,17
 116:8 126:9
 127:3 130:9
 133:21 138:6,12
 139:1

old 6:22 7:2,7
 18:14 25:13

oncoming 27:1

ones 24:8

one's 7:16

one-way 28:10

ongoing 13:16,17

onto 129:6

opening 126:4

operate 60:1 90:10
 91:19

operated 17:8
 45:22 47:6

operating 90:22
 128:10 137:3

operations 136:15

opinion 35:5 44:5

46:20 47:3,10,17
 49:22 50:3
 55:6,19 56:5
 61:14,16,17
 62:1,2,6
 64:14,16 68:12
 85:13 91:6,7
 98:7 100:3 112:4
 116:12 118:3
 119:15
 120:3,8,19
 122:4,7 123:15
 124:3,20 136:1

opinions 8:13,14
 43:13,17,19,21
 44:14,17,21
 45:3,7 46:16
 47:21 52:7 67:12
 116:3,10,14,15

oral 1:16

order 130:10

original 32:21,22
 144:7,11

originally 126:15

otherwise 59:11
 139:19 142:14

outcome 142:15

outside 45:20
 65:12,14 97:5
 121:4

overtaking 137:20

owned 17:17

owns 10:22 24:15

_____
P
P.L.C 2:4

p.m 141:16

P.O 2:8

Pactiv 103:21
 118:4,6,12,16
 120:9,13

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 15

124:16,17 125:6
127:12 128:1,22
129:7
**page** 3:2 10:14
45:13 131:2,9
134:7 138:22
144:8,11 145:8
**pages** 3:16
10:6,9,12 130:18
131:4,7,16,17
132:19,21
133:7,9,11,17
143:4
**paid** 42:14,15
**paint** 45:21
**Pappas** 2:17
**Pardon** 28:3 70:3
96:7
**park** 2:14
24:9,10,11,15
**parked** 108:8
**parking** 67:3,11
111:7
118:15,17,22
119:3 127:2,6
**parks** 23:16,21
24:5 57:16
**particular** 51:13
55:16 104:6
130:10
**parties** 1:22
142:11,14
**pass** 134:20 139:3
**passed** 14:3 25:20
77:8
**passenger** 45:22
**passes** 14:7
**pay** 21:17 22:4
24:18
**paying** 28:8

**PC** 2:13
**pedestrians** 108:7
**pending** 65:13,17
**Pennsylvania**
132:8
**people**
11:11,13,17,21
12:1 22:1 60:18
66:4 71:4
92:11,20 108:15
**per** 42:6
**percent** 78:19
**percentage**
11:11,15 61:8
68:13 69:22
70:1,2,4,5,8
78:12 122:1
**percentages** 11:9
68:18
**Percentage-wise**
78:18
**performed** 129:1
**permission**
24:4,8,16
**permit** 77:12
**person** 35:15
75:15 76:8 92:5
109:22
**personal** 36:9
100:3
**personally** 54:8
118:11
**pertain** 118:21
**Pfund** 2:13
**photo** 132:3,10
**photograph** 45:17
46:18 132:11
**photographs** 46:4
**pick** 19:9 84:11

**picked** 130:11
**Pike** 9:11 120:10
121:3,8,13 123:6
128:22 129:7
**places** 49:12
**Plaintiff** 1:6 2:3
3:4 117:3 136:9
**Plaintiff's** 45:18
47:2 54:17 55:3
**play** 73:6 129:10
**PLC** 1:17 46:11
132:14 144:1
**please** 10:9 79:3
114:2 126:22
134:13
144:6,10,13
**Plenty** 100:5
**plus** 14:20 22:4
**Pocketbook** 3:14
8:5 44:22
**point** 28:21 53:2
64:12,14 104:22
115:5,7,8,18
123:7,8 137:6
**points** 79:9,18
**pole** 34:8 35:16
**police** 46:8 131:6,8
**poor** 21:8
**portion** 44:17
78:21 81:11
122:14,18 123:1
133:8 134:6
136:20
**portions** 45:21
**position** 46:21
130:16
**possible** 98:11
126:18
**possibly** 43:8

70:17 77:7
**post** 12:13 14:11
**potential** 109:19
**pouch** 6:5
**power** 34:8
**practicable** 81:21
82:15 83:2,17
**Preal** 39:15 40:1
**P-R-E-A-L**
39:17,22
**prepare** 19:11
**present** 1:21
**pretty** 21:8 24:2
49:2 103:19
**previous** 14:2
**printed** 10:6
**prior** 123:11
124:14
**priority** 98:4
**private** 23:12
27:3,4 28:9
80:14,16 94:14
**privately**
40:12,19,20
**probably** 5:8
10:16 12:1 16:14
21:9,11 28:19
30:18 33:20 34:1
38:16 40:14,18
54:5 67:17,20
76:5 90:3 101:1
105:4 110:22
123:12 128:5
141:6
**problem** 41:6
**problems** 35:13
118:19
**procedure** 107:18
**proceeded** 62:8

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 16

121:3
**program** 10:21
**prohibit** 82:10
**prohibited** 119:7
**pronounce** 4:8
**pronounced** 40:1
**proper** 118:14
  119:8 128:13
  129:15
**property** 23:12
  27:15 80:14,16
**prove** 12:20
**provision** 128:15
**PSI** 132:9
**public** 1:20
  23:15,20,21
  24:5,22 25:2
  26:18 27:5,7
  80:14 100:14
  102:2,11,18
  114:14 142:1,18
**pull** 16:5,7,9
  126:20
**pulled** 25:21 32:4
  126:1
**pulling** 25:19 26:6
  35:8,12 36:6
  71:15 80:13
  109:15 111:13
  112:12 122:16
**pump** 124:19
  126:12,14,20
**pumps** 57:8
  126:11
**purposes** 127:8
**pursuant** 1:17
**putting** 102:21

———————
Q
**qualified** 20:13

50:10 51:13 52:7
**quarters** 139:13
**question** 55:22
  62:12 65:13,17
  68:20,22 69:2
  76:7 77:11 83:8
  84:12 86:19
  99:8,12 100:19
  119:13 120:1,15
  135:18
**questioning** 65:19
  66:5 135:5
**questions** 4:14,22
  13:5,18 29:13
  49:18 75:8,13
  76:12,18 77:10
  116:22 117:2
  130:6 136:8
  144:13
**quick** 25:22
  137:19
**quickly** 139:15,17
**quote** 126:17

———————
R
**radius** 70:22 71:1
  93:22 94:2,4,13
  95:9,12 97:13
  98:2 104:6,18
  105:9,13,16,21
  106:6 119:6
**ran** 26:15
  61:4,13,22
  62:5,22 66:17
  67:15 70:15
  89:15,18 90:11
  91:17 135:13
**rate**
  41:15,16,17,20
  70:6
**RE** 144:4
**reach** 43:16 46:16

48:7 118:8
**Reaching** 68:12
**reading** 115:4
**really** 16:11 33:2
  47:5 57:11
  59:11,16 104:5
**rear**
  48:2,12,15,18,20
  139:10
**reason** 57:19
  61:17 86:7 98:3
**reasonable** 41:15
  60:22 90:9,22
  91:18
**reasons** 5:4 80:9
  108:16
**recall** 15:17 43:1
  95:18
  122:2,14,18
  123:1 128:3
**receipt** 144:10
**recently** 72:7
**recertification**
  21:20 22:11
**recess** 41:8 66:9
  79:3,5 103:14
  112:18 130:8
**recite** 79:12,14
**reconstruction**
  49:6,8 116:19
**reconstructionist**
  49:17 135:19
**record** 5:11 10:8
  25:7 41:22
  51:9,11 52:4
  62:13,17
  69:15,19 86:13
  111:2 138:11,21
  142:8
**records** 8:22 46:5

**red** 45:21 46:1
  58:14,20 59:4
  60:5
  61:1,4,12,13,20,
  22 62:5,22 63:4
  64:6 65:1
  66:15,17
  67:1,8,14,15,16,
  20 68:9,14
  70:9,15 89:15,21
  90:11,18 91:17
**reduced** 142:7
**refer** 80:22
**reflect** 5:11 10:8
**refused** 53:14
**regard** 87:2
**regarding** 144:9
**Registration**
  142:22
**regular** 97:21
  137:15 140:8
**regularly** 129:18
  137:22 138:15
  140:4,12,16
**regulation** 137:1
**regulations** 3:13
  8:5 44:22
  46:3,15 62:9
  110:10 111:12
  112:1,10 130:17
  136:19
**related** 8:10 105:8
  116:16 142:10
**relationship** 51:4
**relative** 142:12
**remember** 16:3
  25:5 28:1 32:21
  38:14 74:22
  107:3,11,15,16
**Renew** 69:17

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 17

**rental** 131:13,16
**Rentals** 1:8 4:11
  144:4 145:5
**repeat** 62:12 69:2
  129:4
**rephrase** 136:21
**replication** 132:18
**report** 45:9,14
  46:7,8
  116:6,11,13
  131:4,7 132:22
  133:2,5
  134:3,4,6 135:14
  136:4
**reported** 134:18
**reporter** 62:13,17
  69:15,19
**Reporter/Notary**
  144:18
**Reporting** 1:19
  145:1
**reports** 4:18 13:14
  42:7 116:11
**represent** 4:11
  136:14
**representing** 43:3
**requested**
  62:14,18
  69:16,20
**required** 76:22
  87:20 101:13,14
  119:9 130:16
**requirement** 12:22
  13:9 14:1
**requirements**
  13:16
**requiring** 76:15
**respective** 1:22
**response** 4:22
  116:12 117:7

120:14 133:5
**responsibilities**
  112:11
**responsibility**
  102:20,22 103:7
  115:21
**responsible** 144:8
**rest** 21:5 23:5
  81:16 128:6
  138:21
**Reston** 1:11,18 2:5
  144:2
**restrict** 125:3
**retained** 3:22
**retired** 40:22 41:2
**retrained** 11:21
  12:5
**reveal** 47:7
**reviewed** 44:6
  46:13
**revised** 6:14
**Richmond** 2:14
**ride-on** 46:6 47:12
**right-hand** 34:10
  37:22 38:3,4,6
  44:3 79:19
  83:13,21
  84:18,19,22
  85:10 86:16,22
  87:18 88:20 89:9
  93:9,16 103:3
  119:8 122:10
  125:18
  128:12,13,21
  129:6,12,14
  134:19 135:12
**right-of-way** 33:8
**right-turn** 85:14
  86:11 87:4,6
**rim** 97:6,7

**rims** 132:9
**ripped** 26:1
**risks** 36:12
**river** 25:20
**road** 1:18 2:5 9:6
  18:14 23:21
  24:22 25:2 26:18
  27:5,7 28:10
  53:5,6 62:9
  63:9,14 64:11
  66:15,19 67:4
  73:7 78:5,8
  80:9,14 94:19
  95:21
  109:11,12,13
  115:15 118:9
  139:17,18 144:2
**RoadPro** 3:16
  9:20 10:22 11:2
  14:12 17:22
  20:10 23:10
  38:11 57:17 77:9
  102:14
**roads** 23:11,15,20
  24:5 34:4 100:11
**roadway** 46:10
  67:13 81:22
  82:15 83:18
**roadways** 58:4
**Rob** 39:13
**room** 87:15 115:13
  130:7
**Route** 123:5
  127:21,22 128:2
**Royal** 9:6 25:21
  30:22
**rubbed** 37:9
**rules** 62:8 63:9
  64:10 66:14,19
  73:6
**run** 17:9 60:19

  63:4 67:16,20
  68:8 86:5
  89:17,20 94:18
**running** 61:12,20
  66:15 67:14
  68:14 70:9 90:18

---

**S**

**S.W** 2:18
**safe** 123:2
**safely** 115:11
**safest** 60:14 84:11
**safety** 3:13 8:5
  44:22 46:2 52:11
  63:9 110:10
  112:10 114:10
**save** 45:14 137:12
**saw** 28:12,16 38:9
  122:15 129:1
  134:18
**S-A-Y** 39:4
**scales** 52:17
**scene** 54:9
**school** 9:16,18
  10:6 12:13
  13:10,22
  14:10,21
  15:10,12 16:18
  17:5,22
  18:6,13,19
  21:1,3,5 23:10
  32:16 53:3 54:6
  73:1 77:6,13,15
  79:1 94:15
**Scott** 54:14
**Seay** 39:1,3
**S-E-A-Y** 39:5
**second**
  16:12,20,22
  38:18 92:7 134:7

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 18

| | | | |
|---|---|---|---|
| seconds 28:20 | 21 92:18 | 85:2,7,12 87:19 | 39:20 40:22 |
| section 81:2 111:5 | 93:10,14 107:18 | 88:1 90:5 94:17 | Sooner 36:20 |
| 130:21 137:13 | 108:2 139:5 | 97:19 103:18 | sorry 10:11 18:11 |
| 140:8 | signaling 87:3,6 | 107:21 116:21 | 41:17 55:21 |
| seen 29:1 45:21 | signals 33:7 58:6,7 | 120:14 125:1,21 | 86:19 96:13 99:7 |
| 98:6,7,13 101:17 | 59:9,20 60:5 | 127:18 | 117:9 125:9 |
| 113:3,6 | 61:1 115:12 | 134:4,9,11,16,18 | 138:6 |
| segment 132:21 | signature | 135:10,13,21 | sorted 53:20 |
| semi 34:21 71:4,8 | 144:8,9,11 | 136:12 140:7 | sounds 13:15 44:4 |
| 84:20 95:7 | 145:22 | sit 84:17 | 52:1 |
| 104:9,17 106:21 | signed 143:8 | site 54:18,21 | space 80:8 89:12 |
| 107:18 | 144:11 | 55:1,5,10,12,15 | 92:9 108:6,13 |
| semis 36:10 94:3 | signs 102:21 | 56:4,9,10,21 | 109:15 |
| send 53:7 94:17 | similar 72:9,18 | 77:19 | 110:12,19,21 |
| sent 52:12 53:10 | 106:8,13 | sites 57:20 | 111:1,14,17 |
| 54:6 | simply 81:11 | sitting 107:10 | 112:12 117:7 |
| separated 123:6 | 84:12 | situated 127:4 | 118:1,18 |
| Sethi 1:17 2:4 | single 35:21 36:5 | situations 84:6 | spaces 88:3 93:17 |
| 41:15 62:15 | 71:17 | 85:10 138:13 | 111:8 117:10 |
| 65:11,16,20 | sir 4:8 6:8 8:7,9 | six 39:8 | speak 13:3 117:6 |
| 66:2,7 68:17 | 9:11 10:7 13:17 | size 15:8 16:7,11 | speaking 10:19,20 |
| 69:7,11,14 87:15 | 14:5,13 | 56:8 95:5 | 51:11 58:18 |
| 91:2 99:7 106:12 | 15:5,7,16 16:2 | skip 81:19 | 111:8 |
| 130:12 144:1,5 | 17:6,20 | slow 60:7,8 | speaks 111:12 |
| sharp 34:7,14,18 | 18:1,9,21 | slowly 13:3 | 112:10 121:10 |
| 36:13 | 22:8,10 28:5 | small 68:15 69:22 | 135:6,8,10 |
| sheet 143:8 144:11 | 30:2,5,9 31:5,7 | 70:5 122:3 | special 138:12 |
| Shenandoah 50:20 | 32:9,17 33:7,13 | smaller 97:13 | specific 55:5 |
| short 36:3,5 | 35:18,22 36:17 | somebody 28:10 | specifically 82:11 |
| shot 127:13 | 37:12,14,18 | 54:17 58:17,20 | 83:21 110:11 |
| showed 46:21 | 38:7,10 42:18 | 76:1 109:17 | 111:13 112:10 |
| shows 121:16 | 43:18,20 44:20 | 122:5 | 117:6 |
| 132:15 | 45:2,6 47:9,11 | someone 51:10 | specificity 112:7 |
| shut 18:10,12 | 48:6 49:7,10,15 | 60:3 65:9 109:18 | specify 138:13 |
| sign 101:7 | 50:9,12,22 53:4 | someplace 37:15 | speculation 69:9 |
| signage 58:5,7 | 56:17 59:10 | sometime 36:16 | 91:3 |
| signal 85:14 | 61:10 63:20,22 | somewhere 19:13 | speed 32:2 |
| 86:16,22 | 64:4 66:13 | 25:7 109:17 | speeding |
| 87:1,4,7 | 68:5,7,11 69:1 | son 25:11 26:7,18 | 100:7,11,20 |
| 88:4,9,14,19,20, | 70:13,17 71:6,9 | 27:14 32:14 | spell 39:14,16 40:2 |
| | 72:3,20 77:17 | | |
| | 79:11,20 80:3,5 | | |
| | 81:1 82:2,13 | | |
| | 83:19 84:1 | | |

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 19

spent 42:10

splitting 83:1

spoken 43:2

spot 110:1 137:20
139:6

spots 102:8 137:21
138:2

springs 96:22

squeeze 89:12

stamped
131:5,12,18
134:7

stand 84:17

standard 105:4

standards 63:10

start 11:9,11
14:9,21 23:17,18
88:9,22 139:6

started
15:12,13,14 19:2
28:13,15,16,19
76:15 77:5,6
122:10 129:9

starting 11:21,22
29:2 115:7

Starts 131:1

start-up 13:17,19

state 12:7,9,12
13:1,9,21
22:15,16,18 46:7
50:10 62:9 68:19
73:16,17 75:6
119:10 131:6,8
135:7 140:8

stated 87:13
129:13 135:18

statement 46:8
131:8,9

states 1:1 66:1

station 57:1,2,3,4

117:18
118:3,12,20
120:11 124:15
125:2,3 127:7,11
134:20

stations 52:11,20

statute 80:13
83:20 136:14,22

statutes 46:14
111:12 112:1
136:15

stay 82:14,19
83:2,3,13,16
84:2 102:11,15
103:9 108:3

stayed 67:1 107:20
125:18 126:1
135:11

staying 82:21

stenotype 142:6

Steve 50:16,18
51:2,14,17,21
53:18

stick 97:4

sticker 53:14

stickers 54:2

stills 45:17 46:9

Stivers 2:8
5:11,16,20,22
7:12,16,18 8:21
9:2 10:8,11
29:15 41:22
42:3,14 45:13
49:16,19 50:16
51:9,16,21 52:3
54:14 55:11,21
63:15 64:15
68:16,18 69:5,17
79:3 86:12,18
96:10 99:13,17
111:2 112:15
113:20

114:2,4,6,8,11,1
5 116:5 117:2,4
119:14 120:2,21
121:6,11,17,21
123:14
124:2,7,12
125:9,16
130:1,4,9,12,20
131:3,17
132:7,12
133:16,20 134:1
135:9,20
136:8,17 137:11
138:5,20 141:15

Stonewall 24:9,10

stop 31:11 32:5
38:8 58:18 60:12
65:1
96:6,9,13,14,15,
16,17,18,19
97:3,5,8 105:8
109:12,13,14
118:17 119:7

stoplight 46:22
65:5,7,8

stopped 18:19,20
40:9 60:20
124:17

stopping 59:13

stops 95:6 105:1
119:5

store 57:4,6,8

stories 52:2

straight 34:19
71:12,13 72:16
92:7 93:5 95:3,7
104:2 118:6,7
127:13

street 2:18 48:9
58:20

strike 14:9
121:18,21

stringent 81:9

struck 115:16

student 25:5
104:16 106:21
125:8,12,14

students 17:9
21:7,12 23:8
24:20 33:10 53:5
57:17 75:22 77:8
78:10 125:1,3,5

stuff 4:20 8:16
19:8,10 52:14

stupid 89:13

suggest 102:1,10

suggested 50:17

suggests 137:6

suit 8:14

Suite 1:18
2:5,14,18 144:2

Sunbelt 1:8 4:11
45:20 62:3 70:21
94:1,13 95:8,15
96:6 97:18 98:2
105:9,13
106:3,4,9 116:1
119:6,8 122:16
131:5,11,13,18
132:1 134:3,14
144:4 145:5

Sunbelt's 54:22
105:21

Sunoco 46:10
57:2,3,4,10 67:3
80:15 88:4 92:9
93:17 103:16
108:6 109:16
110:13 111:7
112:12 117:18
118:3,12,20
120:11 124:15
125:2,3 126:8,10
127:11

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 20

**Sunset** 1:18 2:5
144:2

**super** 95:22

**supplies** 12:15

**supposed** 63:13
67:1 87:2

**sure** 5:13 38:16
40:2,18 43:5
45:12,15 52:4
55:9 56:3 59:18
75:21 79:4
86:3,4,11,16,20
111:4,16 114:5
136:17 138:18
139:2,4,10,11,14

**surveil** 118:15

**survey** 46:9
118:22

**surveyor** 126:5

**surveyors** 46:11
54:15,19 55:2,4
132:14,16

**sweeper** 46:6
47:13,14,22
48:1,4,9

**sweeping** 89:8

**swerved** 31:2,3

**swing** 64:2
115:10,11

**sworn** 4:4 142:5

---
T
---

**tabs** 8:8,10

**taking** 11:11 22:6
33:21 36:22 37:2
44:2

**talk** 28:2,4 29:13
51:13 65:12 66:6
110:14 125:17

**talked** 29:1 107:19

125:8

**talking** 70:1 75:22
81:12 91:15 94:9
95:7 99:9,13,14
107:10,12 134:2
140:6

**talks** 80:13
110:11,18,20

**Tana** 19:17

**T-A-N-A** 19:18

**Tana's** 20:7,8

**taxi** 129:21

**teaches** 41:1

**teaching** 18:19
40:5,21

**technically** 131:15

**tecum** 130:14

**telephone** 35:16

**term** 71:13 140:3

**terms** 98:4 140:8

**test** 22:4,5 73:7
75:3,4,5,9
76:6,7,10,17,21
77:10,11,19,22
78:1,5,10,15,17

**testified** 4:5 87:17

**testifies** 86:6

**testify** 135:5

**testimony**
43:4,9,12 89:22
90:6,21 123:11
142:4,6,9
143:4,6

**testing** 12:18 98:1
116:18

**tests** 75:18 77:20

**thank** 5:22 26:4
117:1 130:2
144:14

**that's** 4:21 6:14
7:3,18 9:1,9,16
10:14 14:2
22:12,13 29:22
34:14 35:16,19
37:19,20 41:19
44:16 45:8 48:13
52:3 56:21 57:10
58:17 63:2 64:18
66:3,8,18 68:3
71:3,13,15 73:22
81:6 85:5 86:13
90:6 91:6,11,18
97:11 98:17
99:11
102:8,13,20
106:1,2 107:1
109:9 110:8
112:4,17 115:21
121:17 130:4
131:4 140:16
141:6,14

**thereafter** 142:7

**there's** 6:20 13:15
23:22 28:8 30:12
34:18 57:6 58:16
65:13,16,18
74:4,7 82:18
84:10 90:6 118:9
130:11 131:3,8
139:4

**thereto** 142:14

**they're** 16:8
21:19,22
23:14,15 34:4,5
35:6 40:21
51:5,6 58:16
102:21 105:15
125:4 127:4
141:12,13

**they've** 4:13 52:13

**third** 38:13 120:10

**Thomas** 25:11,13
28:2,4,12,21

30:4 32:13 39:19
40:19

**Thousand** 40:18

**Thunder** 9:6

**ticket** 28:1 46:6
47:12

**tight** 97:20 139:12

**tighter** 97:14,17

**tire** 31:2,3,10
95:12,13,19,20,2
2 96:2,3,4,5 97:9

**tires** 95:6,14,16
97:2,4,6,15,16,1
8 104:2 105:19
132:9

**title** 117:13 130:15

**today** 29:13 41:11
43:3,13,17,19
47:21 50:6 55:6
99:20 116:14,20

**Toni** 1:19 142:2,17
144:17

**top** 53:17 95:18
138:22

**tore** 34:8

**total** 42:10

**totally** 93:21

**town** 57:14 127:22

**track** 34:17,19
36:6 78:13

**tracking** 34:15
35:8

**tractor** 16:5,10
35:10,12 37:21
73:12 94:10
101:3

**tractors** 16:7
94:14

**tractor's** 94:18

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 21

**Tractors** 101:6

**traffic** 23:22 27:2
59:20 60:5 61:1
137:16,20
139:12

**trailer** 15:6
16:1,5,9,10
25:20,22 33:15
35:8,21 36:6
37:11,21
71:5,8,16 73:12
84:20 85:11
92:13 93:20
94:5,7,9,20,22
106:22

**trailers** 12:15 16:7
101:2,4,9,10,15,
17 102:14

**train** 73:7,9,11
94:3

**trained** 21:1 32:15
72:10,17

**training**
9:16,18,20
10:5,19,21
13:10,22 14:10
20:18 32:13
57:16 72:4
73:4,5 94:15
109:3 113:5
127:8

**transcription**
143:6

**travel** 139:19

**trial** 44:11

**trickier** 108:13

**tried** 26:13,14
27:12 122:1
134:20

**trooper** 50:16,18
51:1,8

**troopers** 51:5

**truck** 9:16,18
10:18 11:18
13:22 14:9
15:4,8,17
16:13,18,20
20:14 23:4,6,15
25:20 26:1,2,8
30:4,7,15 34:16
35:20,21 38:17
41:2 45:20
46:5,21 47:15
48:4,8,10,20
50:3,4 52:15
53:15 54:21
58:8,10,12
63:13,18
64:2,8,22
67:2,10 70:21,22
71:4,7,10,12,13
72:16,18,22
74:1,3
85:5,9,20,22
86:7 87:21 88:17
89:10,18
90:1,8,18 91:17
92:10,17 93:8
94:1,4,8,13,19
95:3,6,8,15 96:6
97:14,15,16,18,2
1 98:2,8
100:21,22 101:8
102:15 103:2,3,4
104:2,6,18
105:1,9,14,20
106:5,9,15,19
107:4,7,17 110:1
115:14,15 116:1
119:6,8,19,20
120:17
122:16,20
125:4,19 126:19
127:16 128:5,6
132:13 134:21
135:1,2 136:16
141:4,11

**trucking** 9:20

17:8,10,11,17
20:10 29:21 33:3
68:4

**trucks** 12:15 14:22
15:2,13 17:19
30:1 32:3
34:19,21 35:1
38:11,20
52:12,15,17,18
53:2,3,9 56:16
94:2 101:2 102:8
108:7,14 115:22

**true** 142:8 143:5

**try** 49:12 85:8
108:21 110:4
137:11

**trying** 16:6 29:20
32:7 33:2 40:8
45:8 52:3 63:2
64:14,19 83:9
84:8 89:9
90:1,8,18
91:10,17

**turn** 27:13,17,21
28:13,15,16,22
29:2 33:5
34:9,10,22
35:2,13,14,20
37:4,17 38:2,4
44:2,3 56:8
64:11 65:7
80:7,16 81:20,21
82:11 83:14,22
84:7,18,19,22
85:3,10 86:16
87:1,9,11
88:4,6,10,16,18,
19,20,21,22
89:3,9 90:2,8,19
91:18
92:1,3,8,17,18,2
2
93:7,9,10,12,16
95:13 96:17
97:14,16,20 99:2

101:22 103:3
104:9 105:9
106:8 108:1,2
110:5,12
115:11,12,14
119:8,16,18,21
120:11 122:9,10
126:20
128:12,18,20,21
129:6,17 134:19
135:1
140:13,14,15

**turned** 48:20
124:16 126:8

**Turner** 55:12

**turning** 26:12,19
70:22 71:1 86:22
87:1 93:22
94:2,4,12 95:9
96:20 97:13 98:2
104:5,18
105:13,16,20
106:6 107:18
115:14,15
117:7,14 119:6
130:16

**turnout** 123:18

**turns** 37:5 79:19
81:17,19 82:11
87:18,20 88:3
89:7 93:17
101:8,20 102:15
117:8,10 127:13
139:9

**two-lane** 27:4

**type** 57:4 71:18
88:15

**types** 14:8 34:13

**typewriting** 142:7

_____

U

**unable** 128:11

**unclear** 62:20

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 22

| | | | |
|---|---|---|---|
| **underlined** 130:19 | 128:7,11 131:3 | 132:19,20 | 141:15 |
| **understand** 27:14 43:6 47:19 49:19 55:21 59:16 64:13 66:21 68:20,22 76:14 86:4,18 96:10 99:8 125:10 141:1 | 132:6 137:3,16 138:2 139:10 140:21 | 133:17 136:16 141:4 142:18 144:2 | **we're** 4:12,13 8:21 51:19 83:1 107:10,12 111:6 124:5 133:14 |
| | **vehicles** 3:10 6:13 34:13 45:4 46:10 81:7 102:10 115:2,10,19 137:17,20,22 139:21 | **Volvo** 15:18,19,22 16:4,16 17:3 38:18 | **west** 3:10 6:12 21:22 22:1,4,17,19,20 45:4 46:3 126:13 130:22 132:20 133:17 |
| | | **vs** 144:4 | |
| **understanding** 16:15 86:2 97:11 98:9 106:1 135:14,22 139:15 | **video** 46:9 63:21 64:21 85:18 121:2,9,12,16 124:8,13 129:2 135:7 136:3,5 | **W** | **WESTERN** 1:2 |
| | | **WADE** 1:5 | **we've** 11:13 113:18 |
| **understands** 35:7 94:21 | | **wait** 13:3 44:8,10 63:13 83:8 90:19 138:5 | **whatever** 43:12 48:8,19,21 51:17 65:22 97:1 105:14 |
| **understood** 34:20 60:10 84:12 90:13 125:20 | **videotape** 45:17 | **waited** 63:12 64:6 65:2 67:8 124:18 | **wheel** 23:9 94:6 96:17 105:8 |
| | **view** 48:2,8,11,12,15,21 | **walk** 109:18 | **wheels** 35:9 96:20 105:19 |
| **Underwood** 43:1,7 | **viewed** 45:16 | **walked** 109:17,22 | **whenever** 76:15 |
| **Underwoods** 42:22 43:4,5,10,12 | **viewing** 121:2 | **walking** 108:15 | **Whereupon** 4:2 41:8 62:13,17 66:9 69:15,19 79:5 103:14 112:18 130:8 141:16 |
| | **violate** 60:4 | **warn** 89:1 | |
| **unit** 71:17 | **violated** 66:14 | **warning** 101:7 | |
| **UNITED** 1:1 | **violation** 66:18 67:13 | **Warrenton** 19:15 | |
| **utmost** 36:22 37:2 | | **Washington** 145:2 | |
| | **Virginia** 1:2,11,18,20 2:5,9,14 3:9,10,12 5:14 6:6,13,20 7:5 9:6,12 12:7,9,12 13:1,9,21 14:6 21:19,22 22:1,4,17,19,21,22 44:18 45:4 46:3 62:9 65:15 80:17 81:6 102:1,10 110:9 111:5 112:8,9 113:10,11,13 115:1,19 119:10 130:16,22 131:6,8 | **wasn't** 15:19 27:3 28:14 54:13 | **wherever** 105:7 |
| **V** | | **watch** 28:9 115:12 | **whether** 35:15,21 36:5 46:13 50:3 62:6 67:2 85:13 87:6 94:1 95:6 104:17 106:4 107:17 117:6,9,10,13,21 119:15 120:6 137:18 138:18 |
| **VA** 110:10 | | **watched** 63:21 | |
| **valid** 14:2 | | **watching** 64:21 | |
| **Valley** 50:20 | | **ways** 37:16 58:4 88:7,22 89:3 | |
| **varied** 75:6 | | **wearing** 46:1 | |
| **varies** 21:18 75:15 | | **weather** 100:20 | |
| **VDOT** 45:16 46:18 | | **website** 3:16,17 10:5,15,17 19:8,9 113:4 114:7,13 115:2 | **whoever** 24:15 51:1 91:10,14 |
| **vehicle** 15:11 31:2 38:2 60:1,6 72:2,5 88:13 93:5 100:8,11 115:16 117:12 124:9,15 | | **weight** 96:1 | **whole** 18:2 24:15 |
| | | **Weihmuller** 2:17 | |
| | | **we'll** 5:14 82:7 | |

Capital Reporting Company
Eggleston, Jerry R. 02-20-2015
Page 23

93:5 114:3 116:5
118:17 134:12
138:11
**whom** 142:2
**who's** 49:3
**whose** 142:4
**wide** 95:16,20
96:2,4,5
97:6,14,18
101:8,19,22
102:15 104:2
115:10 122:8
126:3
**wider** 37:17 97:2,4
**width** 96:2 97:9
105:8 132:9
**wife** 11:1 17:18,19
20:2
**wife's** 20:4
**Winchester** 2:9
24:11
**window**
48:3,11,18,21
**windshield**
48:13,16
**witness** 4:4 5:10
29:17 40:1 45:16
46:8 50:8,11
56:1 69:8 106:14
123:12 124:6
125:13 132:6
134:17 136:7
137:14 138:7
139:1 142:4,6,9
144:9 145:6
**witnesses** 90:17,20
91:1,14
**woman** 25:19
**work** 46:5 51:2,3
**working** 18:15

**worry** 28:9,10
**writing** 98:6,7
136:22 137:5
**wrong** 44:4 52:19
53:15,16 100:7
121:19 123:16
**www.dmv.state.va**
115:3
**Wyoming** 75:7
76:17

——— Y ———
**yard** 25:1
33:17,18,19,21
34:6 54:22
**yet** 63:16
**you'll** 13:5
**young** 44:12 83:9
**Yours** 144:15
**yourself** 30:6 76:2
134:16
**you've** 4:16 5:9
24:15 30:10
33:11 38:8,21
43:16 46:15
49:14 50:6 56:16
59:18 63:18
64:16 71:2 76:19
81:4 84:12,17
85:9 87:17 88:2
89:7 92:8,9 93:7
98:14 101:17
103:19 104:13
106:20 109:2
111:11 113:3,19
116:14

——— Z ———
**zone** 102:3,5,6,7
103:2,9,10
**zones** 102:11