# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **JANE D. ROBERTS** | Action No:   5:14CV00040 |
| | Date:   9/30/2015 |
| vs. | Judge:   Elizabeth K. Dillon |
| | Court Reporter:   Sonia Ferris |
| **SUNBELT RENTALS, INC., et al.,** | Deputy Clerk:   Jody Turner |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Mark E. Stivers | James Leslie Hoyle |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Motions in Limine [42, 54, 55, 56, 61, 62, 63]:
Plaintiff argues their motions in limine.
Court rules on some motions from the bench and takes other motions under advisement. Court will render an opinion.
Court will need additional information before ruling on motion [42].   Court wants a joint letter from counsel advising the court if the data has been provided, or if there is an issue as to copyright, the court wants to know the issues in two weeks.
Court wants counsel to let the court know of any exhibits or depositions not agreed upon for trial so that the court can address.

Time in court: 10:03 – 12:49